Page 1

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - -

5    EARLINE SKATES,

6                        Plaintiff,

7          -against-

8    INCORPORATED VILLAGE OF FREEPORT,

9                        Defendant.

10   - - - - - - - - - - - - - - - - - - -

11                       170 Old Country Road
                         Mineola, New York

12
                         January 6, 2017

13                       10:07 a.m.

14

15           DEPOSITION of EARLINE SKATES, the

16   Plaintiff in the above-entitled action,

17   held at the above time and place, taken

18   before Genevieve Guilfoyle, a Notary

19   Public of the State of New York, pursuant

20   to the Federal Rules of Civil Procedure,

21   and stipulations between Counsel.

22

23           *      *      *

24

25

Page 2

```
 1
 2   APPEARANCES:
 3
     HENRY LAW GROUP, P.C.
 4   Attorney for Plaintiff
     825 E. Gate Boulevard, Suite 106
 5   Garden City, New York 11530
     BY:  ALIZA KAYANI, ESQ.
 6
 7
     BEE, READY, FISHBEIN, HATTER &
 8   DONOVAN, LLP
     Attorneys for Defendant
 9   170 Old Country Road
     Mineola, New York 11501
10   BY:  DEANNA D. PANICO, ESQ.
11              *      *      *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1

2                          STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND

5    AGREED, by and among counsel for the

6    respective parties hereto, that the

7    filing, sealing and certification of the

8    within deposition shall be and the same

9    are hereby waived;

10             IT IS FURTHER STIPULATED AND

11   AGREED that all objections, except as to

12   form of the question, shall be reserved to

13   the time of the trial;

14             IT IS FURTHER STIPULATED AND

15   AGREED that the within deposition may be

16   signed before any Notary Public with the

17   same force and effect as if signed and

18   sworn to before the Court.

19                  *        *        *

20

21

22

23

24

25

Page 4

```
1                    E. Skates
2    E A R L I N E    S K A T E S,
3    the Plaintiff herein, having first been
4    duly sworn by the Notary Public, was
5    examined and testified as follows:
6    EXAMINATION BY THE COURT REPORTER:
7              THE COURT REPORTER:  Please
8         state your name for the record.
9              THE WITNESS:  Earline Skates.
10             THE COURT REPORTER:  What is
11        your present home address?
12             THE WITNESS:  182 Putnam Avenue,
13        Freeport, New York 11520.
14   EXAMINATION BY
15   MS. PANICO:
16        Q     Good morning.
17        A     Good morning.
18        Q     My name is Deanna Panico and I
19   represent the Village of Freeport in the
20   federal lawsuit that you commenced against
21   the village.
22             Have you ever been deposed
23   before?
24        A     Yes.
25        Q     Was that the time that we met
```

Page 5

```
1              E. Skates
2  once before or was it another time other
3  than that?
4      A      What do you mean when "we met
5  once before"?
6      Q      We had done -- I had conducted
7  what is called a 50(h) examination of you
8  pursuant to a Notice of Claim that you
9  served on the village.
10     A      Yes.
11     Q      That was a few years ago.
12     A      Yes.
13     Q      Have you been deposed other than
14 that or is that the only time you've ever
15 been deposed?
16     A      I was deposed once before you
17 deposed me.
18     Q      Okay.  Got it.  So, then, you
19 should be very familiar then with what is
20 going to happen here today.
21     A      Somewhat.
22     Q      As you know, there's a
23 stenographer here who is going to be
24 taking down everything that you say
25 through stenographic means.  Because of
```

Page 6

                          E. Skates

1  that, it's important that when you give

2  your responses, you make sure that they

3  are oral responses rather than nods of the

4  head, gestures, et cetera, which she can't

5  record.

6              Also, it happens all the time

7  and it will happen today, because of the

8  fact that this is being recorded

9  stenographically, it's very important that

10 you wait until I complete my question

11 before you give your response, otherwise

12 the stenographer can't record or take down

13 both of what we are saying at the same

14 time.

15             In addition to that, throughout

16 the course of the deposition I anticipate

17 that your attorney will make objections to

18 some of the questions that I'm asking.

19 Unless you're directed by your attorney

20 not to answer the question, you should

21 still answer the question despite the

22 objection.

23             If at any time during the

24 deposition you would like to take a break,

1                    E. Skates

2    I will allow you to do so.  The only thing

3    I ask is just, if there's a pending

4    question, that you answer the pending

5    question before you take the break, but

6    otherwise I'll allow you to take a break

7    for whatever reason that you want.

8              If at any time during the

9    deposition you don't understand my

10   question, please just let me know and I

11   will do my best to rephrase it in a way

12   that it's comprehensible.  Sometimes I

13   kind of get jumbled up in my own head, so

14   just let me know if you don't understand

15   the question.  I don't want you to give an

16   answer to a question that is not what I'm

17   asking.  I just want the record to be

18   clear.

19             Are you under the influence of

20   any medication or any drugs today that

21   would affect your ability to understand my

22   questions or to answer them truthfully?

23        A     Well, I'm under medication.

24        Q     Okay.

25        A     I'm a diabetic.  Insulin.

Page 8

1                E. Skates

2       Q       Okay.  Is insulin the only

3   medication that you're on currently?

4       A       At this particular time, yes.

5       Q       Would the insulin affect your

6   ability to understand my questions?

7       A       I don't think so, but you asked

8   if I was on any medication.

9       Q       Would the insulin affect your

10  ability to answer my questions truthfully?

11      A       No.

12      Q       You had mentioned earlier that

13  aside from the 50(h) hearing that I had

14  conducted, you had been examined in one

15  other instance through a deposition; is

16  that correct, it was one other time

17  before?

18      A       Yes.

19      Q       What case was that that you were

20  deposed in connection with?

21      A       Personal injury.

22      Q       And were you a plaintiff in that

23  case, a defendant?

24      A       Plaintiff.

25      Q       Who did you bring that lawsuit

Page 9

1                    E. Skates

2    against?

3        A      New York City.

4        Q      What did you bring that lawsuit

5    against New York City for; what was the

6    basis for the lawsuit?

7        A      I had broken my foot in a

8    sinkhole on the street.

9        Q      When did that happen?

10       A      Between '97, I think, and '99.

11   It was in the '90s.

12       Q      So it was before you were ever

13   employed by Freeport?

14       A      Yes.

15       Q      How long were you injured as a

16   result of that broken foot?

17       A      Eight months.

18       Q      So it was fully healed before

19   you were hired by Freeport?

20       A      Yes.

21       Q      What relief were you seeking in

22   that lawsuit?

23       A      I don't remember.

24       Q      Were you seeking damages in that

25   lawsuit for emotional distress?

Page 10

1                    E. Skates

2       A       I don't remember.

3       Q       Were you seeking financial

4    compensation in that lawsuit?

5       A       Yes.

6       Q       For what?

7       A       I don't remember.  We are going

8    back some years.

9       Q       What was the outcome of that

10   case?

11      A       I didn't win.  It's hard to win

12   the city.

13      Q       Did you go to trial on that

14   case?

15      A       I'm not sure.

16      Q       Do you ever recall appearing at

17   a trial or being called as a witness at a

18   trial?

19      A       I don't remember.

20      Q       Aside from that personal injury

21   suit against the City of New York, did you

22   ever have any other lawsuits that you

23   commenced?

24      A       No.

25      Q       So it's just against the Village

Page 11

1              E. Skates

2    of Freeport and the City of New York?

3         A      That I can remember at this

4    point in time, yes.

5         Q      You never sued anybody else?

6         A      I don't remember.

7         Q      What about Mark Davella from the

8    Village of Freeport or in connection with

9    the Village of Freeport, did you ever have

10   a lawsuit against or in connection with

11   him?

12        A      I didn't have a lawsuit against

13   Mark Davella.

14        Q      There was never any litigation

15   in connection with him?

16        A      Mark Davella took me to Small

17   Claims Court.

18        Q      Okay.  So you were a defendant

19   in that case?

20        A      Yes.

21        Q      What was that case for?

22        A      I really don't know.  All I

23   know, he was suing me for $5,000.

24        Q      Do you know why?

25        A      No.

Page 12

1                    E. Skates

2        Q     Did he serve a complaint on you?

3        A     He might have.

4        Q     Do you have a copy --

5        A     No, no. He didn't serve a

6   complaint. I think it was mailed to me

7   from the courts.

8        Q     Okay.

9        A     Small Claim Courts, I think how

10  it went down.

11       Q     Do you have a copy of that

12  complaint?

13       A     No, I don't have a copy.

14       Q     Do you have any documents in

15  your possession, either here, at home, or

16  anywhere else, related to that suit that

17  Mr. Davella brought against you?

18       A     I think Mr. Henry has it.

19       Q     Okay.

20       A     I think.

21             MS. PANICO: I'm going to call

22        for the production of any documents

23        that exist that Miss Skates possesses

24        or that her counsel possesses

25        regarding the lawsuit brought against

```
 1                E. Skates

 2        her by Mr. Davella.

 3        A        Which he lost.

 4                MS. KAYANI:   I will take that

 5        under advisement.

 6        Q        The outcome was that he lost?

 7        A        Yes.

 8        Q        Was that after a trial?

 9        A        That was after mediation, and

10   when we couldn't come to a decision in

11   mediation, we went before the judge.  The

12   judge asked him questions, the judge asked

13   me questions, and then the judge said his

14   decision would be by mail.

15        Q        And then you received a decision

16   in the mail?

17        A        Yes.

18        Q        And you gave a copy of that

19   decision to Mr. Henry?

20        A        I think so.

21                MS. PANICO:   Again, we just call

22        for that production as well.

23        Q        So I just want to be clear --

24                THE WITNESS:   Can I ask you a

25        question?
```

Page 14

```
 1                     E. Skates
 2             MS. KAYANI:  I mean, is it
 3       pertaining to what we just talked
 4       about?
 5       Q     Well, I'm the one that is asking
 6   the questions here.  If you want to take a
 7   break and ask your attorney a question,
 8   I'll allow that.
 9       A     No, I just wanted to ask you a
10   question.
11       Q     Not right now, then.
12             So you received a complaint from
13   Mr. Davella, you attended a mediation with
14   Mr. Davella, and then you also appeared
15   before the judge in connection with this
16   lawsuit by Mr. Davella, but you can't
17   remember why Mr. Davella was suing you?
18       A     No, I can't.
19       Q     Okay.  Have you ever been sued
20   by anybody else other than Mr. Davella?
21       A     Not that I can remember.  I
22   don't think so.
23       Q     Have you ever been a defendant
24   in a foreclosure action?
25       A     Yes, I have.
```

Page 15

1                    E. Skates

2        Q       Okay.  When was that?

3        A       Present.

4        Q       When did that start?

5        A       When I was fired from the

6    Village of Freeport.

7        Q       When was that?

8        A       2013.

9        Q       2013 is when you were fired?

10       A       Yeah.

11       Q       When was the foreclosure action

12   commenced?

13       A       2013.

14       Q       And that was brought against you

15   by the bank?

16       A       Yes.

17       Q       Is that foreclosure action still

18   pending?

19       A       Yes.

20       Q       Do you know what the current

21   status of it is?

22       A       No, I don't think -- I don't

23   know exactly.  I know I received some

24   papers.  I received some papers, yeah, the

25   other day that they are going to sell my

Page 16

1              E. Skates

2    house January 31st on the Supreme Court

3    steps.

4         Q      Do you have an attorney

5    representing you in that matter?

6         A      No, I don't.

7         Q      Did you ever seek legal counsel

8    in connection with that matter?

9         A      I'm in the process.

10        Q      Who are you seeking legal

11   counsel with?

12        A      Nassau Suffolk Law Services.

13        Q      Now, this foreclosure action

14   that was commenced in 2013, this was the

15   first time that you had ever been subject

16   to a foreclosure action?

17        A      No.

18        Q      When was the first time you were

19   ever subject to a foreclosure action?

20        A      I don't remember the year.

21        Q      Was it before you were

22   terminated by the Village of Freeport?

23        A      Yes.

24        Q      Do you know if it was more than

25   10 years before you were terminated from

```
1                E. Skates

2    the Village of Freeport?

3        A      No.

4        Q      No, it was not, or no, you don't

5    remember?  Sorry, I didn't phrase it

6    right.

7        A      No, it was not 10 years before.

8        Q      Was it while you were employed

9    by the Village of Freeport?

10       A      Yes.

11       Q      What was the outcome of that

12   proceeding, the foreclosure proceeding

13   that took place while you were employed?

14       A      It was dismissed.

15       Q      Do you know why it was

16   dismissed?

17       A      Because I had a job.

18       Q      So did you pay any outstanding

19   obligations, is that why it was dismissed?

20       A      No, I didn't pay any outstanding

21   obligations.

22       Q      So what do you mean when you say

23   you "had a job"; how did that affect your

24   ability to have the foreclosure action

25   dismissed?
```

Page 18

1                    E. Skates

2        A        Because having a job qualified

3   me for a modification.

4        Q        And did you have legal counsel

5   in connection with that foreclosure

6   action?

7        A        No.

8        Q        Aside from the two foreclosure

9   actions that we have already discussed,

10  has there ever been any other foreclosure

11  action --

12       A        No.

13       Q        -- foreclosure action brought

14  against you?

15       A        No.

16       Q        The foreclosure action that

17  occurred while you were employed by the

18  Village of Freeport, did that cause any

19  stress in your life, or anxiety?

20       A        No.

21       Q        How about the foreclosure action

22  that occurred after you lost your

23  employment with Freeport, did that

24  foreclosure action cause stress or anxiety

25  in your life?

Page 19

1                    E. Skates

2       A      Yes.

3       Q      I just want to back up a little

4    bit because we got a little ahead of

5    ourselves.

6              The current address that you're

7    living at, Putnam Avenue; is that right?

8       A      Yes.

9       Q      How long have you lived there?

10      A      Since 1996.

11      Q      Are you presently living with

12   anybody?

13      A      My two dogs.

14      Q      Any human beings?

15      A      No.

16      Q      Are you married?

17      A      No.

18      Q      Were you ever married?

19      A      Yes.

20      Q      When was that?

21      A      The divorce was in 1975.

22      Q      Do you have any children?

23      A      No.

24      Q      Did you ever have any adopted

25   children?

Page 20

```
 1                 E. Skates
 2      A     Yes.
 3      Q     What was the name of your
 4  adopted child?
 5      A     Sharene Newton.
 6      Q     And is she still your adopted
 7  child?
 8      A     She is 30 years old.
 9      Q     Did you ever relinquish formal,
10  I guess it wouldn't be called custody, but
11  ever relinquish formal designation as her
12  parent?
13      A     I don't understand the question.
14            MS. PANICO:  Let me withdraw the
15      question.
16      Q     Did you ever formally adopt her?
17      A     Yes, I did.
18      Q     Is she still your child within
19  that formal adoption, meaning although she
20  may be an adult now, did you ever undo or
21  relinquish her being your child through
22  adoption?
23      A     No.
24      Q     Sorry, you said she was 30 years
25  old?
```

1                    E. Skates

2        A      Yes.

3        Q      Was there a period of time where

4   Miss Newton lived with you?

5        A      Yes.

6        Q      When was that?

7        A      From '92 until last year.

8        Q      Until 2015?

9        A      2015.

10        Q      Is Miss Newton currently

11   employed?

12        A      I don't see the relevancy to

13   that question.

14        Q      Is she employed by the Village

15   of Freeport?

16        A      No.

17        Q      Are you refusing to answer the

18   question about whether she is employed?

19        A      No, I just don't think that it's

20   relevant to this case.

21        Q      So are you going to answer the

22   question?

23             MS. KAYANI:   I will object to

24        the line of questioning.

25             You can answer just yes or no if

1               E. Skates

2       she is employed or not.

3       A       I did say that she was employed.

4  Did I not say that?

5       Q       Do you know where she is

6  employed?

7       A       No, I don't.

8       Q       I just want to discuss your

9  educational background.  Did you graduate

10  from high school?

11      A       Yes.

12      Q       Did you pursue any education

13  after high school?

14      A       I have an associate's degree in

15  paralegal studies.  I have a bachelor's

16  degree in paralegal studies.

17      Q       The associate's degree in

18  paralegal studies, where did you get that

19  degree from?

20      A       Nassau Community College.

21      Q       And when did you obtain that

22  degree?

23      A       2005.

24      Q       In regards to your bachelor's in

25  paralegal studies?

```
 1                    E. Skates

 2      A      Kaplan University.

 3      Q      When did you obtain that?

 4      A      I'm not sure.  209 (sic), 210

 5  (sic), somewhere around there.

 6      Q      Aside from what we already

 7  discussed, did you ever have any other

 8  education beyond high school?  In other

 9  words, Kaplan University and Nassau

10  Community College, were those the only two

11  universities that you went to?

12      A      Yes.

13      Q      Did you ever obtain any other

14  degrees?

15      A      I have a certificate for dental

16  assistant.

17      Q      When did you obtain that?

18      A      '75.

19      Q      Anything else?

20      A      I think that's it.

21      Q      I know at some point you were

22  employed by the Village of Freeport.  I

23  don't want to get into that yet.  I want

24  to talk about your history before you were

25  -- your work history before you were at
```

Page 24

1                    E. Skates

2     the Village of Freeport.

3                    Immediately before you worked at

4     the Village of Freeport, where did you

5     work?

6          A      I wasn't working.

7          Q      Did you work anywhere before the

8     Village of Freeport?

9          A      The Incorporated Village of

10    Hempstead.

11         Q      When did you work there?

12         A      From '89 to 2003.

13         Q      What was your title there?

14         A      Research assistant on housing.

15         Q      What were your duties, what did

16    that entail?

17         A      I was liaison between the mayor,

18    the board of trustees, and the multiple

19    residents in the Incorporated Village of

20    Freeport -- I'm sorry, Hempstead.

21         Q      And why did your employment

22    there end?

23         A      The civil service title was

24    disband.

25         Q      Did the Village of Hempstead

1              E. Skates

2    offer you a position in any other area of

3    the village?

4        A     No.  I didn't want anything

5    else.  I wanted to go to school.

6        Q     Between 2003 when your

7    employment ended with Hempstead and the

8    time that you were employed by the Village

9    of Freeport, did you hold any other

10   employment?

11       A     I worked for a law firm, I can't

12   remember the name.  I can't remember the

13   name because it was so long ago.

14       Q     What was your position with that

15   law firm?

16       A     I scheduled -- I did intake.  I

17   scheduled IMEs.  I prepared the paperwork

18   for cases.  Whatever the three attorneys

19   that I served gave me to do, I would do.

20       Q     When were you employed by the

21   law firm?

22       A     I don't remember.

23       Q     But it was in between your

24   employment with Hempstead and the Village

25   of Freeport?

Page 26

                    E. Skates

1

2      A      Yes.

3      Q      And why did your employment with

4   the law firm end?

5      A      My adopted child, at that

6   particular time -- well, not at that

7   particular time.  She is sickle cell and

8   she became very ill.  I needed to stay

9   home with her.

10     Q      Was there any other employment

11  that you held after your graduation from

12  high school?

13     A      After my graduation from where?

14     Q      High school.  I'm trying to find

15  out all of your prior employment before

16  Freeport.

17     A      I graduated high school in 1964.

18     Q      Okay.

19     A      My memory is very good, but it's

20  not that good.  Okay?  I cannot remember

21  what I did after high school.

22     Q      That's okay.  If you don't

23  remember, all you have to do is tell me

24  that you don't remember.  What I'm

25  interested in is what you can remember.

Page 27

1              E. Skates

2         So if you can remember any other

3    employment that you held before the

4    Village of Freeport, that's what I'm

5    asking about.  Can you recall anything

6    else?

7         A     Not at this time.

8              MS. PANICO:  I'm going to have

9         marked as Exhibit A what appears to be

10        a resumé from Miss Skates.

11             (Resumé of Miss Skates was

12        hereby marked as Defendant's Exhibit A

13        for identification, as of this date.)

14        Q     (Handing.)

15        A     (Perusing.)

16        Q     Miss Skates, have you had a

17   chance to review Exhibit A?

18        A     Yes.

19        Q     Do you recognize this document?

20        A     Yes.

21        Q     What do you recognize it to be?

22        A     My resumé.

23        Q     And is this a document that you

24   prepared?

25        A     Yes.

Page 28

1                  E. Skates

2       Q      Does this help to refresh your

3  recollection as to employment that you

4  held before the Village of Freeport?

5       A      Yes.

6       Q      The first, under "legal work

7  experience," it says, "Montfort, Healy,

8  McGuire & Salley"; is that the law firm

9  that you were referring to previously?

10      A      Yes.

11      Q      And underneath that, it says,

12  "United States Second District Court,

13  Suffolk County, District Clerk's office."

14      A      Uh-hum.

15      Q      Were you ever employed there?

16      A      That was not employment.

17      Q      It was just an internship?

18      A      I think that's what it says;

19  right?

20             (Perusing.)

21             Yes.

22      Q      And underneath that, it says,

23  "Incorporated Village of Hempstead."

24      A      Uh-hum.

25      Q      That's the job that we already

1                    E.  Skates

2    spoke about?

3         A     Yes.

4         Q     And beneath that, it says,

5    "Hudson Mortgage Consultants"?

6         A     Yes.

7         Q     Did you ever hold employment

8    there?

9         A     Yes.

10         Q     And the dates that are reflected

11    there, 2007 to 2008, is that accurate?

12         A     Yes.

13         Q     And the duties that are listed

14    there, is that accurate?

15         A     (Perusing.)

16               Yes.

17         Q     Why did your employment with

18    Hudson Mortgage Consultants end?

19         A     They went out of business.

20    That's when the housing crisis hit.

21         Q     You can put that aside.

22               Miss Skates, do you belong to

23    any clubs, organizations, associations,

24    anything along those lines?

25         A     No.

Page 30

                    E. Skates

1

2      Q      Any political organizations that

3   you belong to?

4      A      No.

5      Q      Do you have any hobbies?

6      A      Yes.

7      Q      What are your hobbies?

8      A      Arts and crafts.

9      Q      What do you mean in terms of

10  that?

11     A      Anything dealing with arts and

12  crafts.

13     Q      Do you belong to a group in that

14  regard --

15     A      No.

16     Q      -- or you just do it privately?

17     A      Yes.

18     Q      How about gardening, do you

19  engage in gardening at all?

20     A      I used to.

21     Q      Is that a hobby of yours as

22  well, or was it a hobby of yours?

23     A      Yes.

24     Q      When did you do that?

25     A      What do you mean?

Page 31

                        E. Skates

1

2      Q        When did you have gardening as a

3  hobby?

4      A        All of my life.

5      Q        And in terms of gardening, are

6  we talking about vegetable gardens or

7  gardening in terms of yard care?

8              MS. KAYANI:  I'm going to object

9      to the line of questioning.  It's

10      irrelevant, but you may answer.

11      A        Repeat that.

12      Q        I'll have the court reporter

13  read it back.

14              (The requested portion of the

15      record was read.)

16      A        Well, yard care is not

17  gardening.

18      Q        So what do you mean in terms of

19  gardening?  I'm not well versed in that

20  area, so what do you mean when you say

21  "gardening"?

22      A        Flowers and vegetables.

23      Q        And you did that your whole

24  life?

25      A        My whole life since I was

Page 32

1                    E. Skates

2    7 years old.

3       Q      I know it's cold out now, but do

4    you still do it to date?

5       A      I haven't been able to do it

6    since I got injured on the job.

7       Q      When was that?

8       A      October 21, I do believe, 2013.

9    I do believe it's the 21st.

10      Q      So you haven't done any

11   gardening since 2013?

12      A      No.

13      Q      Before 2013, what did your

14   gardening consist of?

15      A      Flowers and vegetables.

16      Q      Did you do any yard maintenance

17   as well?

18      A      Flowers and vegetables.

19      Q      How about knitting, is that a

20   hobby of yours as well?

21      A      I don't knit.

22      Q      Did you ever knit?

23      A      Never knitted.

24      Q      You never knitted any scarves,

25   hats?

Page 33

```
 1                    E. Skates
 2      A      I have never knitted in my life.
 3      Q      Do you have any sort of criminal
 4  record?
 5      A      I don't think so.
 6      Q      Have you ever been arrested
 7  before?
 8      A      I've never been arrested.
 9      Q      At some point in time did you
10  apply to work with the Village of
11  Freeport?
12      A      Yes, I did.
13      Q      When was that?
14      A      I think it was either 2008,
15  2009.  I'm not sure as to the exact year.
16      Q      Were you ever interviewed by
17  anybody when you initially applied to the
18  village?
19      A      I don't remember.  I know I
20  filled out an application for a job, but I
21  don't...
22      Q      What position did you apply for
23  in 2008 or 2009?
24      A      Seasonal.
25      Q      Was it seasonal laborer?
```

Page 34

1                     E. Skates
2      A      No.  It was seasonal
3  administrator assistant.
4      Q      And what was the starting salary
5  for that position?
6      A      There was no starting salary.
7  It was -- it was -- the job was funded by
8  the state and the federal government.  I
9  don't know exactly what -- I don't
10  remember what the hourly wage was or what
11  the biweekly wage was.
12              MS. PANICO:  I'll have marked
13          as Exhibit B what appears to be an
14          application for employment.
15              (Application for employment was
16          hereby marked as Defendant's Exhibit B
17          for identification, as of this date.)
18              MS. KAYANI:  I would just like
19          to note that my client is having
20          difficulty reading page 2 because I
21          believe the font size is too small for
22          her.
23              MS. PANICO:  Let's see if that's
24          an issue or not.
25      Q      Miss Skates, do you recognize

1                    E. Skates

2    what has been marked as Defendant's

3    Exhibit B?

4              (Handing.)

5         A    (Perusing.)

6              No, I don't.

7         Q    The second half of that page

8    where it says, "Last name:  Skates; First

9    name:  Earline," do you know whose

10   handwriting that is?

11        A    To me it doesn't appear to be my

12   handwriting because -- are these two

13   separate documents on this page?

14        Q    It looks like the top half may

15   be -- I don't know exactly, but I do agree

16   it does look like the first half of the

17   page is sort of connected maybe from a

18   different document because it says number

19   20 at the top.

20              But what I'm asking specifically

21   is whether or not you recognize the

22   handwriting on the second half of that

23   page where it asks for your personal

24   information.

25        A    No, I don't because this says

Page 36

1              E. Skates

2    from Nassau County Civil Service

3    Commission.  Okay.  And I don't remember

4    ever writing anything in for the Nassau

5    County Civil Service Commission.

6        Q      The position that you applied

7    for in 2008 or 2009, do you know if that

8    was a civil service position?

9        A      The seasonal?

10       Q      Yes.

11       A      No, it wasn't.  See, that's why

12   I said there "labor seasonal" up here

13   (indicating) and that's not -- no.  I'm

14   sorry.  I'm having ill feelings about this

15   document that you have here.  I think that

16   it looks like it was pieced together.  And

17   I don't even know what this is up in here

18   because I can't read it (indicating).

19       Q      My question was whether or not

20   that was your handwriting on the second

21   half of the first page --

22       A      I don't think so.

23       Q      Okay.

24       A      I don't think so.  I don't think

25   so.  I mean, because I don't remember

Page 37

                              E. Skates

1                        E. Skates

2     doing anything like this.

3          Q     Okay.

4          A     All right.

5          Q     Can you look at the second page

6     of Defendant's Exhibit B?  At the bottom

7     of that page there's a signature, do you

8     recognize that signature?

9          A     Like I said, yes, I recognize

10    this signature, but like I said, I do

11    believe that these are pieced-together

12    documents that don't -- that are trying to

13    make it coincide with something that

14    doesn't exist and your client wants to

15    make it exist.

16               MS. KAYANI:  Can we go off the

17          record for a second?

18               (At this time, a discussion was

19          held off the record.)

20          Q     Miss Skates, is that your

21    signature on the second page of

22    Defendant's Exhibit B?

23          A     It looks like it.  I'm not sure.

24               Do you see this (indicating)?

25    Over here it says, "Application for

Page 38

1              E. Skates

2  examination for employment."  This, here,

3  is when I went to do with the -- Nassau

4  County Civil Service Commission to apply

5  for the test for paralegal.  This is what

6  this is right here (indicating).

7              MS. PANICO:  I'm going to have

8       marked now as Defendant's Exhibit C a

9       document entitled, "Appointing

10      Authority Application Information."

11              (Appointing Authority

12      Application Information was hereby

13      marked as Defendant's Exhibit C for

14      identification, as of this date.)

15      Q      (Handing.)

16      A      (Perusing.)

17              Okay.  What do you want?

18      Q      Do you recognize this document?

19      A      No, I don't.

20      Q      You've never seen this document

21  before?

22      A      No.

23      Q      It says, "Labor, other,

24  seasonal."  Does that refresh your

25  recollection as to whether that was the

Page 39

```
 1              E. Skates
 2   position you were initially hired to?
 3       A     The seasonal, it was not a
 4   permanent position.  Seasonal only ran
 5   from June to September.
 6       Q     My question, though, was, this
 7   document indicates that, "Applicant
 8   Earline Skates was hired for the position
 9   of laborer, seasonal, on or about July 13,
10   2010."
11              Does this refresh your
12   recollection as to whether or not that was
13   the position you were hired to?
14       A     No.
15       Q     It also has a suggested start
16   date of July 12, 2010.  Is that when, in
17   or about when you started your employment
18   with the Village of Freeport?
19       A     I'm not sure.
20       Q     It has a starting salary of $12
21   an hour.  Is that the salary that you
22   initially started out with the Village of
23   Freeport?
24       A     Okay.  That --
25       Q     Miss Skates, my question is a
```

1                    E. Skates

2    yes-or-no answer.

3        A      Go ahead.  Say again, please.

4        Q      My question was, the starting

5    salary listed here is $12 an hour.  Is

6    that the initial starting salary that you

7    had?

8        A      The seasonal job, that wasn't

9    even temporary, it was only seasonal that

10   every incorporated village does each year.

11   They hire seasonal workers.  And it says

12   "laborer" on there, but I was the

13   administrative assistant to the person who

14   was the head of the Department of Public

15   Works.  I did no laboring job.

16       Q      Okay.  It lists here, July --

17              MS. PANICO:  Withdrawn.

18       Q      It lists here that the mayor at

19   the time was Andrew Hardwick and it says

20   it was authorized by Andrew Hardwick.  Is

21   that the mayor whose administration you

22   were hired under?

23       A      Yes.

24              MS. PANICO:  I would like to

25       have marked as Defendant's Exhibit D a

Page 41

```
 1              E. Skates
 2    Report of Personal Action.
 3          (Report of Personal Action was
 4    hereby marked as Defendant's Exhibit D
 5    for identification, as of this date.)
 6          MS. KAYANI:  I would just like
 7    to note that my client is unable to
 8    read the document since she does not
 9    have her glasses, or the ones that she
10    has she is unable to see accurately
11    through them.  We will try our best to
12    see if she can answer questions that
13    counsel has for her.
14          (At this time, a discussion was
15    held off the record.)
16          (At this time, a recess was
17    taken.)
18    Q     Miss Skates, I just want to put
19    on the record as well, we did take a break
20    so that I could attempt to magnify the
21    document through the photocopy machine,
22    but after several attempts by my secretary
23    we were unable to successfully get it to
24    magnify the complete document.
25          MS. PANICO:  So we are going to
```

Page 42

E. Skates

1        E. Skates

2    proceed with Miss Skates having the

3    document read to her by her attorney

4    if and when the need arises.

5            (A recess was taken from 10:58

6    a.m. until 10:59 a.m.)

7            MS. PANICO:  Just for the

8    record, Miss Skates has been provided

9    with a magnifying glass.

10   Q     Miss Skates, is the magnifying

11 glass helping you?

12   A     Yes.

13           MS. PANICO:  So she is now

14   reviewing Defendant's Exhibit D.

15   A     (Perusing.)

16           Okay.  What is your question?

17   Q     Miss Skates, do you recognize

18 Defendant's Exhibit D?

19   A     No, I don't recognize it.

20   Q     At the top, it says, "Report of

21 Personnel Action."  Are you familiar with

22 what a Report of Personnel Action is?

23   A     No, I'm not.

24   Q     In the middle section of this

25 document --

Page 43

```
 1              E. Skates
 2              MS. PANICO:  Withdrawn.
 3      Q       At the top of this document it
 4  lists applicant name, it says, "Earline
 5  Skates"; is that correct?
 6      A       Uh-hum.
 7      Q       And in the middle of the page it
 8  says "Action code" and it says,
 9  "SEAS-seasonal appointment"; is that
10  correct?
11      A       Uh-hum.
12      Q       It lists the effective date as
13  July 20, 2010; is that correct?
14      A       I guess so.
15      Q       Is that on or about the date
16  that you commenced employment with
17  Freeport?
18      A       In the seasonal, yes.
19      Q       Underneath that, it says, "Class
20  Code and Title" and it says, "4 KD-laborer
21  seasonal"; is that correct?
22      A       I don't know if that's correct,
23  but that's what it says.
24      Q       Okay.
25      A       But I was never a laborer, but I
```

Page 44

1                    E. Skates

2    was seasonal.

3        Q     At the bottom of that same

4    section the bottom right says, "Payroll

5    salary, $12." Is that what your hourly

6    rate was when you were hired; correct?

7        A     That's not correct.

8        Q     What was your hourly rate when

9    you were first hired?

10       A     When I was seasonal, my hourly

11   rate was $15 an hour. When I became part

12   time, it was $12 an hour. So this doesn't

13   coincide with what -- these things don't

14   match up.

15            MS. PANICO: I'm going to have

16       marked as Exhibit E a document

17       entitled, "Request for Classification

18       of Position."

19            (Request for Classification

20       of Position was hereby marked as

21       Defendant's Exhibit E for

22       identification, as of this date.)

23            THE WITNESS: This is making me

24       seasick (indicating). It's affecting

25       my stomach. I can't do that.

Page 45

1                E. Skates

2           MS. KAYANI:  Are you okay?

3           THE WITNESS:  I can't do that.

4      It's like riding in a car and reading

5      a book.  I'm getting carsick.

6           MS. PANICO:  Just for the

7      record, Miss Skates is referring to

8      the magnifying glass that is making

9      her sick.

10          THE WITNESS:  I don't know any

11     of this paperwork because I was not

12     privy to any paperwork.

13          MS. KAYANI:  She will ask you

14     questions and you can let her know.

15     Q     Miss Skates, have you had a

16  chance to review Defendant's Exhibit E?

17     A     No.

18     Q     Would you like another minute to

19  look at it?

20     A     I can't see it.

21     Q     I'm going to represent to you,

22  with the consent of your attorney, that

23  the document at the top says, "Request For

24  Classification of Position."  Have you

25  ever seen a Request for Classification

Page 46

1              E. Skates

2    before?

3        A      No.

4        Q      Did you ever see your request

5    for classification for the seasonal

6    position that you were initially hired

7    for?

8        A      No.

9        Q      You never saw a job description

10   for that position?

11       A      Not that I remember.

12       Q      Have you ever seen Defendant's

13   Exhibit E before?

14       A      I don't think so.  I don't

15   remember this.  Most of the paperwork was

16   done by H.R., so you didn't get to see

17   anything.

18       Q      My question is just whether or

19   not you've ever seen it before.

20       A      I don't remember seeing anything

21   like this before, no.

22       Q      You never asked to see a job

23   description when you were initially hired

24   as a seasonal employee?

25       A      No.

Page 47

1              E. Skates

2              MS. PANICO:  I'm going to have

3      marked now as Defendant's Exhibit F a

4      document regarding Code of Ethics.

5              (Code of Ethics document was

6      hereby marked as Defendant's Exhibit F

7      for identification, as of this date.)

8      Q      Miss Skates, have you had a

9  chance to review Defendant's Exhibit F?

10             (Handing.)

11     A      (Perusing.)

12             Yes.

13     Q      And your attorney read to you

14  the contents of Defendant's Exhibit F?

15     A      Yes.

16     Q      Do you recognize this document?

17     A      Somewhat.

18     Q      This document has a signature on

19  it that says "Earline Skates" on it; is

20  that your signature?

21     A      It appears to be.

22     Q      And above that it says,

23  "Received by Earline Skates, dated July 7,

24  2010."  Do you recall receiving this

25  document and signing it?

Page 48

E. Skates

1
2      A      I think so.  Yeah, I think I
3  remember receiving this because everybody
4  has to sign one before they became
5  employed.  But, this, when I signed this,
6  this labor or seasonal was not there
7  (indicating).
8      Q      You're referring to where it
9  says "Title, laborer seasonal" next to it?
10      A      Uh-hum.
11      Q      That's not your handwriting
12  there?
13      A      "Labor seasonal," no.
14      Q      At some point in time after you
15  were hired as a seasonal employee with the
16  Village of Freeport, did you apply for a
17  new or a different position with the
18  Village of Freeport?
19      A      I was asked.
20      Q      Who were you asked by?
21      A      I was asked by Scott, Scott
22  Richardson, who was the administrative
23  assistant in DPW to help out in the
24  Assessor's Department because they were
25  shorthanded and would I mind doing that.

Page 49

E. Skates

1

2      Q      Did you ever apply for that

3  position?

4      A      I guess when I said yes, I would

5  go, I would apply for it.

6      Q      Okay.

7      A      I don't know.  Maybe I did,

8  maybe I didn't.  I'm not sure, but I know

9  I just went on.

10     Q      Did you apply for a position,

11  part-time laborer?

12     A      No.

13     Q      After Mr. Richardson asked you

14  to apply for this position that you

15  referred to earlier --

16     A      Excuse me.  He asked me.  He

17  didn't ask me to apply.

18     Q      Okay.

19     A      He asked me if I would.

20     Q      He offered you the position?

21     A      Yes.

22     Q      Did you have to submit an

23  application after that?

24     A      I don't remember.

25     Q      Did you automatically go into

Page 50

                    E. Skates

1

2    that position or did you have to fill out

3    any paperwork?

4        A     I don't remember.  I know I went

5    in and I just started helping out because

6    the assessor's department was swarmed.

7        Q     Do you know what your title was

8    at that point?

9        A     No.

10       Q     Do you know when this happened,

11   the approximate year?

12       A     I'm not sure if it was '09 or

13   '10.

14       Q     But it was one or the other?

15       A     It was somewhere around in

16   there.  I don't know exact dates on that.

17       Q     Were you ever interviewed in

18   connection with that position?

19       A     No.

20       Q     Was there a salary change in

21   connection with that transition from the

22   seasonal employee to -- sorry, what

23   position did you call it?  Once you were

24   transferred from the seasonal employee,

25   what was your new title after that?

1                E. Skates

2       A       I don't understand what you're

3  saying.

4       Q       You were initially hired to the

5  Village of Freeport as a seasonal

6  employee; correct?

7       A       Yes.

8       Q       You said at some point

9  Mr. Richardson offered you a new position;

10 correct?

11      A       It wasn't exactly a new

12 position, because I would be doing the

13 same, almost the same type of work, so it

14 wasn't a new position.  It was taking

15 someone from one department in the village

16 to help another department in the village

17 that was swarmed with work.

18      Q       Okay.  So your title didn't

19 change?

20      A       I don't know.

21      Q       Did your salary change?

22      A       At some point it did.

23      Q       Did it change in connection with

24 the change of position?

25      A       It changed in connection with

Page 52

                    E. Skates

1
2    the ending of seasonal work.

3        Q     Okay.   That's what I wanted to

4    know.

5              And what did the salary change

6    to?

7        A     $12 an hour.

8        Q     And that was from $15 an hour?

9        A     Yes.

10       Q     So your salary actually went

11   down?

12       A     Yes.

13             MS. PANICO:   I'm going to have

14       marked as Defendant's Exhibit F again

15       what appears to be an application for

16       employment.

17             (Application for employment was

18       hereby marked as Defendant's Exhibit G

19       for identification, as of this date.)

20       Q     (Handing.)

21       A     (Perusing.)

22       Q     Miss Skates, have you had a

23   chance to review Defendant's Exhibit G?

24       A     Somewhat.

25       Q     Do you need another minute to

Page 53

1                    E. Skates

2    look at it?

3         A       No, I'm okay.

4         Q       Do you recognize this document?

5         A       I don't recognize this

6    (indicating).   I don't recognize that

7    (indicating).

8         Q       You don't recognize the top half

9    of the first page of Defendant's Exhibit

10   G?

11        A       No.

12                I recognize this (indicating).

13        Q       Just for the record, you're

14   referring to page 2, that you do recognize

15   page 2?

16        A       The bottom part of page 2.   This

17   part, yes (indicating).

18        Q       And do you recognize page 3?

19        A       My name I recognize, and my

20   signature I recognize.   Anything else I

21   don't recognize because I never -- I

22   never saw this.   Where it says

23   "Permanent/part-time laborer, part-time

24   DPW Village of Freeport," that was not

25   there when I signed this (indicating).

```
1                    E. Skates
2        Q      Okay.  So the page 1 of
3    Defendant's Exhibit G, the second half of
4    that page where it lists your name, your
5    street address, telephone number --
6        A      What are you talking, please?
7        Q      Let me just start that whole
8    question over again.
9                The first page of Defendant's
10   Exhibit G, the second half of that first
11   page where it lists your name, your
12   address, Social Security number, do you
13   recognize that portion of Defendant's
14   Exhibit G?
15       A      No.
16       Q      So that handwriting with your
17   name, your telephone number, that's not
18   your handwriting?
19       A      That is my handwriting, but this
20   has nothing to do with the job.  This was
21   when I went and filed for the paralegal
22   test with civil service.
23       Q      When did you apply for a
24   paralegal test with civil service?
25       A      I don't know.  I don't know, but
```

Page 55

1                    E. Skates

2    I know I was working with Freeport when I

3    did.

4         Q    On the second page there, it may

5    be hard for you to read, but under

6    "Experience," the second one listed under

7    B is for the law firm that we previously

8    spoke about?

9              MS. KAYANI:   I'm just reading it

10        to her.

11        Q    Is that the law firm that you

12   previously testified about that you worked

13   for?

14        A    Yes.

15        Q    Now, next to that it says,

16   "Reason for leaving," it says "Downsized."

17   That's inconsistent with the prior

18   explanation you gave me, which was that

19   you left because your daughter was ill.

20        A    Yes.

21        Q    Does that refresh your

22   recollection?

23        A    Well, I put downsize on there

24   because I thought that if I put that I

25   left because my daughter was ill and I had

Page 56

```
 1              E. Skates
 2  to take care of her, that I wouldn't get a
 3  job.
 4      Q      So you made a misrepresentation
 5  on the application?
 6      A      Yeah.
 7              MS. KAYANI:  I'll object to
 8      that.
 9      Q      I'm sorry?
10      A      That's your interpretation.
11      Q      So did you make a
12  misrepresentation on the application to
13  obtain the job?
14              MS. KAYANI:  Again, objection to
15      that line of questioning, but you may
16      answer.
17      A      I don't think so.
18      Q      Below that it lists, under C,
19  "Incorporated Village of Hempstead,"
20  that's the position that you previously
21  testified about where you were research
22  assistant; is that correct?
23      A      Yes.
24      Q      Under that it says "Reason for
25  leaving," it says, "Personal."  Again, you
```

1          E. Skates

2   previously testified that the title was

3   disbanded by the Village of Hempstead,

4   which is, again, inconsistent with what

5   you listed here in your application.

6       A     I felt that disband is personal

7   because that was personal against me, so

8   it was personal.

9       Q     That's what you were referring

10  to when you said "personal"?

11      A     Yes.

12      Q     On the third page here of

13  Defendant's Exhibit G, in Section 24, it

14  asks for your race/ethnicity.

15      A     Uh-hum.

16      Q     In that section, you failed to

17  check off that you were black, even though

18  you've made representations in this

19  lawsuit repeatedly that you're black, and

20  instead, you checked off the box "other."

21  Why did you do that?

22      A     Because I'm Italian, I'm native

23  American Indian, and I'm black.

24      Q     Okay.

25      A     But only people see me as black.

Page 58

1                    E. Skates

2       Q       At some point in time, did you

3   apply for another position with the

4   Village of Freeport?

5       A       I didn't apply.  I was asked to

6   become full time with the assessor's

7   department.

8       Q       And who asked you to do that?

9       A       Paul Nerrick, James Smith, and

10  Andrew Hardwick.

11      Q       So those three individuals that

12  you just listed offered you a full-time

13  position?

14      A       Yes.

15      Q       When was that?

16      A       I don't know the exact date, but

17  I'm sure that the village could give you

18  those dates.  But it was the clerk in the

19  assessor's department -- are you

20  interested, or should I not speak?  I

21  mean, because you're looking.

22      Q       My question was whether or not

23  you knew the date that you were offered

24  that position.

25      A       No.

Page 59

                    E. Skates
1
2       Q       No.  Okay.
3               Do you know what title you were
4       being offered?
5       A       Clerk, to assist the assessor
6       and the auditor.
7       Q       Is that a civil service title?
8       A       I don't know.
9       Q       Who told you that that was the
10      title?
11      A       Paul Nerrick and -- Paul
12      Nerrick.
13      Q       Was your salary increased as a
14      result of that change?
15      A       Yes.
16      Q       What was it changed to?
17      A       35,000 and change a year.
18      Q       So you went from an hourly
19      employee to a salaried employee?
20      A       Yes.
21      Q       Who was your supervisor while
22      you were employed in the assessor's
23      department?
24      A       Paul Nerrick and James Smith.
25      Q       At any point in time while you

Page 60

1              E.  Skates

2    were employed by the Village of Freeport,

3    did you apply for a position as a

4    recreation attendant?

5         A     No.

6              MS.  PANICO:   I'm going to have

7         marked as Defendant's Exhibit H an

8         Employment Application.

9              (Employment Application was

10         hereby marked as Defendant's Exhibit H

11         for identification, as of this date.)

12              (A recess was taken from 11:23

13         a.m. until 11:25 a.m.)

14         Q     (Handing.)

15         A     (Perusing.)

16         Q     Miss Skates, have you had a

17    chance to review Defendant's Exhibit H?

18         A     Uh-hum.

19         Q     Do you recognize this document?

20         A     No.

21         Q     The handwriting that's on this

22    page, do you recognize it?

23         A     Some of it.

24         Q     Whose handwriting do you

25    recognize it to be?

Page 61

```
1                  E.  Skates

2        A      Mine.

3        Q      Which handwriting here is yours?

4        A      My name, my address, how long I

5   lived, my phone number, yes, yes, yes, my

6   driver's license.

7               What's not mine is "PT Freeport

8   Rec," that is not mine.  "Right away,

9   yes."  And if you look on the second page,

10  Mr. Richardson crossed off "time record

11  attendant" and put "laborer part time" at

12  $12 an hour.

13              This was the seasonal job.  The

14  seasonal job was 15.  This was when I was

15  working -- this is when I went to the

16  assessor's department, when they sent me

17  to the assessor's department.

18      Q      Did you submit this document to

19  anybody?

20      A      I don't remember.

21      Q      Well, you testified already that

22  this is your handwriting on there; is

23  that?

24              MS. PANICO:  Withdrawn.

25      Q      You testified that some of the
```

Page 62

```
                        E. Skates
 1
 2    handwriting on here is yours; correct?
 3        A      Yes.
 4        Q      So after you've completed the
 5    portions of this document that you did, in
 6    fact, complete, what did you do with the
 7    document after, then?
 8        A      I don't remember.
 9        Q      Would you have handed in or
10    submitted this document without indicating
11    what position you were applying for?
12        A      I might have.  I don't remember.
13        Q      At the bottom of this first
14    page, it lists your prior record of
15    employment.  It states here, "Incorporated
16    Village of Hempstead."  That's the prior
17    employment we spoke about twice already
18    where you were a research assistant?
19        A      Uh-hum.
20        Q      It says, "Reason for leaving,
21    position terminated"; correct?
22        A      Uh-hum.  Isn't that the same as
23    the civil service title being taken away?
24        Q      I'm asking you.  These are your
25    words.  Is that what you were referring
```

Page 63

1              E. Skates

2    to?

3        A      Yes.

4        Q      So you didn't mean to say that

5    you were terminated from the position?

6        A      No.  Well, if they took the

7    civil service title away, there is no

8    title for me to work under, I don't have a

9    job.  So is that not the same?

10             MS. PANICO:  I'd like to have

11        marked as Defendant's Exhibit I

12        another Report of Personnel Action.

13        This one dated October 15, 2010.

14             (Report of Personnel Action was

15        hereby marked as Defendant's Exhibit I

16        for identification, as of this date.)

17        A      Can I see the other one that was

18    like this?  It seems to be the same thing.

19    It seems to be the same document.

20        Q      You want to see Defendant's

21    Exhibit D?

22             MS. KAYANI:  There you go.

23             (Handing.)

24             THE WITNESS:  (Perusing.)

25        Q      Miss Skates, have you had a

```
 1                  E. Skates
 2    chance to review Defendant's Exhibit I?
 3         A     Yes.
 4         Q     Do you recognize this document?
 5         A     No.
 6         Q     At the top it lists "Applicant
 7    name, Earline Skates"; is that correct?
 8         A     My name is Earline Skates.
 9         Q     And that's what the document
10    lists?
11         A     Yes.
12         Q     And then in the middle of the
13    document it states, "Laborer (part time)"
14    under "Class code and title"; correct?
15         A     Yes.
16         Q     Does this refresh your
17    recollection as to whether or not you were
18    ever hired as a laborer part time?
19         A     No.
20              MS. PANICO:  I would like to
21         have marked as Defendant's Exhibit J,
22         Confidential Supplement to Employment
23         Application.
24              (Confidential Supplement to
25         Employment Application was hereby
```

Page 65

1              E. Skates

2        marked as Defendant's Exhibit J for

3        identification, as of this date.)

4        A     Why is my Social Security not

5    blocked out on this one (indicating)?

6        Q     I could block it out for you.

7    Do you want me to go get a marker?

8        A     Yes.

9              (A recess was taken from 11:34

10       a.m. to 11:34 a.m.)

11       Q     (Handing.)

12       A     (Perusing.)

13       Q     Miss Skates, have you had a

14   chance to review Defendant's Exhibit J?

15       A     Yes.

16       Q     Do you recognize this document?

17       A     I think so.

18       Q     The handwriting that's on this

19   document, is that your handwriting?

20       A     It's my handwriting, but title

21   and position is not.

22       Q     Okay.

23       A     And title and position was not

24   put on there when I signed it.

25       Q     You had left it blank when you

Page 66

1                    E. Skates

2    submitted it?

3        A     I didn't leave it blank.  You

4    can see that's not my handwriting.

5        Q     Okay.

6        A     So when they give me something

7    to sign, okay, you got a job, you got to

8    do this, you got to fill this out, that

9    was not put in there (indicating), because

10   -- I'm sorry.

11       Q     When you submitted this

12   document, you submitted it with the title

13   of the position, you left it blank?

14       A     I didn't put the title in.  I

15   was only called to H.R. to sign papers.

16       Q     So, then, did it list --

17       A     So when I signed this paper,

18   that was not in there (indicating).

19       Q     What did it say there at the

20   time that you signed it?

21       A     Nothing.

22       Q     So you signed this document

23   without knowing what position you were

24   applying for?

25       A     I was told that I was going to

1                  E. Skates

2    be full time and that I would be working

3    in the assessor's office.

4         Q    This document is dated May 18,

5    2012; is that the approximate time when

6    you became a full-time employee at the

7    Village of Freeport?

8         A    I do believe so.

9         Q    Again, just going down to the

10   bottom of the second page, it, again,

11   lists that law firm as a prior employer

12   that we spoke about earlier.

13        A    Uh-hum.

14        Q    This time the reason that you

15   listed for leaving that employment was

16   because it was downsized.  Again, this is

17   inconsistent with the two prior reasons

18   that you've given for leaving that law

19   firm, so which one is accurate?

20        A    The one that is accurate, that

21   my daughter was ill and I needed to be

22   home and take care of her.

23        Q    So, again, you made a

24   misrepresentation on this application in

25   order to obtain employment?

Page 68

1              E. Skates

2          MS. KAYANI:  Object to that, but

3      you may answer.

4      A     No, I did not.

5      Q     Was that an error?

6      A     It could have been.

7          MS. PANICO:  I'm going to have

8      marked as exhibit K a document

9      entitled, "Noncompetitive Or Waiver

10     Class Appointment."

11          (Noncompetitive Or Waiver Class

12     Appointment was hereby marked as

13     Defendant's Exhibit K for

14     identification, as of this date.)

15          (Report of Employment Action was

16     hereby marked as Defendant's Exhibit L

17     for identification, as of this date.)

18          (Probation Report was hereby

19     marked as Defendant's Exhibit M for

20     identification, as of this date.)

21     Q     (Handing.)

22     A     (Perusing.)

23     Q     Miss Skates, did you have a

24 chance to review Defendant's Exhibit K?

25     A     Yes.

Page 69

```
                              E. Skates

1                             E. Skates

2        Q        Do you recognize this document?

3        A        I think so.

4        Q        What do you recognize it to be?

5        A        Noncompetitive or Labor Class

6    Appointment.

7        Q        Were you ever appointed to the

8    position of recreation attendant?

9        A        No.

10       Q        This document states here that

11   you were appointed as a recreation

12   attendant on June 8, 2012; is that

13   incorrect?

14       A        I don't really know how to

15   answer that.  I can't answer yes or no

16   without an explanation.

17       Q        Okay.  It states here that this

18   appointment as a recreation attendant was

19   authorized by Mayor Andrew Hardwick; is

20   that correct?

21       A        That's what the paper says.

22       Q        Is that what happened?

23       A        I guess so.  The paper says

24   that.

25       Q        Well, I'm asking you not what
```

                    E. Skates

1                    E. Skates

2    the paper says, but based on your

3    knowledge, were you appointed to the

4    position of recreation attendant by Mayor

5    Hardwick?

6        A    I guess so.  I don't know

7    because I never went to the recreation

8    center.

9        Q    Did you ever hear or come to

10   learn that you were appointed to be a

11   recreation attendant by Andrew Hardwick?

12       A    I don't remember.  I might have.

13       Q    It says here that there was a

14   maximum probation period of 26 weeks.  Do

15   you recall ever having to serve a

16   probationary period for 26 weeks?

17       A    I did, in the assessor's

18   department.

19       Q    And when was that?

20       A    During that time.

21       Q    Was there ever time where you

22   passed your probationary period?

23       A    Yes.

24       Q    And when was that?

25       A    Twenty-six weeks later.

Page 71

1              E. Skates

2      Q      I'm going to show you now what

3  has been marked as Defendant's Exhibit L.

4              (Handing.)

5      A      (Perusing.)

6      Q      Miss Skates, have you had a

7  chance to review Defendant's Exhibit L?

8      A      Yes.

9      Q      Do you recognize this document?

10     A      No.

11     Q      You've never seen this document

12  before?

13     A      Not that I remember.  I do not

14  think so.  This looks like it's all

15  personnel records.

16     Q      It lists here "Applicant name,"

17  it says "Earline Skates"; correct?

18     A      Yes.

19     Q      And under "Class, code and

20  title," it says "OKD-recreation

21  attendant"; is that correct?

22     A      I don't know.

23     Q      Is that what the document says?

24     A      That's what the document says,

25  yes.

Page 72

```
1                    E. Skates
2        Q     Does that refresh your
3   recollection as to whether or not you were
4   appointed as a recreation attendant at
5   that time?
6        A     No.
7        Q     It doesn't refresh your
8   recollection?
9        A     No.
10       Q     And it lists here that your
11  payroll salary was $34,582; that's an
12  annual salary?
13       A     Yes.
14       Q     That is the annual salary that
15  you received in or about June of 2012?
16       A     Yes.
17       Q     And earlier, you had stated that
18  when you became a full-time employee, you
19  were paid an annual salary of 35,000 per
20  year, and you said around there.
21             Does this refresh your
22  recollection as to exactly what your
23  salary was when you became a full-time
24  employee?
25       A     Say that again?
```

Page 73

```
 1              E. Skates

 2      Q      Earlier, you testified, I

 3  believe the exact phrase that you used was

 4  that when you became a full-time employee,

 5  you received $35,000 and change as your

 6  annual salary.

 7              Does this refresh your

 8  recollection as to what your annual salary

 9  was when you became a full-time employee?

10      A      Okay.

11      Q      It was around 34,582?

12      A      So I was $1,000 off.  Are you

13  going to sue me for that?

14      Q      No.  I just want to make sure --

15      A      I was thinking of my last salary

16  when I left.

17      Q      Okay.  So $35,000 and change was

18  your salary when you left, then?

19      A      Yes.

20      Q      It says here that this was

21  submitted, if you turn to the second page,

22  it says, "Submitted by Carolyn Dean."  Do

23  you know who that is?

24      A      She works for the Village of

25  Freeport.
```

Page 74

1              E. Skates

2     Q      In what department, do you know?

3     A      H.R.

4     Q      I'm going to show you a document

5  that has been marked as Defendant's

6  Exhibit M.

7              (Handing.)

8     A      (Perusing.)

9              Okay.

10    Q      Have you had a chance to review

11 Defendant's Exhibit M?

12    A      Uh-hum.

13    Q      Do you recognize this document?

14    A      No.

15    Q      You've never seen this document

16 before?

17    A      I don't think so.  I don't

18 remember seeing anything like this.

19    Q      The document is entitled,

20 "Probationary Report."  Did you ever see

21 any report indicating whether or not you

22 passed your probationary period when you

23 became a full-time employee?

24    A      No, I didn't.  I don't remember

25 receiving it.  I don't think I did.

Page 75

1              E. Skates
2              MS. PANICO:  Can you mark this
3      as N, please?  It's a Class
4      Specification for Recreation
5      Attendant.
6              (Class Specification for
7      Recreation Attendant was hereby marked
8      as Defendant's Exhibit N for
9      identification, as of this date.)
10     Q      Okay.  I'm going to show you now
11 what has been marked as Defendant's
12 Exhibit N, which is a Class Specification
13 for Recreation Attendant.
14             (Handing.)
15     A      (Perusing.)
16             Can I go to the ladies room?
17             MS. PANICO:  Absolutely.
18             (A recess was taken from 11:49
19     a.m. until 11:56 a.m.)
20     Q      Miss Skates, have you had a
21 chance to review Defendant's Exhibit N?
22     A      Yes.
23     Q      Have you ever seen this document
24 before?
25     A      Yes.

Page 76

1                    E. Skates

2       Q       When did you first see it?

3       A       I do believe it was maybe the

4   second or third week that I was subjected

5   to the rec center when I asked for what

6   was my duties.  Because I wanted to...

7       Q       So this was --

8       A       Presented to me by Victoria

9   Dinielli three weeks when I was sent to

10  the rec center upon my request.

11      Q       Did you ever ask for class

12  specification or job description when you

13  became a full-time employee back in 2012?

14      A       No, because I knew what I was

15  supposed to do.

16      Q       Are you claiming that you were a

17  clerk in the assessor's department; is

18  that correct?

19      A       Yes.  I don't claim.  That's

20  what I was told.

21      Q       Did you ever take a civil

22  service examination for that position?

23      A       No, I didn't.

24      Q       Do you know whether or not the

25  other clerks in the office took a civil

Page 77

                    E. Skates

1                   E. Skates
2    service examination?
3        A      I'm not sure if the clerk that
4    left the village that I replaced that gave
5    the village a day's notice that she was
6    leaving, I don't know if she took one.
7    But if it was required and I was checking
8    into if it was required, I had planned to
9    take one.
10       Q      So do you know whether or not it
11   was required?
12       A      I didn't get a chance to.
13       Q      When you first applied or were
14   given this position, this full-time
15   position, did you look, at that point, to
16   see whether or not you needed an
17   examination to be a clerk?
18       A      No, I did not.
19       Q      To date, have you learned
20   whether or not it was necessary to take an
21   examination to be a clerk in the
22   assessor's office?
23       A      No, I did not.
24       Q      At some point in time, you had a
25   verbal disagreement with Trustee Martinez

Page 78

1            E. Skates

2    regarding whether it was appropriate for

3    you to collect signatures at a Memorial

4    Day parade; is that correct?

5        A      Trustee Martinez had a verbal

6    disagreement with me.

7        Q      When was that?

8        A      I don't know what year.  Maybe

9    it was 212 (sic).  Maybe it was 211 (sic).

10   It was the first board meeting after the

11   Memorial Day parade of that year.

12       Q      But you don't recall the year?

13       A      I don't remember.  Maybe it was

14   '10, maybe it was '11, maybe it was '12.

15   It might have been '12.

16       Q      But the verbal disagreement that

17   you had with Trustee Martinez, it occurred

18   before you became a full-time employee;

19   correct?

20       A      No, I don't think so.  And he

21   had the verbal agreement with me, I did

22   not have it with him.  He brought the

23   issue to me.

24       Q      Okay.  So do you recall -- I

25   just want to clarify and make sure I'm

Page 79

1               E. Skates

2    getting the timeline correct.

3               Do you recall whether or not the

4    verbal disagreement, regardless of who

5    initiated it, do you recall whether or not

6    that verbal disagreement occurred before

7    or after you became a full-time employee?

8        A    I think it was after I became a

9    full-time employee.  I think that's what

10   it was.  I think.

11       Q    And this verbal disagreement, it

12   related to you collecting signatures at a

13   Memorial Day parade; is that right?

14       A    Well, yes, yes.

15       Q    What were you collecting

16   signatures for on that day?

17       A    To keep Channel 18 and 44 on the

18   air.

19       Q    Is that what was referred to as

20   Resolution 18/44, or 44?

21       A    I don't know.

22       Q    Did you ever hear of Resolution

23   18/44?

24       A    I might have.  I don't remember.

25       Q    Why were you collecting

Page 80

1                     E. Skates

2       signatures for that reason?

3            A      I'm sorry?

4            Q      You just thought those channels

5       should remain on TV or was it part of your

6       involvement in some other --

7            A      I thought they should stay on

8       TV.  I'm a resident, a homeowner, and a

9       taxpayer of the Incorporated Village of

10      Freeport.  I have the right to protect my

11      tax dollars.  I have the right to ask

12      people if they want to continue to have

13      the board meetings on TV.  That was my

14      right and it will still be my right.

15           Q      Were you collecting these

16      signatures or appearing at the Memorial

17      Day parade on behalf of any organization?

18           A      No.

19           Q      So you were just out there

20      collecting signatures by yourself?

21           A      No, there were -- there was

22      at least 15 other people collecting

23      signatures as well.

24           Q      And how did this group become

25      organized?

Page 81

                    E. Skates

1

2      A      I don't remember.  Oh, we were

3  just concerned homeowners.  There was no

4  group.  We were no organization.  We had

5  no plan except to keep 18 and 44.  And we

6  not only did the parade, we went around

7  door to door knocking on doors.  Concerned

8  residents.

9      Q      Were these 15 residents, were

10  they your neighbors?  In other words, how

11  did you guys join together; how did you

12  come to know each other?

13      A      Through the board meetings.

14      Q      Did you organize this movement?

15      A      No, I did not.

16      Q      Who did?

17      A      I don't know.

18      Q      Can you name for me any of the

19  individuals that you collected signatures?

20      A      I'm not going to do that.

21      Q      Unfortunately for you, you do

22  have to answer the question.

23      A      No, I will not do that.

24      Q      You have to.

25              MS. KAYANI:  I will object.

Page 82

1              E. Skates

2     A      No, I will not do that.

3            MS. KAYANI:  I'm unaware of who

4     these people are.

5     Q      But I'm telling you that you

6  have to answer it.

7     A      I don't know who they are.

8     Q      The only grounds that you have

9  for not answering a question --

10    A      I don't know who they are and I

11 don't know if they are still living in

12 Freeport.

13    Q      You previously told me that you

14 would not provide me with the information;

15 now you're changing it that you don't know

16 who they are?

17    A      I don't know who they are.

18    Q      Do you know who any of them are?

19    A      I don't remember.

20    Q      You can't remember one person

21 that you collected signatures with?

22    A      I don't remember.

23    Q      Then why did you previously

24 indicate that you wouldn't give me the

25 information?

Page 83

1                    E. Skates

2      A      Because I don't think that I

3   have the right to give anybody's name

4   concerning my situation.

5              MS. PANICO:  The reason I need

6         this information is obvious.  She is

7         claiming that her First Amendment

8         rights were violated because she was

9         collecting signatures.  She is

10        claiming that was the reason why she

11        was transferred and terminated.

12             THE WITNESS:  No, that was the

13        reason I was fired.

14             MS. PANICO:  So the reason I

15        need this information is because if

16        any of these individuals were also

17        employees of the village --

18     A      No, they were not.

19             MS. PANICO:  -- and they also

20        continued to be employed, then

21        obviously that stands in the face of

22        what she is claiming.

23             MS. KAYANI:  To the extent she

24        may answer if those individuals were

25        employees of the village, but in terms

Page 84

1                E. Skates

2       of names, I do not see the relevancy

3       of her disclosing the names of

4       individuals.

5              MS. PANICO:  I hate to contact

6       the Court because today is the end of

7       discovery.

8              THE WITNESS:  You have to call

9       the courts.  Because they did not work

10      for the Village of Freeport.  That, I

11      can tell you.  So we'll call the

12      courts because I am not disclosing

13      anybody's information without first

14      notifying them.  I'm not doing that.

15             MS. KAYANI:  Can we go off the

16      record for a minute?

17             MS. PANICO:  Sure.

18             (At this time, a discussion was

19      held off the record.)

20             (A lunch recess was taken from

21      12:07 p.m. until 12:58 p.m.)

22   EXAMINATION BY

23   MS. PANICO:

24      Q    Miss Skates, when we last left

25   off before the break, I had asked you a

Page 85

```
 1              E. Skates
 2   question about who collected signatures
 3   with you, that's in regard to the
 4   Resolution 18/44 at the Memorial Day
 5   parade, and you had indicated that there
 6   were around 15 other individuals who also
 7   collected signatures with you.  When I
 8   asked you to identify those individuals,
 9   you refused to do so.
10          During the break, I spoke with
11   your counsel and we have agreed for the
12   present moment we will leave a blank in
13   the transcript, and then toward the
14   conclusion of this deposition, we will
15   contact the court to get a resolution on
16   that issue from the court.  But just in
17   the interest of trying to save time, we'll
18   move forward with the deposition right
19   now.
20       A     Okay.
21          MS. KAYANI:  As counsel said, my
22       client will take it under advisement
23       in terms of providing the names.  As
24       of now, we'll leave a blank and we'll
25       come back to towards the end.
```

Page 86

1              E. Skates

2         In the event that Miss Skates

3     cannot recall the names, we'll have

4     the transcript with the blank and we

5     will also mark it as a ruling for the

6     court.

7  (Insert)_____

8  _____

9  _____

10      Q    Miss Skates, when you were

11  attempting to collect these signatures at

12  the Memorial Day parade, did anybody sign

13  this petition that you were circulating?

14      A    Yes.

15      Q    Do you know approximately how

16  many people?

17      A    Three hundred.

18      Q    Are those 300 signatures that

19  you, yourself, collected?

20      A    Yes.

21      Q    That was all that one day at the

22  Memorial Day parade?

23      A    Yes.

24      Q    Once you collected those

25  signatures, what did you do with the

Page 87

```
 1              E. Skates
 2    petition that you had circulated; in
 3    other words, what did you do with the
 4    signatures?
 5         A     I don't remember.
 6         Q     What did you do with the
 7    signatures --
 8         A     I don't remember.  I know I gave
 9    them to somebody, but I don't know who it
10    was that I gave it to.
11         Q     Did you give it to one of the
12    individuals that was collecting signatures
13    with you?
14         A     I think so.  I think so.
15         Q     Did you hand it in to anyone at
16    the village?
17         A     No.
18         Q     Resolution 18/44, was that
19    before the county legislature; was that a
20    New York State resolution?
21         A     I don't know.
22         Q     Do you know whether or not
23    Resolution 18/44 was ever voted on by the
24    village board?
25              MS. KAYANI:  I'm going to object
```

```
                                              Page 88
 1                  E. Skates
 2         to that, but you may answer that.
 3         A      I'm not sure.  I'm not sure
 4    about that.
 5         Q      Do you know whether or not
 6    Resolution 18/44 was ever passed or
 7    whether it failed?  What was the ultimate
 8    outcome?
 9         A      I think it wasn't passed.  I'm
10    not sure because it went into litigation.
11    It went into the courts, so at that time I
12    wasn't sure.  It might not have passed,
13    but I'm not really sure.
14         Q      Do you know --
15         A      Because it's still on.
16         Q      Okay.
17         A      That's why I'm not sure.
18         Q      Do you know who voted for the
19    resolution?
20         A      What do you mean who voted for
21    it?
22         Q      In terms of legislature
23    approval, were there any legislators that
24    voted for it?
25         A      When you say legislators,
```

```
                                        Page 89
 1                    E.  Skates
 2    legislators  where?
 3         Q      At  the  village.
 4         A      The  trustees?
 5         Q      Yes.
 6         A      Voted  for  it?
 7         Q      Yes.
 8         A      I'm  not  sure.   I  don't  remember.
 9         Q      You  don't  know  which  trustees
10    voted  for  it  and  which  ones  voted  against
11    it?
12         A      No.
13         Q      Do  you  know  whether  or  not
14    Trustee  Martin  voted  for  it?
15         A      I  don't  know.
16         Q      Do  you  know  whether  Trustee
17    Pineyro  voted  for  it?
18         A      I  don't  know.
19         Q      I  believe  it  was  in  your
20    complaint.   You  stated  that  Scott
21    Richardson  was  directed  by  Trustee
22    Martinez  to  order  you  to  stop  collecting
23    signatures  at  the  Memorial  Day  parade;  is
24    that  correct?
25         A      That's  correct.
```

Page 90

                        E. Skates

1

2      Q      What happened in connection with

3  Mr. Richardson, did he approach you, did

4  you approach him; what happened?

5      A      He approached me and he told me

6  that George Martinez and Carman Pineyro

7  told me to stop taking signatures.

8      Q      Did you comply with his

9  directive?

10     A      No.

11     Q      Did you ever ask Trustee

12  Martinez whether or not he gave that

13  directive?

14     A      No.

15     Q      Did you ever ask Trustee Pineyro

16  whether or not she gave that directive to

17  Mr. Richardson?

18     A      No.

19     Q      So the only thing you have is

20  Mr. Richardson's word that he was directed

21  by those two trustees to direct you?

22     A      No.

23     Q      What else do you have to go by?

24     A      I saw them call him to the

25  grandstand and immediately after he spoke

Page 91

```
                         E. Skates
 1
 2     to them, he came from the grandstand, he
 3     came directly to me and said, "They said,"
 4     Pineyro and Martinez, "told me to tell you
 5     to stop taking signatures."
 6          Q      Did he specifically say they
 7     said to stop collecting signatures or did
 8     he specifically identify Trustee Martinez
 9     and Trustee Pineyro?
10          A      Identified both of them.
11     Because --
12          Q      The individuals that were
13     collecting signatures with you, did
14     Mr. Richardson, Miss Pineyro, or
15     Mr. Martinez, did he direct any of the
16     fellow individuals who were collecting
17     signatures to stop collecting them?
18          A      No.  Can I elaborate?
19          Q      There's no question pending.
20          A      Okay.
21          Q      Aside from this Resolution
22     18/44, was there any other solicitation or
23     campaigning that was taking place at the
24     Memorial Day parade?
25          A      There were Hare Krishnas giving
```

Page 92

1                E. Skates

2    out their pamphlets.  I don't know what

3    the organization was, but they were

4    passing it out and asking for signatures.

5    It had to do with a religious

6    organization.  There were people selling

7    favors, flags, poppies, stuff like that.

8        Q     Do you know whether or not any

9    of those individuals were employed by

10   Freeport?

11       A     Well, if they were, I've never

12   seen them as employees.

13       Q     You stated in your complaint

14   that at some point you were actively

15   engaged in or that you actively

16   participated in Freeport politics; is that

17   correct?

18       A     Yes.

19       Q     Do you still do that?

20       A     Yes, I do.

21       Q     And when did you start that?

22       A     I never stopped.

23       Q     When did you start that?

24       A     1975.

25       Q     So from 1975 to present?

Page 93

1                    E. Skates

2      A      Yes.

3      Q      In what way are you actively

4  involved in Freeport politics?

5      A      I'm working on Andrew Hardwick's

6  campaign.

7      Q      His current campaign?

8      A      Yes.

9      Q      He is running again?

10     A      Yes.

11            I worked on Earline Cooper's

12  campaign.  I worked on -- what's her name

13  that used to be the D.A.?

14     Q      I know who you're talking about,

15  but I can't think right now.

16     A      Rice, Kathleen Rice, I worked on

17  her campaign.  I worked on Adam Haber's

18  campaign.  I worked on James Gardener's

19  campaign.

20     Q      These individuals that you've

21  listed, are they all from the same

22  political party?

23     A      No.

24     Q      Mayor Hardwick is democrat, or

25  former Mayor Hardwick?

Page 94

1              E. Skates

2     A     I don't know what his party

3  affiliation is.

4     Q     How about Earline Cooper, do you

5  know her party affiliation?

6              MS. KAYANI:  I'm going to

7      object.

8              You can answer.

9     A     I don't know what her party

10  affiliation is.

11     Q     Kathleen Rice, do you know what

12  her party affiliation is?

13              MS. KAYANI:  Objection.

14     A     I don't know what her party

15  affiliation is.

16     Q     And Mr. Haber, do you know his

17  party affiliation?

18     A     No, I don't know his party

19  affiliation.

20     Q     James Gardener, do you know his

21  party affiliation?

22     A     No, I don't know his party

23  affiliation.

24     Q     So when I asked you whether or

25  not they all had the same party

Page 95

```
 1                E. Skates
 2    affiliation, you told me no, they did not,
 3    but how would you know that if you don't
 4    know any of their party affiliations?
 5         A    I just assumed that they were
 6    not a part of the same party affiliation.
 7              Because I don't look at parties.
 8    I look at the people that I think would be
 9    best for the jobs, so I don't really deal
10    with their party affiliations.
11         Q    You said that you were involved
12    in Andrew Hardwick's campaign; is that his
13    campaign for mayor?
14         A    When?
15         Q    Were you ever involved in his
16    campaign for mayor?
17         A    When?
18         Q    Ever.
19         A    Yes.
20         Q    When was the first time?
21         A    In the '90s.
22         Q    Was he elected mayor then?
23         A    I don't think so.
24         Q    Did he ever run for mayor again?
25         A    Yes.
```

Page 96

1              E. Skates

2       Q       When was that?

3       A       I guess in the late '90s, early

4    2000s.

5       Q       Was he elected mayor then?

6       A       Yes.

7       Q       How long did he serve as mayor

8    after he was elected in the late '90s?

9       A       Four years.

10      Q       Did he ever run for mayor again

11   after that?

12      A       Yes.

13      Q       When was that?

14      A       Four years after the last one.

15      Q       So sometime in early 2000s?

16      A       I think it was 212 (sic), 212

17   (sic).

18      Q       How long did he serve as mayor

19   then?

20      A       He did not win his re-election.

21      Q       You said -- I just want to get

22   the time frame right.  You said he was

23   elected in the late '90s for four years.

24   So that would bring us up to, let's say,

25   like 2002, 2003?

Page 97

                    E. Skates

1
2     A      So I got the timeline -- I don't
3  know.  I don't know the timeline.  I know
4  that he lost one election, he won one
5  election and he lost a second, the
6  re-election.
7     Q      Let me ask it this way:  You
8  campaigned or you helped Mr. Hardwick in
9  his campaign; did he become mayor before
10  you were hired for the village?
11     A      Yes, but I was working.
12     Q      What do you mean but you were
13  working?
14     A      But I was working.  Because I do
15  believe I was working with Hudson Mortgage
16  then.
17     Q      But my point is that you
18  assisted Mr. Hardwick in his campaign to
19  become mayor before you were hired with
20  the village; correct?
21     A      Yes.
22     Q      And what did you do when you
23  were assisting Mr. Hardwick to become
24  mayor?
25     A      I was on the legal committee.

Page 98

                        E. Skates

1

2      Q      And what did you do on the legal

3  committee?

4      A      Research.

5      Q      What kind of research?

6      A      Credibility research.

7      Q      Was this something that

8  Mr. Hardwick had asked you to do?

9      A      No.

10     Q      You did this on your own?

11     A      Yes.  Well, by the request of

12  legal counsel, the attorney that was in

13  charge of the legal department.

14     Q      Who was that?

15     A      Cheryl Clark.

16     Q      She asked you to research

17  credibility?

18     A      Yes.

19     Q      And what do you mean by

20  credibility?

21     A      Well, there was discrepancy as

22  to where Bobby was living.

23     Q      Who's Bobby?

24     A      Bobby Kennedy.

25     Q      When you were serving on this

Page 99

1              E. Skates

2    legal committee, was this when

3    Mr. Hardwick was running for mayor in or

4    about 2012?

5         A    Yes.

6         Q    Did you ever serve on his legal

7    committee before then?

8         A    No.

9         Q    So that didn't start until after

10   you were already employed by the village?

11        A    Rephrase that, please?

12        Q    You did not become part of

13   Mayor -- former Mayor Hardwick's legal

14   committee until after you were employed by

15   the village?

16        A    Yes.  Because I received my

17   degree then.

18        Q    Was there any other way that you

19   assisted in Andrew Hardwick's campaign for

20   mayor in 2012?

21        A    Can you be more specific?

22        Q    No, I can't because I don't know

23   the answer.

24             Is there any other way that you

25   assisted other than serving on the legal

Page 100

1                    E.  Skates

2     committee?

3         A      I got petitions signed.

4         Q      Okay.  How many petitions did

5     you get signed?

6         A      I don't remember.

7         Q      Was it a substantial number?

8         A      I thought it was.

9         Q      Anything else that you did to

10    help Mr. Hardwick campaign for mayor?

11        A      I made phone calls.

12        Q      Anything else?

13        A      I think that's about it.

14        Q      Now, you said you investigated

15    the credibility of Bobby Kennedy, and

16    you're referring to Trustee Kennedy or the

17    current mayor?

18        A      Yes.

19        Q      What credibility issues were you

20    investigating?

21        A      Where his permanent residence

22    was, is.

23        Q      Did Miss Clark ask you to do

24    that?

25        A      I'm not sure.  She might have or

Page 101

```
 1              E. Skates
 2   I might have taken it upon myself to do
 3   it.
 4        Q      By what means did you
 5   investigate Mr. Kennedy's residence?
 6        A      Public record with the
 7   assessor's office here in Mineola.
 8        Q      So you went to the Nassau County
 9   Clerk's office?
10        A      Yes.
11        Q      And what did you do there?
12        A      I looked up his address.
13        Q      How did you do that, you pulled
14   his deed?
15        A      No.  I think I did it by name,
16   and from the name I got the address, and
17   from the address I went and got copies of
18   the record.
19        Q      What record were you looking at?
20        A      His residency in Lynbrook.
21        Q      But was that contained in the
22   form of a deed?  Specifically what record
23   were you looking at?
24        A      I guess it was a deed.
25        Q      Do you know that for sure?
```

E. Skates

2    A    I guess it was a deed.

3    Q    What were your findings?

4    A    I found out that his Lynbrook
5  address was listed as his permanent
6  residence, that he was not living in -- he
7  was not a resident of Freeport.  His
8  permanent residency was in Lynbrook
9  because that's where he was getting his
10  STAR Program on his property, that's where
11  he was getting his advanced (sic) Star on
12  his property, and that's where he was
13  getting his veteran's discount on his
14  property.

15    Q    Okay.  Anything else?

16    A    That's it.

17    Q    Did you report your findings to
18  anybody?

19    A    I think I gave it to Cheryl.

20    Q    And what did she say when you
21  gave it to her?

22    A    Nothing.

23    Q    Did she say thank you?

24    A    Nothing.

25    Q    Did they do anything with that

Page 103

1              E. Skates

2    information?

3        A      I don't know.

4        Q      Was Mr. Kennedy aware of the

5    fact that you were investigating him?

6        A      I don't know.

7        Q      Was Mr. Hardwick aware of the

8    fact that you were investigating

9    Mr. Kennedy?

10       A      I didn't tell him.

11       Q      Your complaint also says that

12   you found discrepancies on Mr. Kennedy's

13   property.

14       A      I just named them.

15       Q      That's what you were referring

16   to?

17       A      Yes.

18       Q      Did you ever investigate

19   Mr. Kennedy in your capacity as an

20   employee of the Village of Freeport?

21       A      No.

22       Q      Did you ever look through

23   Freeport records for information about

24   Mr. Kennedy?

25       A      No.

Page 104

1                    E. Skates

2       Q       Your complaint also states that

3    you reviewed Mr. Kennedy's petitions; is

4    that right?

5       A       Yes.

6       Q       What petitions were those?

7       A       Petitions to get on the ballot.

8       Q       And who directed you to do that?

9       A       The campaign chairman.

10      Q       Who was that?

11      A       I don't remember her name.  I'm

12   bad on names.

13      Q       That's okay.  We could leave a

14   blank in the transcript and if you

15   remember it later on, you could fill it

16   in.

17   (Insert)_____

18      Q       Did you receive any training on

19   how to review petitions?

20      A       Yes.

21      Q       What training did you receive?

22      A       When I was a republican, we had

23   classes on how to clean petitions.

24      Q       How many of those classes did

25   you take?

Page 105

1              E. Skates

2      A      There was only one required

3    class -- well, it was three days, but only

4    one time.

5      Q      When did you take that class?

6      A      I don't remember.

7      Q      Was it more than 10 years ago?

8      A      Yes.

9      Q      More than 20 years ago?

10     A      No.

11     Q      More than 15 years ago?

12     A      No.

13     Q      How long was the class?  I'm

14   sorry if I just asked that.  How long was

15   the class?

16     A      Did you just ask that?

17     Q      I don't know.

18     A      Can we have a read-back?

19            MS. KAYANI:  I believe she asked

20      how many days.

21     Q      Yes, maybe that was and you said

22   it was one class.  Do you know the length

23   of the class?

24     A      I said it was one class and I do

25   believe I said it was three days.  I do

Page 106

1              E. Skates

2    believe I said that.

3        Q    One class for three days?

4        A    An hour.

5        Q    An hour per day?

6        A    Yes.

7        Q    You said the class was to learn

8    how to clean petitions?

9        A    Yes.

10       Q    What does that mean?

11       A    To check them for discrepancies,

12   to check them against the voter

13   registration book.

14       Q    Did Mr. Kennedy know that you

15   were reviewing his petition?

16       A    Every candidate that runs for an

17   office knows that their petitions can be

18   scrutinized by the opponents.

19       Q    But did Mr. Kennedy specifically

20   know that you were reviewing his

21   petitions?

22       A    I have no idea if he

23   specifically knew I was reviewing his

24   petitions.

25       Q    Your complaint states that you

Page 107

```
 1              E. Skates
 2   found Mr. Kennedy's petitions to be
 3   illegal or to have illegal signatures; is
 4   that right?
 5       A     Yes.
 6       Q     Did you report that to anybody?
 7       A     We reported it to the Board of
 8   Elections, and I wasn't the only one that
 9   was scrutinizing the petitions.
10       Q     Who else was scrutinizing the
11   petitions?
12       A     Whoever else was given batches,
13   bundle, stacks to do.  So each person, I
14   don't know who -- nobody knew who the next
15   person was because the committee counsel
16   wanted to keep it so it didn't look like
17   it was a combined effort, that everything
18   was on the up and up.  So I was given a
19   bunch to clean and, yes, I did find
20   discrepancies, a lot of them.
21       Q     Who else reviewed the petitions
22   with you?
23       A     I don't know.  I don't know.
24       Q     When you reviewed the petitions,
25   were you at campaign headquarters?
```

Page 108

1                    E. Skates

2       A      No.

3       Q      Where were you?

4       A      When I first reviewed the

5  petitions, I was at headquarters.  When

6  the numbers came in and -- when -- after

7  we did them at headquarters, we put the

8  ones to the side that were questionable.

9  The counselor took those and gave each

10  person anonymously to put them in some

11  kind of order.  So the 150, I think it

12  was, that was given to me, I made a

13  printout of them on my computer --

14      Q      Miss Skates, I'm just going to

15  stop you for one second.  We are getting

16  way off track.  Although I appreciate what

17  you're saying, I'm limited in time.

18             My question specifically was

19  where you reviewed the petitions.

20      A      Headquarters.

21      Q      And who was with you at

22  headquarters?

23      A      Everybody that was a part of the

24  committee.

25      Q      Did you observe anybody else

1           E. Skates

2  reviewing petitions while you were at

3  headquarters?

4       A    Yes, I did.

5       Q    Who?

6       A    I don't know.

7       Q    You don't know their names?

8       A    Because I don't know their

9  names.

10      Q    Were any of them employees at

11 the Village of Freeport?

12      A    I'm not sure.

13      Q    Do you know what the outcome was

14 of those illegal petitions?

15      A    From what I understand, there is

16 no outcome as of yet.  It's still being

17 investigated, from what I'm told.

18      Q    Were they ever reviewed in

19 court?

20      A    I'm not sure.

21      Q    Were you the only employee at

22 the Village of Freeport who campaigned for

23 Mr. Hardwick?

24      A    I don't think so.

25      Q    Who else also campaigned for

Page 110

1              E. Skates

2  Mr. Hardwick?

3      A      I told you I'm bad on names.

4      Q      You can't remember anyone else

5  who also campaigned for Mr. Hardwick?

6      A      No.  I just met most of those

7  people right then and there, but the names

8  don't stick out.  There were other

9  employees.  I know Mr. Richardson did.

10     Q      I'm going to leave a blank.  If

11  you can remember anybody else's name

12  besides Mr. Richardson, I'm just going to

13  ask that you fill that in.

14  (Insert)_____

15  _____

16     Q      Is Mr. Richardson still employed

17  at the Village of Freeport?

18     A      Yes, he is.

19     Q      What's his title?

20     A      I don't know.

21     Q      Is he still in the assessor's

22  office?

23     A      Mr. Richardson was never in the

24  assessor's office.

25     Q      I'm sorry.  What position did he

Page 111

                      E. Skates

1
2  hold?
3      A      He was superintendent of DPW.
4      Q      Does he still hold that title?
5      A      No.  Bobby took it away from
6  him.
7      Q      You're referring to Mayor
8  Kennedy?
9      A      Yes.
10     Q      Do you know what position he now
11  holds?
12     A      No, I don't.
13     Q      How about Vicky Groden, did she
14  campaign on behalf of Mayor Hardwick?
15     A      I don't know.
16     Q      Do you know whether she
17  supported Mr. Hardwick?
18     A      I don't know.
19     Q      You claim that at some point in
20  time when you were employed with the
21  Village of Freeport that you worked in the
22  assessor's department; is that correct?
23     A      Yes.
24     Q      Did you ever actually hold any
25  title in the assessor's department?

Page 112

                    E. Skates

1

2      A      I was told that I was the clerk.

3      Q      Who told you that?

4      A      Paul Nerrick and James Smith, my

5   supervisor and my assistant supervisor.

6      Q      Did you ever see that on any

7   documents that listed you as being a

8   clerk?

9      A      No.

10     Q      Did you ever hold the title of

11  recreation attendant while employed with

12  the Village of Freeport?

13     A      I'm not sure.

14     Q      While you were assigned to the

15  assessment department, did you ever take

16  any days off from work?

17     A      A few.

18     Q      When was it that you were

19  transferred to the recreation center?

20     A      April 3, 2013.

21     Q      In March of 2013, do you know

22  whether or not you took any days off at

23  the assessor's department?

24     A      I don't remember.

25     Q      How about in February of 2013,

Page 113

```
 1              E. Skates
 2   did you take any days off?
 3       A     I don't remember.
 4       Q     While you were at the assessor's
 5   office, who maintained your time card?
 6       A     It was either Paul Nerrick or
 7   James Smith.
 8       Q     Were you ever in possession of
 9   the time card?
10       A     When I was part time, I was,
11   yes.
12       Q     Once you became full time, what
13   happened?
14       A     It was taken away.
15       Q     It was taken away by Paul or
16   James?
17       A     Yes.
18       Q     Do you know what happened to it
19   after that?
20       A     No, I don't.
21       Q     After you were transferred to
22   the rec center, did Paul and James remain
23   at the assessor's office?
24       A     No.
25       Q     What happened, where did Paul
```

Page 114

1                  E. Skates

2    go?

3        A     Bobby fired them, too.

4        Q     Both of them?

5        A     Yes.

6        Q     Do you know what happened to

7    your time card after you moved from the

8    assessor's office to the rec center?

9        A     No.

10       Q     Do you know whether or not your

11   time card was lost?

12       A     I don't know.

13       Q     After you were transferred to

14   the rec center there was a dispute about

15   what happened to that time card; correct?

16       A     Okay.  Yes.

17       Q     Eventually you were granted all

18   of the time that you requested in terms of

19   vacation time, sick leave and personal and

20   comp time; correct?

21       A     Yes.

22             MS. PANICO:  I'm just going to

23        have marked now as O a copy of a memo

24        dated May 15, 2013.

25             (Memo dated May 15, 2013 was

```
 1              E. Skates
 2       hereby marked as Defendant's Exhibit O
 3       for identification, as of this date.)
 4       Q      (Handing.)
 5       A      (Perusing.)
 6       Q      Have you had a chance to review
 7  Defendant's Exhibit O?
 8       A      Yes.
 9       Q      Do you recognize this document?
10       A      Yes.
11       Q      What do you recognize it to be?
12       A      A memo to me from Victoria
13  Dinielli, manager of Recreation Center, cc
14  to Conor Kirwan, Executive Director of
15  Human Resources, May 15, 2013.
16       Q      And is the information contained
17  in this Exhibit O accurate?
18       A      Yes.
19       Q      Is that your signature toward
20  the bottom, the signature line?
21       A      Yes.
22       Q      When did you submit a 2012 time
23  card to Miss Dinielli?
24       A      I didn't.
25       Q      Did you submit it to Mr. Kirwan?
```

Page 116

```
1                  E. Skates
2       A     No, I gave it to Liz.
3       Q     And who is Liz?
4       A     She is the one that keeps the
5  payroll.
6       Q     Is that after Miss Dinielli
7  asked you where the time card was?
8       A     That was long after.
9       Q     About how long after, do you
10 know?
11      A     I don't know.
12      Q     Sorry, could you look at Exhibit
13 O?  The last statement, I just want to
14 confirm, the last paragraph says, "I also
15 swear and attest to the fact that I have
16 not taken any time off, sick, vacation,
17 personal, et cetera, in January, February,
18 or March of 2013 prior to my arrival at
19 the Recreation Center."  Was that a
20 statement?
21      A     I do believe so.
22      Q     You didn't take any time off in
23 three months?
24      A     I think so.  I'm not sure.
25      Q     Do you know why you were
```

Page 117

```
 1              E. Skates
 2    transferred from the assessor's office to
 3    the rec center, as you claim?
 4        A    As I claim?
 5        Q    Yes.  You claim you were
 6    transferred from the assessor's office to
 7    the rec center; right?
 8        A    That's a fact.
 9        Q    Okay.  Do you know why?
10        A    From what I was told, Bobby did
11    not want me there.  He wanted me in the
12    rec center as a form of a punishment.
13        Q    Do you know what he was
14    punishing you for?
15        A    Yes, finding information on him,
16    not supporting him, working against his
17    election.
18        Q    Do you believe it had anything
19    to do with you collecting signatures at
20    the Memorial Day parade?
21        A    I think it had a lot to do with
22    a lot of things that he did not agree to.
23        Q    Do you believe that you were
24    transferred from the assessor's office to
25    the rec center because you collected
```

1              E. Skates

2    signatures at the Memorial Day parade?

3        A       Among other things, yes.

4        Q       You had stated earlier -- I

5    don't want to mischaracterize.  If I'm

6    saying it wrong, just correct me.  I

7    believe you said you were told that

8    Kennedy did not want you there as a form

9    of punishment?

10       A       Yes.

11       Q       Who told you that?

12       A       Victoria Dinielli.  She said the

13   orders came straight from the mayor.  She

14   had nothing to do with it.

15       Q       Did she tell you that Mayor

16   Kennedy was looking to punish you?

17       A       No.

18       Q       Did anybody tell you that?

19       A       No.

20       Q       So that's just your own personal

21   belief; correct?

22       A       It's more than a personal

23   belief, but we wouldn't go into that

24   because you would not understand it.

25       Q       Well, I need, unfortunately, to

Page 119

```
 1                  E. Skates
 2   understand it.
 3        A     You wouldn't understand it.  Are
 4   you spiritual?
 5        Q     I don't know what you mean by
 6   "spiritual."
 7        A     Are you spiritual?
 8        Q     I'm not the individual being
 9   deposed, so you can't ask me questions.
10              What I'm asking you is how you
11   know that Mr. Kennedy, Mayor Kennedy,
12   transferred you as a form of punishment?
13   Are you saying you were told through your
14   religion?
15        A     No.  I'm saying that I was told
16   by my spirituality, which has nothing to
17   do with religion.
18        Q     Okay.  So spirituality is not
19   religion?
20        A     No.
21        Q     Okay.  What do you mean you were
22   told through your spirituality?
23              MS. KAYANI:  I want to object.
24        A     Didn't I just tell you, you
25   would not understand?
```

Page 120

                    E. Skates

1                   MS. KAYANI:  You're required to

3      answer.

4      A       Now, what were you saying?

5      Q       You said that you were told that

6  Mayor Kennedy was transferring you as a

7  form of punishment, you were told that

8  through your spirituality, and I said, in

9  what way?

10     A       In showing me things that were

11 to come.

12     Q       Okay.

13     A       And why things were the way they

14 were.

15     Q       Okay.  Is this through some sort

16 of, like, telepathic or through like a

17 medium?  I'm just not sure what you mean.

18     A       No.

19     Q       Did somebody appear to you and

20 tell you this?

21     A       No, no.

22     Q       So what exactly do you mean?

23     A       I can't explain it to you.

24     Q       Like a psychic?

25     A       No.

Page 121

                    E. Skates

1

2        Q      So who came to you and told you

3    this then?

4        A      I will not answer that because

5    you do not understand.

6        Q      Is it a human being that came to

7    you and told you that?

8        A      No.

9        Q      Aside from you, was anybody else

10   transferred from the assessor's department

11   to the rec center at the time that you

12   were?

13       A      No.

14       Q      How about, I'm going to

15   pronounce this wrong, but I'm going to

16   try, Eurel Moses, do you know who that is?

17       A      Yes, I know who Eurel is.

18       Q      Do you know what title Eurel

19   held?

20       A      No.

21       Q      Do you know if he or she was

22   transferred to the rec center at any point

23   in time?

24       A      Yes.

25       Q      When was that?

```
                              E. Skates
 1
 2        A      I don't know.
 3        Q      Do you know whether or not Eurel
 4   campaigned on behalf of Mayor Hardwick or
 5   former Mayor Hardwick?
 6        A      I think he did.
 7        Q      How about Karen Harding, do you
 8   know whether or not she was transferred to
 9   the rec center around the same time that
10   you were?
11        A      I'm not sure about the time, but
12   she was transferred.
13        Q      Transferred to the rec center?
14        A      Yes.
15              (Phone ringing.)
16              THE WITNESS:  I'm sorry.  I'll
17        turn my phone off.
18        Q      Do you know what Miss Harding's
19   title was?
20        A      No.
21        Q      Do you know if she was
22   transferred before or after Mayor Kennedy
23   was elected?
24        A      After.
25        Q      She was transferred after he was
```

Page 123

1              E. Skates

2    elected?

3         A     Yes.

4         Q     Do you know whether or not Miss

5    Harding campaigned on behalf of former

6    Mayor Hardwick?

7         A     I'm not sure.

8         Q     Are you familiar with anybody

9    named Michelle Murphy?

10        A     That name doesn't sound familiar

11   to me.

12        Q     What about Cherline Aberdeen, do

13   you know who that is?

14        A     Yes.

15        Q     Was he or she employed by the

16   Village of Freeport?

17        A     Yes.

18        Q     Do you know what title Cherline

19   held?

20        A     No.

21        Q     Was Cherline transferred in or

22   around the time that Mayor Kennedy was

23   elected?

24        A     Yes.

25        Q     Was Cherline transferred before

Page 124

1              E. Skates

2    or after Mayor Kennedy took office?

3       A      After.

4       Q      And what position did Cherline

5    hold beforehand?

6       A      I don't know.

7       Q      Do you know what position

8    Cherline held after?

9       A      I know she's in -- she was

10   transferred to the water tower in

11   Freeport, where all the trucks are.

12      Q      You said you don't know what

13   title Cherline actually held?

14      A      No.

15      Q      Do you know whether or not

16   Cherline campaigned on behalf of Andrew

17   Hardwick?

18      A      Yes.

19      Q      Yes, she did?

20      A      Yes.

21      Q      How about Tamiko Alston,

22   A-L-S-T-O-N, do you know who that is?

23      A      Yes.

24      Q      Is or was Tamiko employed by the

25   Village of Freeport?

Page 125

1                    E. Skates

2        A      Yes.

3        Q      Do you know what title Tamiko

4   held?

5        A      I think she was the registrar.

6        Q      At some point in time was Tamiko

7   transferred?

8        A      Yes.

9        Q      And was that before or after

10  Mayor Kennedy was elected?

11       A      After.

12       Q      Do you know what title Tamiko

13  held?

14       A      Registrar.

15       Q      Is that a civil service title?

16       A      Yes, it is.

17       Q      How do you know that?

18       A      Because you have to take a civil

19  service test to be a registrar.

20       Q      You also have to take a civil

21  service test to be a clerk; right?

22       A      Yes.

23       Q      Do you know for sure that Tamiko

24  was, in fact, a registrar?

25       A      Yes.

Page 126

```
 1              E. Skates
 2     Q     How?
 3     A     She said so.
 4     Q     Did Tamiko campaign on behalf of
 5  Andrew Hardwick?
 6     A     Yes.
 7     Q     When did you start working at
 8  the rec center?
 9     A     April 3, 2013.
10     Q     When you were initially moved to
11  the rec center, what were your hours
12  there?
13     A     When?
14     Q     I said when you were initially
15  moved to the rec center.
16     A     8:30 to 4:30, Monday through
17  Friday.
18     Q     Did anybody ever tell you that
19  that was a temporary schedule?
20     A     I think so.
21     Q     Do you remember who told you
22  that?
23     A     I think it was Victoria
24  Dinielli.
25     Q     Do you know, does the rec center
```

1           E. Skates

2    operate seven days a week?

3        A     So I'm told.

4        Q     Is it open seven days a week?

5        A     I don't know.  I don't frequent

6    the rec center.

7        Q     But you worked there for a

8    number of months.  You don't know whether

9    or not it was open?

10       A     Yes, but I don't know if it was

11   open on Sundays.  I didn't work on

12   Sundays.  I didn't know it was open seven

13   days a week.

14       Q     Do you know if there was like a

15   typical shift that employees, or typical

16   shifts that employees were expected to

17   work?

18             I know that's unclear, so I'm

19   going to clarify.  For example, was

20   Thursday through Monday like a typical

21   shift that some employees would work?

22       A     I don't know.

23       Q     In regards to the duties that

24   were assigned to you when you were moved

25   over to the rec center, were those the

Page 128

```
 1              E. Skates
 2   same duties that all the other rec
 3   attendants performed?
 4        A     No.
 5        Q     In what way did your job differ
 6   from the other rec attendants?
 7        A     I don't know how to answer that.
 8        Q     Well, I asked you if you
 9   performed the same duties --
10        A     I don't know how to answer the
11   question.
12        Q     I'm going to try to rephrase it.
13   Like I said at the outset, I know
14   sometimes I can be unclear, so I'm going
15   to try to clarify it.
16              What I asked was whether or not
17   you performed the same duties that the
18   other rec duties performed, you said no,
19   you performed different duties.
20              What I want to know is what
21   duties did you perform that were different
22   than what the other rec attendants did?
23              MS. KAYANI:  I'm going to
24        object.  If she knows some, she knows
25        some, she can answer.
```

Page 129

1                E. Skates

2        Q      Do you know what the other rec

3    attendants did?

4              MS. PANICO:  Let me withdraw

5        that.

6        Q      You said that you knew the work

7    that you performed was different, at least

8    in some respect, than what the other rec

9    attendants did.  So obviously you must

10   have some knowledge to make that

11   differentiation between what you did and

12   what the others did.

13       A      Well, Naomi cleaned the women's

14   locker room and showers.  I didn't do

15   that.  That's all she did.

16       Q      Okay.  Anything else that you

17   can think of that's different?

18       A      The guys cleaned the rink, the

19   ice, and sharpened the skates and rented

20   the skates out.

21       Q      What do you mean by "the guys"?

22   I don't know what guys you're referring

23   to?

24       A      The men.  The males.

25       Q      That --

Page 130

                    E. Skates

1

2      A      I don't know names.

3      Q      Anybody else who had different

4  duties than you that were rec attendants?

5      A      Gwen cleaned the day care.

6      Q      Anybody else?

7      A      That's it.

8      Q      Did you have any specific duty,

9  like, for example, Naomi did the locker

10  room, Gwen did the day care?

11      A      No.  Whatever they decided to

12  tell me to do within five minutes, that's

13  what I generally did.

14      Q      You didn't have any area that

15  you generally cleaned?

16      A      No.  I generally cleaned the

17  whole rec center.

18      Q      With the exception of the locker

19  room and the day care?

20      A      Yes.

21      Q      And you didn't do the ice rink?

22      A      Right.

23      Q      Just for my own benefit, can you

24  just give me the different areas of the

25  rec center?  You told me there's a locker

```
1                    E.  Skates
2    room, a skating rink.  Is there a pool at
3    the center?
4         A     Yes.
5         Q     Who maintained that?
6         A     I have no idea.
7         Q     Was it you?
8         A     No.
9         Q     The locker room and the pool,
10   was that maintained by Naomi?
11        A     Yes.
12        Q     Any other areas of the rec
13   center?
14        A     What do you mean?
15        Q     Like the locker room, the skate
16   rink, the pool.
17        A     You said you were going to name
18   the areas, so what area are you naming
19   now?
20        Q     I'm asking you what are the
21   other areas.  I've never been to the rec
22   center, so that's why I need information
23   from you.
24        A     I'm sorry, but you just said who
25   did the pool and who did the locker room
```

Page 132

1                   E. Skates

2    and so forth, so you did.  Because you

3    just said to me, I'm going to name some

4    areas and tell me; is that not what you

5    just said or did I misunderstand you?

6              THE WITNESS:  Could you ask her

7         to read it back?

8         Q    I'm not arguing.  I just want to

9    make things very clear.

10             MS. KAYANI:  She is asking you

11        besides the ones that are named, what

12        other areas in the rec center, besides

13        what you named and she named.

14        A    There's the bubble.  There's the

15   senior lounge.  There's the two offices.

16   There's the basketball court.  There's the

17   cardio area and there's the exercise room.

18        Q    What's the bubble?

19        A    Where they ice skate.

20        Q    The basketball court, was that

21   ever part of your responsibilities?

22        A    No.

23        Q    The offices, is that for the

24   management?

25        A    Yes.

1             E. Skates

2      Q      Was that ever part of your

3  duties?

4      A      No.

5      Q      The cardio room, was that ever

6  part of your duties?

7      A      At one time, yes.

8      Q      And the senior lounge, was that

9  ever part of your duties?

10     A      Yes.

11     Q      The exercise room, was that ever

12  part of your duties?

13     A      Yes.

14     Q      Anything else that was part of

15  your duties that I didn't already mention?

16     A      Scraping paint off of tables and

17  walls.

18     Q      What area was that in?

19     A      That was in the art room.

20            Cleaning the skate lounge every

21  day, paint off the windows of the skate

22  lounge.

23     Q      I'm just going to stop you there

24  for one second.  I asked you whether or

25  not you had any responsibilities in the

```
 1              E. Skates
 2    skate area.  I thought you told me no.
 3        A     I thought you meant the bubble.
 4        Q     I didn't realize there's two
 5    different areas.
 6        A     There's the skate lounge and
 7    then there's the bubble where they ice
 8    skate.  I don't do anything in the bubble.
 9        Q     Okay.  So you just did the skate
10    lounge?
11        A     Yes.
12        Q     Like I said, I didn't mean to
13    cut you off, so anything else?
14        A     The dance lounge.  They had me
15    painting the dance lounge, the groove
16    doors with a roller.
17        Q     Did you ever observe Miss
18    Dinielli do any cleaning at the rec
19    center?
20        A     No.
21        Q     How about Mr. Beaufort, did you
22    ever see him do any cleaning or any
23    maintenance?
24        A     No.
25        Q     How about Mr. Henry, did he ever
```

Page 135

1                  E. Skates
2    do any cleaning or any maintenance at the
3    rec center?
4        A     That I seen?
5        Q     Yes.
6        A     No.
7        Q     Are you aware of any of those
8    three individuals doing any cleaning or
9    maintenance at the rec center?
10       A     No.
11       Q     Now, Miss Skates, immediately
12   upon your transfer to the rec center, you
13   began having trouble with your co-workers;
14   correct?
15       A     Wrong.
16       Q     Within just two weeks of your
17   transfer to the rec center you engaged in
18   insubordination towards Miss Dinielli,
19   your supervisor; correct?
20            MS. KAYANI:  Objection, but you
21   can answer.
22       A     So she says.
23       Q     At some point in time you
24   requested a key card from Miss Dinielli;
25   is that right?

                    E. Skates

1

2       A       Yes, upon instructions from H.R.

3       Q       What is the purpose of the key

4    card?

5       A       The key card was to open the

6    electronic gate to the employee's parking

7    lot.

8       Q       Where is that employee lot

9    located?

10      A       In the back of the rec center.

11      Q       Is that employees' parking lot

12   any closer to the rec building than the

13   general parking lot?

14      A       Yes.

15      Q       How much closer?

16      A       Very close.  Because you walk

17   right through the garage into the rec

18   center instead of walking from the two

19   football size parking lots to the

20   building.

21      Q       Could you have parked at the

22   front of the general parking lot?

23      A       No.

24      Q       Why not?

25      A       Because that's for handicap.

1              E. Skates

2     Q     How many handicap spots are in

3  the general parking lot?

4     A     I don't know.

5     Q     Was it more than 10?

6     A     But they are all in the front.

7     Q     Were there more than 10?

8     A     I don't know.  You want to leave

9  that blank and I can get you the number

10  later?

11     Q     Is the reason why you wanted the

12  key card was because it was closer?

13     A     No.

14     Q     Why did you want the key card?

15     A     Because, number one, my car was

16  being dinged in the parking lot.  I had

17  damages, and it is reported.  It's on

18  report with the Freeport Police

19  Department.

20           And two, I did not know -- I

21  wasn't made privy to that, that there was

22  one.

23     Q     So that's why you wanted it,

24  because you weren't made privy to it?

25           I think my question was, why did

Page 138

                    E. Skates

1

2    you want it?

3        A    Didn't I just tell you that my

4    car was being damaged?

5        Q    Okay.  And then you said that

6    you weren't privy to it.  I just didn't

7    know what you meant when you say that you

8    weren't privy to it.

9        A    I wasn't privy to the fact that

10   there was an employee parking lot.

11       Q    Okay.

12       A    So when I found out there was

13   one, I wanted to get a key because

14   everybody was parking in the employee's

15   parking lot.

16       Q    Okay.  How many marked spaces

17   are there in this employee lot?

18       A    Maybe about 15.

19       Q    Fifteen marked spaces?

20       A    Twenty.

21       Q    Marked spaces?

22       A    Yeah.

23       Q    Do you know how many key cards

24   were, in fact, issued, had been issued at

25   the time that you requested it from human

1                    E.  Skates

2    resources?

3         A      No.

4         Q      Can you name for me the

5    employees who possessed a key card at the

6    time that you requested it from Miss

7    Dinielli or from human resources?

8         A      The only thing I can tell you is

9    everyone that drove, and I don't know how

10   many.  Everyone that drove because

11   everybody had different shifts.

12        Q      Can you name for me the people

13   that had key cards?

14        A      Who had key cards that no longer

15   has it now; is that what you mean?

16        Q      No.  Who had a key card at the

17   time that you were requesting it from Miss

18   Dinielli or from human resources?

19        A      Okay.  Can we clear something

20   up?

21        Q      My question is who had a key

22   card --

23               THE WITNESS:  I need to speak to

24        my attorney.

25        Q      I have a question pending right

Page 140

                        E. Skates
1
2    now, so, unfortunately, you have to answer
3    it before we break.
4              MS. KAYANI:  Can you just
5         clarify a little more?
6              MS. PANICO:  I'll clarify the
7         question.  I have no problem doing
8         that.
9         Q     You had stated that you believed
10   that every other employee or that every
11   other employee who drove had a key card.
12             My specific question is, I'm
13   looking for you to identify the
14   individuals who you believe had a key card
15   when you were requesting a key card.
16        A     Everyone that drove, and I
17   didn't know everyone's name, but everyone
18   that drove.
19        Q     Okay.  Like I said earlier in
20   the deposition --
21        A     So, okay --
22        Q     I have to move through this.
23        A     Can you just leave that blank
24   and we'll fill it in later, then?
25        Q     No.  The question I had was

Page 141

```
 1              E. Skates
 2  whether or not you can identify people.  I
 3  understand that you may not know everybody
 4  and you may not be able to recall
 5  everybody's name.  But to the best of your
 6  knowledge, as we sit here today, can you
 7  name for me who had a key card back in
 8  April of 2013?
 9      A    Can I tell you who didn't?
10      Q    No.  I'm asking you who did.  We
11  can go through who didn't afterwards, but
12  I need you to answer my question first.
13      A    I don't know everybody's name.
14      Q    Again, I understand you may not
15  know everybody.
16      A    James Beaufort, Henry, whatever
17  his name, John Henry, Liz, Vicky, and
18  that's all I know right now, but there
19  were more.
20      Q    Mr. Beaufort, he is management?
21      A    I don't know.
22      Q    He was your supervisor?
23      A    Supervisor.  But that doesn't
24  make him management because he wasn't in
25  on any managerial decisions.
```

Page 142

1                   E. Skates

2       Q      Mr. Henry, he was your

3  supervisor?

4       A      Yes, after they took

5  Mr. Beaufort away.

6       Q      Vicky Dinielli was your

7  supervisor?

8       A      She is the managing director.

9       Q      And Liz, she does banking,

10 payroll?

11      A      She does the payroll.

12      Q      Does she do banking as well?

13      A      I don't know.

14      Q      You said you wanted to name for

15 me the employees who did not have a key

16 card?

17      A      Yes.

18      Q      Go ahead.  Can you name those?

19      A      Vicky Groden.  Naomi, I don't

20 know her last name.  Aneek Adams.  Queen,

21 I don't know Queen's last name.  Gwen, I

22 don't know Gwen's last name.  I think his

23 name was John or Paul or Joe, whatever,

24 but he was parking there until they

25 decided to tell him not to park there so

Page 143

E. Skates

1

2    they wouldn't have to give me a key.   And

3    I think his name was Sergio, I'm not sure.

4    And I don't know the Latino's name, I

5    don't remember her name.   But they took

6    their key passes away from them when I

7    requested to get one.

8         Q     I thought you said they never

9    had one.

10        A     No, I didn't say that.

11        Q     Just let me do it this way --

12        A     Whoever had them was Naomi,

13   Queen, Vicky, and Aneek, those are the

14   ones that didn't have it because they

15   didn't have cars.

16        Q     Did Miss Groden ever open or

17   close the building for the rec center?

18        A     I think on Saturdays.  I'm not

19   really sure, but I think it was Saturdays

20   she opened.  I know during the week she

21   didn't.

22        Q     Did Naomi ever open or close the

23   building?

24        A     I'm not sure.

25        Q     Did Miss Adams ever open or

Page 144

```
1              E. Skates
2   close the building?
3      A     I'm not sure, but they didn't
4   have cars.
5      Q     Did Gwen ever open or close the
6   building?
7      A     No.  And she didn't have a car
8   either.
9      Q     How about John, I know you
10  couldn't remember his last name, did he
11  ever open or close the building?
12     A     I do believe he did a couple of
13  times.
14     Q     A couple of times?
15     A     I think.  I'm not sure.
16     Q     Was it part of his regular
17  duties?
18     A     No.
19     Q     Did Sergio ever open or close
20  the building?
21     A     No.
22     Q     And this female Latino, you
23  couldn't recall her name, did she open or
24  close the building?
25     A     I'm not sure.  She might have a
```

Page 145

                    E. Skates

1
2    couple of times.

3        Q      As part of her regular duties

4    ever?

5        A      I think so.  I mean, because

6    nobody ever told me anything.  Everything

7    was hush, hush.

8        Q      Did you observe her continually

9    opening the building?

10       A      We worked at different times.

11       Q      So you don't know for sure?

12       A      Right.

13              MS. PANICO:  I'm going to have

14       marked as Exhibit P a Memorandum of

15       Rebuttal dated April 22, 2013.

16              (Memorandum of Rebuttal dated

17       April 22, 2013 was hereby marked

18       as Defendant's Exhibit P for

19       identification, as of this date.)

20       Q      Miss Skates, at any point in

21   time did you ever possess a key card for

22   the rec center?

23       A      No.

24       Q      (Handing.)

25       A      (Perusing.)

Page 146

1              E. Skates

2              Okay.

3       Q      Miss Skates, do you recognize

4   Defendant's Exhibit P?

5       A      Yes.

6       Q      What do you recognize it to be?

7       A      It's my memo to Conor Kirwan

8   asking for a key card.  Because according

9   to instructions from H.R., I had a key

10  card when I was in village hall, I lost it

11  and they said if I had that card, all they

12  had to do was give me a different code and

13  I could use that, but that I would have to

14  go to Victoria Dinielli and ask her to

15  okay a key card for me.

16      Q      So you had a key card for

17  village hall?

18      A      Yes.

19      Q      That gave you access to the

20  parking lot in village hall, would that

21  have worked at the rec center as well?

22      A      There was no -- no.

23      Q      So you would have needed a

24  completely new key card?

25      A      No.

Page 147

```
 1              E. Skates
 2      Q      It would have been the same key
 3  code, but it would have had a different
 4  activation?
 5      A      Yes.
 6      Q      It says that it's a rebuttal
 7  letter.  What were you filing this in
 8  rebuttal to?
 9      A      The denial.  Victoria Dinielli
10  gave me a letter denying me access to a
11  key card to the employee parking lot
12  because Naomi and Vicky didn't have one.
13      Q      When you requested the key card
14  from human resources, they told you to go
15  see Miss Dinielli; is that correct?  I
16  just want to make sure I have the timeline
17  right.
18      A      When I requested -- when I
19  requested from H.R. a key card, they
20  informed me to bring in my old one and
21  they will reactivate it with a different
22  code.  I said I can't find it.  She says,
23  okay, you have to go to Victoria and ask
24  her to okay it so we can make one for you.
25      Q      Okay.  And did you then go to
```

Page 148

1              E. Skates

2      see Miss Dinielli?

3          A      Yes, I did.

4          Q      And did you make that request to

5      Miss Dinielli?

6          A      Yes, I did.

7          Q      And what was her response?

8          A      Her first response was -- if I

9      remember correctly, because this all ran

10     together, her first response was, "I don't

11     have enough spaces."  She said there's not

12     enough spaces in the lot.

13             So I went out and took pictures.

14     There was enough spaces.

15             Then I came back and I said,

16     "Listen, there's enough spaces so why are

17     you making it difficult for me to get a

18     card?"

19             And she said that, why would I

20     want to park back there anyway because,

21     after all, Naomi and Vicky don't ask for a

22     key card, but they don't have a car.  But

23     what's that got to do with me?

24         Q      Was that your response to Miss

25     Dinielli?

Page 149

1                 E.  Skates

2      A      Yep.

3      Q      At any point during this

4  exchange, did you raise your voice to

5  Miss Dinielli?

6      A      No.

7      Q      Did you get angry during this

8  exchange?

9      A      I don't say I was angry.  I was

10  more confused and couldn't understand why

11  she wouldn't give this to me.

12      Q      Were you frustrated?

13      A      Nah.

14      Q      Did you yell at all?

15      A      No.

16      Q      Did you point or wave your

17  finger at Miss Dinielli?

18      A      I did.

19      Q      Did you walk out of the office

20  at that point?

21      A      When she told me that she wasn't

22  going to give it to me, I said, "Okay,

23  fine," and I turned around.  And she said

24  something, I don't know what she said.

25  And I turned back around to her and I gave

Page 150

1                    E. Skates

2     her the Disney point and I said, "When you

3     stop having people spy on me, we would

4     have a better relation."  And I turned

5     around, threw my hands up in the air and I

6     walked out of the office.

7              She called me to come back and I

8     did not go back because I did not want to

9     be in her presence.

10     Q     What did you mean by her having

11    people spy on you?

12     A     There were women in the senior

13    lounge that went and reported -- went and

14    -- one lady went and said something to her

15    and she told the lady, well, you just keep

16    watching her and let me know what goes on.

17     Q     What did that lady say to

18    Miss Dinielli?

19     A     Something about, I hum, I sing

20    while I'm working.

21     Q     How did you find out that she

22    said that to Miss Dinielli?

23     A     Because Vicky Groden told me

24    that Victoria Dinielli told her.

25     Q     How did you find out that

Page 151

1              E. Skates
2  Miss Dinielli told her, was it a senior?
3      A     I guess she was.
4      Q     How did you find out that
5  Miss Dinielli told the senior to keep an
6  eye on you?
7      A     Because that's what Victoria --
8  Vicky Groden told me Victoria Dinielli
9  told her, because she wanted her to watch
10 me, too.
11     Q     Just to be clear, this was
12 all within two weeks after you were
13 transferred to the rec center?
14     A     Exactly.  Maybe longer.
15     Q     During this exchange with
16 Miss Dinielli in regards to the key card,
17 were you disrespectful to Miss Dinielli?
18     A     What do you mean
19 "disrespectful"?
20     Q     I mean, I think the word speaks
21 for itself.
22     A     No.
23     Q     Do you know the meaning of
24 disrespectful?
25     A     What do you mean

Page 152

1              E. Skates

2     "disrespectful"?  Disrespectful, to me,

3     would be calling you out of your name or

4     telling you to go to someplace.  That

5     would be disrespectful to me.

6              MS. KAYANI:  Can you just

7         clarify the question for her?

8         Q      Were you insubordinate at all

9     toward Miss Dinielli?

10        A      No.

11        Q      Were you argumentative at all

12    with Miss Dinielli?

13        A      No.

14        Q      Did you request to have

15    Miss Dinielli provide you with something

16    in writing denying you the pass?

17        A      Yes.

18        Q      Why did you do that?

19        A      Because I wanted to keep a

20    record of it.

21        Q      You wanted to keep a record of

22    Miss Dinielli?

23        A      I wanted to keep a record of her

24    denying me this card.

25        Q      Why?

Page 153

```
 1                  E. Skates
 2      A      Because I wanted to keep a
 3  record.
 4      Q      Were you planning to use it for
 5  anything?
 6      A      I didn't know.  You never know.
 7      Q      Were you planning to use it in
 8  this lawsuit?
 9             MS. KAYANI:  Objection.
10      A      I didn't plan to sue anybody
11  because I didn't plan to get injured.  I
12  didn't plan to be fired wrongfully.  I
13  didn't plan any of this.
14      Q      I'm going to show you what is
15  going to be marked as Defendant's Exhibit
16  Q, which is a memo dated April 16, 2013.
17             (Memo dated April 16, 2013 was
18      hereby marked as Defendant's Exhibit Q
19      for identification, as of this date.)
20      Q      (Handing.)
21      A      (Perusing.)
22      Q      Do you recognize Defendant's
23  Exhibit Q?
24      A      Yes.
25      Q      You've seen this document
```

```
                                            Page 154
 1                    E. Skates
 2    before?
 3        A      Yes.
 4        Q      What do you recognize this
 5    document to be?
 6        A      The denial of the key card.
 7        Q      And Miss Dinielli provided this
 8    to you at your request?
 9        A      Yes.
10        Q      I'll show you now what we will
11    mark as Exhibit R, which is a memo dated
12    April 17, 2013.
13               (Memo dated April 17, 2013 was
14        hereby marked as Defendant's Exhibit R
15        for identification, as of this date.)
16        Q      (Handing.)
17        A      (Perusing.)
18        Q      Miss Skates, have you had a
19    chance to review Defendant's Exhibit R?
20        A      Yes.
21        Q      Do you recognize this document?
22        A      Yes.
23        Q      What do you recognize it to be?
24        A      I recognize it to be an untruth
25    document.
```

Page 155

1                    E. Skates

2        Q      Did you receive this document

3    from Miss Dinielli?

4        A      Yes.

5        Q      Did you receive it on or about

6    April 17, 2013?

7        A      I don't remember the date that I

8    received it, but...

9        Q      Did Miss Dinielli hand it to

10   you?

11       A      I think so, but I don't think it

12   was on the 17th, but anyway...

13       Q      Was it around that day?

14       A      It was around that week.

15       Q      In that memo, Miss Dinielli

16   stated you "used an inappropriate elevated

17   tone throughout your conversation."

18              Did you use an elevated tone in

19   your conversation with Miss Dinielli?

20       A      No.

21       Q      Later in that same paragraph she

22   wrote you "then proceeded to walk out of

23   my office unexcused as I was calling you

24   to return."

25              Did you walk out of

Page 156

                    E. Skates

1
2    Miss Dinielli's office while she was
3    speaking to you or calling for you?
4        A    I walked out of the office.  As
5    I was walking out of the office, she said,
6    "Come back."  Because the conversation, as
7    far as I was concern, was finished because
8    she wasn't going to give me a key card.
9            I was at the door and she says,
10   "You can't leave.  Come back."  And I just
11   continued to walk because there was no
12   need for me to be there and discuss
13   anything else with her because it was
14   moot.
15       Q    It states in the next paragraph,
16   "This letter serves as a reprimand as well
17   as a warning that any behavior of this
18   nature in the workplace during the next 12
19   months will subject you to discipline
20   which may include and not be limited to
21   an unpaid suspension."
22           Is this the first reprimand that
23   you received at the Village of Freeport?
24       A    The only reprimand that I've
25   ever received in all of my employed years.

Page 157

1              E. Skates

2      Q     It also states, later in that

3  paragraph, "Moreover, you're required to

4  submit to violence in the workplace/

5  sensitivity training offered by the

6  employee assistance program."

7             Were you, in fact, referred to

8  this workplace sensitivity training?

9      A     Yes.  And then it also said that

10  if I didn't go, I would be fired; right?

11  And that I was going to be on 12 months

12  suspension, right?

13      Q     Like I said, I'm not the one

14  answering questions.

15      A     I'm just saying you're reading

16  it.  Is it not saying that, too?

17      Q     I'm not the one that is supposed

18  to answer questions here.

19             My question to you is whether or

20  not you attended workplace sensitivity

21  training offered by the EAP program?

22      A     Yes, I did.

23             MS. PANICO:  We'll have this

24      memo dated April 17, 2013 marked as

25      Exhibit S.

Page 158

```
 1              E. Skates
 2              (Document from Human Resources
 3      was hereby marked as Defendant's
 4      Exhibit S for identification, as of
 5      this date.)
 6      Q      (Handing.)
 7      A      (Perusing.)
 8      Q      Miss Skates, do you recognize
 9  Defendant's Exhibit S?
10      A      Yes.
11      Q      What do you recognize it to be?
12      A      From human resources signed by
13  Conor Kirwan that I'm to attend EAP
14  classes.
15      Q      Did you receive this document on
16  or about April 17, 2013?
17      A      I might have.  I don't remember.
18  I could have.  I know I received it.  I
19  don't know the date.
20      Q      Did you receive it on or about
21  that time?
22      A      Yes.
23              MS. PANICO:  I'm going to have
24      marked as Exhibit T, now, a memo that
25      says "Corrective Action Plan" dated
```

Page 159

1              E. Skates

2        April 17, 2013.

3              (Corrective Action Plan was

4        hereby marked as Defendant's Exhibit T

5        for identification, as of this date.)

6        Q      (Handing.)

7        A      (Perusing.)

8        Q      Miss Skates, have you had a

9   chance to review Defendant's Exhibit D?

10       A      Yes.

11       Q      Do you recognize this document?

12       A      Yes.

13       Q      What do you recognize it to be?

14       A      You're being administratively

15   referred to National EAP, Employee

16   Assistance Program.  I guess this is from

17   the union.  Ted Focur (phonetic) signed

18   it.

19       Q      Above that signature it says,

20   "Signature of employee"; is that your

21   signature there?

22       A      Yes.

23       Q      And you received this document

24   on or around April 17, 2013?

25       A      Yes.

Page 160

E. Skates

1

2      Q      Did you ever attempt to grieve

3  either this referral to EAP or the

4  reprimand that was given to you by

5  Miss Dinielli?

6      A      I don't remember.

7      Q      Miss Dinielli is not the first

8  person who has ever told you that you have

9  anger management issues; is that correct?

10          MS. KAYANI:  Objection to form.

11     A      No, I don't understand your

12  question.

13     Q      Is Miss Dinielli the first

14  person that's ever told you that you had

15  anger management issues?

16     A      As far as I remember, yes.

17     Q      Nobody has ever told you, other

18  than Miss Dinielli, that you need to

19  manage your anger or your frustration?

20     A      I don't remember.

21     Q      Did you ever have a therapist

22  that told you that you have "poor

23  frustration management?"

24          MS. KAYANI:  Objection.

25     A      No.

Page 161

1                    E. Skates

2        Q      Did you ever have a verbal

3    altercation with any of the senior patrons

4    aside from what you testified to already?

5        A      No.

6        Q      At any time did you ever have an

7    argument with a senior patron regarding

8    the volume of the television?

9        A      No.

10        Q      Did you ever have a verbal

11    argument with any of the senior patrons

12    regarding the temperature in the senior

13    room?

14        A      No.

15        Q      Did you ever call any of the

16    senior patrons a Jew bitch or Jew bitches?

17        A      No.

18        Q      Are you aware of the fact that

19    Miss Groden is claiming that you did call

20    one of the senior patrons a Jew bitch?

21        A      I'm aware of a letter that she

22    wrote on me.

23        Q      And you're aware that she signed

24    that letter?

25        A      I'm aware she signed the letter,

```
1                    E. Skates
2      but I'm also aware it was not notarized.
3           Q      Do you have any reason to
4      believe that Miss Groden would make this
5      up or lie about you?
6           A      Yes.
7           Q      Why would she do that?
8           A      Because the object was to make
9      me quit the job.  So since I didn't quit,
10     they started making lies on me.  And yes,
11     Miss Groden has a price.  And if anybody,
12     Miss Groden was the one that called the
13     seniors Jew bitches.  James Beaufort was
14     the one that called the women Jew bitches.
15     John Henry was the one that called the
16     women in the senior lounge Jew bitches,
17     but he never said it in front of them, but
18     they did say it to me.
19                 I don't call people out of their
20     name because I don't want anyone to call
21     me out of my name.
22          Q      Why would Miss Groden make it
23     her objective for you to quit?  Why did
24     Miss Groden want you to quit?
25          A      Because they didn't want me in
```

Page 163

```
 1              E. Skates
 2   the rec center.
 3       Q     Who didn't?
 4       A     Bobby, Victoria, Vicky.  I did
 5   not fall in line with talking about
 6   people.  I wasn't a part of any of that.
 7       Q     I had originally asked you why
 8   would Miss Groden make up the fact that
 9   you called a senior a Jew bitch.  You said
10   because it was her objective to make you
11   quit.
12            My question is, why would she
13   want you to quit?
14       A     I don't know, but I can assume.
15       Q     Assume based on what?
16       A     Based on money talks and
17   everything else walks.  So, yes, I believe
18   that she was paid, along with everyone
19   else.
20       Q     She was paid to make that up?
21       A     Yes.  Because in the -- the
22   letter is dated -- I think the letter was
23   dated May, or something like that, and
24   they just bring it up to me in October.
25       Q     You had a good relationship,
```

```
 1              E. Skates
 2    though, with Miss Groden; right?
 3         A      It wasn't such a good
 4    relationship.  I was just very leery and
 5    careful of her because I saw how she act
 6    and how she could take things and twist it
 7    around, so I kept things calm with her.
 8         Q      Were you friendly with her?
 9         A      I wouldn't say friendly.  We
10    didn't go to lunch together.  We didn't go
11    out together.  We didn't call each other
12    on the phone after work or during work or
13    nothing, no.  We were just cordial to each
14    other.
15         Q      You were responsible, you
16    indicated earlier, at some point, for
17    cleaning the senior room; is that right?
18         A      Yes.
19         Q      In what way were you responsible
20    for cleaning the senior room or
21    maintaining the senior room, what did you
22    do there?
23         A      Well, when I first came to the
24    senior room, I was told by Victoria
25    Dinielli that I had to clean the whole
```

1              E. Skates

2    room, windows, countertops, chairs, front,

3    back and underneath, rug, take care of the

4    plants, that's what I had to do in the

5    senior room.  Make sure that, you know,

6    that the floor was clean, all the dishes

7    were washed and put away before my shift

8    was over.

9         Q     Did that change at some point in

10   time?

11        A     Yes.

12        Q     I mean your duties within the

13   senior room, or was that consistent with

14   whatever you already named?

15        A     That changed.

16        Q     The duties within the senior

17   room changed?

18        A     Yes.

19        Q     In what way did they change?

20        A     Well, because I had cleaned it

21   up, there was no need to go do that

22   anymore because it was no longer filthy.

23        Q     So what did your duties change

24   to, then, in the senior room?

25        A     Just to clean the pool table,

Page 166

1              E. Skates

2      the tables that they played cards on,

3      sweep the floor, put the condiments away

4      and wash out the coffee pot.

5          Q     When you were initially assigned

6      to do some work in the senior room, was

7      there already an employee worker in there?

8              MS. PANICO:  Withdraw it and

9          rephrase it.

10         Q     Was Vicky Groden already working

11     in the senior room at the time that you

12     were assigned to start working there?

13         A     She would make the coffee in the

14     morning and she would clean the coffee pot

15     in the afternoon and that was it.

16         Q     After the initial heavy cleanup

17     where you did the windows, counters, et

18     cetera, once --

19             MS. PANICO:  Withdrawn.

20         Q     The initial heavy cleanup where

21     you had to do the windows, the counters,

22     the chairs, the rugs, et cetera --

23         A     By myself.

24         Q     Okay.  How long did that take

25     you to do that?

Page 167

1                      E. Skates

2        A      Two and a half days.

3        Q      Once that was over with and you

4   started just looking after the pool table,

5   the card table, the condiments, how much

6   time did that take you to do each day?

7        A      I don't know.

8        Q      Did it take more than an hour?

9        A      I don't know.

10        Q      Did it take a whole day to do

11   those duties?

12        A      No.

13        Q      Did it take less than a half a

14   day?

15        A      I don't know.

16        Q      Did Vicky Groden work with you

17   in the senior room?

18        A      No, no.

19        Q      You never worked alongside each

20   other in the senior room?

21        A      No.

22        Q      The senior room, was that just

23   one of your overall duties or were you

24   exclusively assigned to the senior room?

25        A      It was part of my overall

1                    E. Skates

2  duties.

3       Q     You had other duties aside from

4  just the senior room; right?

5       A     Yes.

6       Q     At some point in time were your

7  job duties in the senior room taken away

8  from you?

9       A     Only in the afternoon.

10      Q     What do you mean by that?

11      A     Only in the afternoon.  I didn't

12  -- I could clean it in the morning before

13  the seniors came in, but I didn't clean it

14  in the afternoon when the seniors were

15  there.

16      Q     Why was that?

17      A     That's what Victoria Dinielli

18  told me to do.

19      Q     Did she tell you why?

20      A     I do believe she said something

21  to the fact that there was an altercation

22  the day before with one of the seniors and

23  I told her there wasn't an altercation.

24      Q     You don't recall?

25      A     I said there wasn't an

1                    E. Skates

2  altercation.  She said, "Okay, well there

3  was an argument."  I said, "It wasn't an

4  argument."

5        Q      So what happened?

6        A      One of the seniors made a

7  statement to me and I made a statement to

8  the senior and that was it.

9        Q      What did the senior say to you?

10       A      She asked me to close the

11  window.

12       Q      And what did you say?

13       A      And I asked her, "Please let me

14  get some air because I'm hot.  I have this

15  illness that if I don't cool down, I will

16  pass out.  Could you please allow me to

17  have a little air?"

18              She said, "No, close the

19  window."  And she had on a sweat suit, a

20  jacket -- a sweater and a jacket.

21              So I closed the window and I

22  walked out so I could get some air.

23  That's documented, too, medically.

24       Q      Were those medical documents

25  given to Miss Dinielli?

Page 170

E. Skates

1

2     A      No.

3     Q      After the afternoon duties in

4  the senior room were taken away from you,

5  were you given any other duties instead to

6  make up for those duties that were taken

7  away?

8     A      I don't remember.

9     Q      Were you ever assigned to work

10  in the exercise room?

11     A      Yes, one day.

12     Q      Just one day?

13     A      Yes.

14     Q      At some point in time did your

15  schedule change, meaning the days that you

16  worked at the rec center?

17     A      Which time?

18     Q      I guess we'll go with the first

19  time first, then.  The answer to my

20  question is yes, it did change at some

21  point?

22     A      Yes, but you asked me that

23  question already.

24     Q      Okay.  You had originally told

25  me that your schedule was Monday through

Page 171

1              E. Skates

2    Friday, 8:30 through 4:30.

3        A     Yes, but then you asked me did

4    it change again.  I thought you did.

5        Q     I don't recall.  I may have.  I

6    don't recall, but I'm going to ask you

7    again, if I did.

8              Your original schedule was

9    Monday through Friday, 8:30 a.m. to 4:30

10   p.m.  At some point in time did that

11   change?

12       A     Yes.

13       Q     When did it change?

14       A     I don't know.

15       Q     Do you know what it changed to?

16       A     No, I don't.

17       Q     At some point in time was your

18   schedule changed to incorporate a day of

19   employment on Sunday?

20       A     Yes.  That was the third time.

21       Q     When was the second time?  You

22   don't recall what your schedule was

23   changed to the second time?

24       A     The second time it was changed

25   from 9:00 to 5:00.

Page 172

1                E. Skates

2       Q     So it was Monday through Friday,

3    9:00 to 5:00?

4       A     No.  It was Tuesday to Saturday.

5       Q     And then at some point -- you

6    don't recall when that was?

7       A     It was in between the 8:30 to

8    4:30 and that one.

9       Q     You don't recall any specific

10   month, though?  Put it this way, if you

11   were transferred to the rec center in

12   April of 2013 --

13      A     I think it was May.

14      Q     May of 2013 you began working a

15   Tuesday to Saturday schedule?

16      A     And then it changed again in

17   May.

18      Q     And it changed in May to include

19   a day of work on a Sunday?

20      A     Yes.

21      Q     Did you ever complain about

22   having a Tuesday through Saturday

23   schedule?

24      A     No.

25      Q     Did you complain about having a

Page 173

```
 1                E. Skates
 2   schedule that included working on Sunday?
 3        A      Yes.
 4        Q      Who did you complain to?
 5        A      On April 3rd, when I was
 6   interviewed by Victoria Groden, she said,
 7   "Your hours are going to be now 8:30 to
 8   4:30, but they will be changing.  I don't
 9   know when they will be changing and you
10   might have to work a Sunday."
11                And I said to her, "I do not
12   work on Sundays because that's my
13   sabbath."  That was on April 3rd.
14        Q      My question, though, was:  Did
15   you ever complain about having to work on
16   Sundays once that schedule change was
17   made?
18        A      Yes.
19        Q      Who did you complain to?
20        A      Victoria Dinielli.
21        Q      What did you say to
22   Miss Dinielli?
23        A      That I don't work on my sabbath.
24        Q      Ultimately, did you ever work on
25   a Sunday?
```

Page 174

1                    E. Skates

2       A     No.

3       Q     That was because of an agreement

4  that you had with the village?

5       A     The village hall was only open

6  Monday through Friday.

7       Q     I mean the ultimate outcome of

8  you never working on Sundays, that was

9  because you came to an agreement with

10  Miss Dinielli and the village; correct?

11      A     You mean how I got not to work

12  on Sundays?

13      Q     Yes.

14      A     I called the union.  I spoke

15  with the union and the union spoke on my

16  behalf and said they cannot deny me my

17  religious right.

18      Q     At some point in time did you

19  have a meeting with Miss Dinielli and your

20  union rep?

21      A     Yes.

22      Q     When was that?

23      A     I don't know.  I don't remember.

24      Q     Do you remember where the

25  meeting was?

1                    E. Skates

2      A      I think it was in Victoria's

3 office, I think.

4      Q      Do you know the name of the

5 union rep who was with you?

6      A      It was either Peter Rikey

7 (phonetic) Ted Fogur (phonetic) or both.

8      Q      And what happened during that

9 meeting?

10      A      I don't remember.

11      Q      Well, what was the outcome of

12 the meeting?

13      A      I got my Sundays off.

14      Q      What was told to you?

15      A      Oh, that in order to get my

16 Sunday off, I would have to have split

17 days off, not in concession.

18      Q      And did you agree to that?

19      A      No, I did not.  I told the union

20 that I wanted to grieve that.  I don't

21 recall exactly what happened, but I didn't

22 agree to it.  It was told to me that it

23 couldn't be changed.  And I think it was

24 by the union, they said that it couldn't.

25            So I didn't agree to anything.

Page 176

```
 1              E. Skates
 2  And if I -- I didn't agree.  I didn't
 3  agree.
 4       Q     Did you tell them, at that
 5  meeting, that you didn't agree?
 6       A     Yes.
 7       Q     What did your union rep tell
 8  you?
 9       A     I don't remember.
10       Q     Following that meeting, you were
11  granted your request not to work Sundays;
12  correct?
13       A     Yes.
14       Q     And then what was your schedule
15  changed to at that point?
16       A     Wednesdays and Thursdays off, I
17  think it was, or Tuesdays and Thursdays.
18       Q     Well, you would have had Sunday
19  off; correct?
20       A     Yes.
21       Q     So it was at least Sunday and
22  one other day off; right?
23       A     Yeah.
24       Q     Do you know what your hours were
25  at that point?
```

Page 177

1                    E. Skates

2       A      No, I don't remember.

3       Q      Was it 8:30 to 4:30 again?

4       A      I never went back to 8:30 to

5  4:30.  I don't know what the hours were

6  because my hours changed so much, too.

7       Q      You don't remember exactly what

8  day you had off, but you do recall that

9  they were inconsistent days off; is that

10  right?

11      A      I didn't have two consecutive

12  days off.

13      Q      Were you the only employee who

14  did not have two consecutive days off?

15      A      Yes.

16      Q      How about Mr. Beaufort, did he

17  have two consecutive days off?

18      A      I don't know anybody's schedule.

19  I can only tell you my schedule.

20      Q      Then how do you know that you

21  were the only employee who did not have

22  two consistent days off?

23      A      Because I felt like I was the

24  only one.  And if it can be proven

25  differently, then so be it, but at that

Page 178

                  E. Skates

1

2    time I didn't.

3        Q      How about Matt Dolan, do you

4    know who Matt Dolan is?

5        A      Matt Dolan is part time.

6        Q      Did Mr. Dolan have two

7    consecutive days off?

8        A      I don't know.  Part-time workers

9    don't get the same time as full-time

10   workers.

11       Q      Was Mr. Dolan always part time?

12       A      Yep.

13       Q      Did you ever open or close the

14   rec center?

15       A      No.

16              MS. PANICO:  Let's take a

17       five-minute break.

18              (A break was taken from 2:38

19       p.m. until 2:55 p.m.)

20              MS. PANICO:  Can you mark these

21       as Defendant's Exhibits U and V?

22              (A fax dated 6/19/13 was hereby

23       marked as Defendant's Exhibit U for

24       identification, as of this date.)

25              (Copies of doctor's notes were

Page 179

1              E. Skates

2      hereby marked as Defendant's Exhibit

3      for identification, as of this date.)

4      Q      Miss Skates, did there come a

5  time in or around June of 2013 when you

6  were absent from your employment for an

7  extended period of time?

8      A      I know that I was in the

9  hospital in June.

10      Q      Okay.  What were you in the

11  hospital for?

12      A      I think it was --

13          MS. KAYANI:  I'm going to object

14      to that, but you may answer.  I'm not

15      sure if you have the HIPAA.

16          MS. PANICO:  I have all the

17      HIPAA's.

18          MS. KAYANI:  Okay.  It's fine.

19      A      If you could give me some dates,

20  it would help me better to understand it

21  and to answer it to the best of my

22  ability.

23      Q      At some point in time in June

24  of 2013 you became hospitalized for

25  pancreatitis; is that correct?

                    E. Skates

1

2       A       Yes, yes.

3       Q       Do you recall the date that you

4    were diagnosed with the pancreatitis?

5               MS. PANICO:   Withdraw that.

6       Q       Do you remember the first day

7    that you went to the hospital for the

8    pancreatitis?

9       A       I don't remember the first day.

10      Q       Okay.

11      A       I know that I went to the

12   emergency room complaining of what was

13   going on.  They told me that I had blocked

14   bowels.  When I went to see my doctor the

15   next day and he got the report, he was the

16   one that sent me back to the hospital

17   because, according to the report, I had

18   pancreatitis and it had nothing to do with

19   bowels.  So the dates, since everything

20   ran together, I can't remember exactly how

21   to answer your question.

22      Q       The ER that you went to

23   initially, what hospital was that at?

24      A       I think it was South Nassau

25   Communities Hospital.

Page 181

                        E. Skates

1
2       Q      You didn't stay overnight at the
3    hospital that night?
4       A      I didn't stay overnight.  I was
5    there for quite some time, though.
6       Q      Then the next day you went to
7    your general practitioner?
8       A      According to the instructions
9    from the ER.
10      Q      What was the name of the general
11   practitioner that you saw?
12      A      Chandra Gupta.  It was either
13   him or his son.
14      Q      And then Dr. Gupta told you to
15   go back to the hospital; correct?
16      A      Yes.
17      Q      Did you go back to that hospital
18   the same day?
19      A      Yes, I did, immediately.
20      Q      What hospital did you go to?
21      A      South Nassau.  They told me to
22   go back.  I do believe it was South
23   Nassau, so whatever ER I was in at the
24   time.
25      Q      What happened after you were

Page 182

                    E. Skates

1    sent back to South Nassau?

3        A     I was admitted.

4        Q     How long did you stay there

5    then?

6        A     A week or so, more than a week.

7    I don't exactly remember how long because

8    I was under heavy morphine.

9        Q     Eventually you were released

10   from South Nassau?

11       A     Yes.

12       Q     You don't recall that date,

13   though, or do you?

14       A     No.

15       Q     Once you were released from the

16   hospital, was the pancreatitis, for lack

17   of a better word, healed; had it gone

18   away; were you still receiving treatment

19   after you were released?

20       A     I know the doctor gave me time

21   out.  I think it was until the 19th of

22   June, I think.  But in the meantime, in

23   between time, I went to see my GP and he

24   told me that I need to have more time out

25   than to June 19th.  So he gave me a

Page 183

E. Skates

1

2  doctor's note to put me out for another

3  additional week to heal.

4      Q      So it was around a week from the

5  19th of June that the doctor's note

6  authorized you to return to work; is that

7  right?

8      A      Yes.  I know that it was a total

9  of two weeks.  One week from one doctor

10 and one week from my GP.

11     Q      I just want to back up a little

12 bit.  When you initially went to the ER at

13 South Nassau on the day that they sort of

14 misdiagnosed you, if you want to call it

15 that, was that a day that you were

16 supposed to be working?

17     A      I'm not sure because I don't

18 know what date it was.  This was at night.

19 It was at night.

20     Q      So if you had been working, you

21 would have been off from your shift

22 already?

23     A      Yes.

24     Q      The next day, you said that you

25 went to see Dr. Gupta; was that a day that

1                    E. Skates

2    you were supposed to be working?

3         A     I'm not sure.

4         Q     Do you recall whether or not you

5    called in sick to work that day?

6         A     I'm not sure.

7         Q     Dr. Gupta then sent you to the

8    hospital and you were then hospitalized

9    for about a week.  At any point when you

10   were hospitalized for the one week with

11   the pancreatitis, did you call in to work

12   and notify them that you were out, that

13   you were going to be out?

14        A     Yes.

15        Q     When did you do that?

16        A     After I was admitted to a room,

17   which was, I think I was admitted like 1

18   or 2:00 in the morning.  When it came the

19   following morning, I called and told them

20   that I was in the hospital.  Either I

21   called or my daughter called, but I know

22   somebody called.

23        Q     Did you call from the hospital

24   phone; did you or your daughter call from

25   the hospital phone?

Page 185

1                    E. Skates

2        A       I think I called and I think I

3    called from my cell, because I couldn't

4    afford the hospital phone.  I think that's

5    how that went down.

6        Q       What service provider do you use

7    for your cell phone at that time?

8        A       Verizon.

9        Q       What is your cell phone number?

10               MS. KAYANI:  Objection, but you

11       may answer.

12       A       I'm not too willing to give you

13   my cell phone number.

14       Q       It's not for my own personal

15   use, believe me.  I need it for purposes

16   of this case, in case we need pursue and

17   obtain your cell phone records.

18               MS. KAYANI:  In the event you

19       need that, we'll provide you.

20               MS. PANICO:  I know you haven't

21       been involved in this lawsuit before.

22       I have requested them in our document

23       demands.  They weren't produced.

24               Miss Skates previously indicated

25       that she does have possession of the

Page 186

1              E. Skates

2      cell phone records.  She stated during

3      her 50(h) examination, but they

4      weren't produced.  So at this point

5      I'm left with no choice but to

6      subpoena them.

7            MS. KAYANI:  I understand.  Can

8      you take it under advisement and I

9      will consult with Mr. Henry and then

10     provide the documents?

11           THE WITNESS:  He has them.

12           MS. PANICO:  The cell phone

13     records?

14           THE WITNESS:  Yes.

15           MS. KAYANI:  I'll take it under

16     advisement and I'll make a note to

17     provide that to your office.

18           Just to clarify, do you know

19     what date of the hospitalization we

20     are talking about?

21           MS. PANICO:  I don't know for

22     sure.

23           MS. KAYANI:  We'll discuss it.

24     Q      When you called and spoke to --

25  or when you called in sick to work, do you

Page 187

                        E. Skates

1

2     remember who you spoke to?

3          A     I don't know her name, but she

4     was presented to me as being one of the

5     supervisors like John Henry, so I told

6     her.  Later, I found out that she didn't

7     tell Victoria that I called.

8          Q     How did you find that out?

9          A     Vicky Groden told me.

10         Q     How would Vicky Groden know?

11         A     Vicky Groden knew everything.

12    Vicky Groden was in that office more so

13    than she was doing work.

14         Q     Did you ever speak to

15    Miss Dinielli and tell her that you had,

16    in fact, called?

17         A     Yes, I did.  And I gave -- okay.

18    I'm assuming that the message was given,

19    but to cover myself and according to the

20    Collective Bargaining Agreement, that if

21    you're out more than two days, or

22    something like that, you have to bring in

23    a doctor's note.  So I think I faxed Vicky

24    the doctor's notes after I came home from

25    the hospital.

Page 188

1                    E. Skates

2      Q      Okay.

3      A      So I did make acknowledgment of

4   that fact.

5      Q      So you provided medical

6   documentation after you returned -- after

7   you were released from the hospital?

8      A      Right.

9      Q      Was that at the request of

10  Miss Dinielli?

11     A      No.

12     Q      Pursuant to the policy at the

13  recreation center, if you're going to call

14  in sick to work, do you know at what time

15  you're supposed to call in?

16     A      I would call in at 6 because

17  that's the time that the rec center

18  opened.  I would call in at 6.  Sometimes

19  I was a little late in calling in due to

20  the medications.  When the medication wore

21  off and I woke up and it would be like

22  maybe 8, at the latest, I was supposed to

23  be in at 7, 8 at the latest I would be

24  calling.

25     Q      So I just want to make sure I

Page 189

1                    E. Skates

2    understand.   The medication that you're

3    referring to is like sleeping medication?

4         A     I was on pain medications.

5         Q     That made you drowsy, is that

6    what it was?

7         A     Yes.

8         Q     And does the rec center have a

9    rule or a policy that requires you to call

10   in before your shift starts?

11        A     Yes.

12        Q     I'm going to show you what has

13   been marked as Defendant's Exhibit U.

14              (Handing.)

15        A     (Perusing.)

16              Okay.

17        Q     Do you recognize this document?

18        A     This was e-mailed to my phone.

19        Q     This was e-mailed to your phone?

20        A     To my phone.

21        Q     Is this an e-mail that you sent?

22        A     No, this is the e-mail that --

23   oh, it's to -- okay.

24        Q     Just take a second to look at

25   it.

Page 190

E. Skates

2      A      She made the e-mail to my phone

3  while I was in the hospital.  I was still

4  in the hospital.

5              Now, I had already called the

6  day before to let them know that I was in

7  the hospital and that's when the girl

8  didn't tell her that I called.  So when

9  she e-mailed me this, I called her and I

10  told her I was in the hospital.  When I

11  returned -- when I'm discharged, I will

12  send documentation of my hospital stay and

13  the doctor's notes.

14      Q      How did you receive that e-mail

15  from her?

16      A      On my phone.

17      Q      And you received it on or about

18  June 10, 2013?

19      A      I guess so.

20      Q      After you received

21  Miss Dinielli's e-mail, you made a phone

22  call to her; is that correct?

23      A      I think so.  I think that's what

24  happened.

25      Q      Again, did you call her from

Page 191

```
1                    E. Skates
2    your cell phone or from somebody else's
3    phone?
4         A     You know, I'm really -- I'm
5    really not sure now.  I know that I got
6    the e-mail.  I think I called -- I know
7    that I acknowledged this because the
8    e-mail came on my phone, so I must have
9    called on my phone the same day that I
10   received the e-mail.
11        Q     But do you recall making that
12   phone call or are you just assuming that
13   you did?
14        A     I made the phone call.  I had to
15   make the phone call, because I was very
16   shocked that she was sending me this
17   e-mail anyway when I had already notified
18   the facility that I was in the hospital.
19        Q     It says on here, "Faxed June 19,
20   2013."  Did you write that there?
21        A     Yes.
22        Q     And did you, in fact, fax this
23   to Miss Dinielli?
24        A     Yes.
25        Q     And what fax machine did you use
```

Page 192

E.  Skates

1
2      to fax this?

3          A      My own.

4          Q      You have a fax machine at home?

5          A      Yep.

6          Q      It states in this e-mail, "In

7      response to your e-mail that was sent to

8      me on or about June 10, 2013 while I was

9      in the hospital regarding my excessive

10     absences, please see attached doctor's

11     notes excusing my absence."

12             Do you know what she was

13     referring to there when she said

14     "excessive absences"?

15         A      No, but I just thought because I

16     was out for more than five days that that

17     was considered excess absence to her.  But

18     as I said before, I was under the

19     impression that she had received my call

20     stating that I was in the hospital.

21         Q      Were you out of work any time

22     preceding the pancreatitis in the month of

23     June of 2013?

24         A      I don't remember.

25         Q      I'm not sure if my question is

Page 193

1                    E. Skates
2    clear, so I'm just going to rephrase it.
3                You were hospitalized and out of
4    work in June of 2013 because of the
5    pancreatitis.  Were you also out of work
6    in June of 2013 before the pancreatitis
7    for any other reason?
8         A     I don't remember.
9         Q     So when she is referring to, or
10   I guess you're writing to her saying that
11   you had excessive absences --
12        A     That's what her e-mail said.
13        Q     That you had excessive absences?
14        A     Yes.
15        Q     Were those absences exclusively
16   pertaining to the pancreatitis?
17        A     I do believe so.  I'm not sure,
18   but I'm sure that that was it, because I
19   was in the hospital for over maybe five
20   days.
21        Q     This period of time when you
22   had these absences relating to the
23   pancreatitis, did you have leave available
24   to you at the village?
25        A     Yes, I do believe I did.

1              E. Skates

2      Q     You know what I mean by that?

3  That you had either sick time, vacation

4  time.

5      A     I do believe I did.

6      Q     And I just want to go through

7  with you real quick the different types of

8  leave that you had at the village.  You

9  did have sick time; correct?

10     A     Yes.

11     Q     How much sick time did you get

12 each year?

13     A     You get three-fourths of a day a

14 month.

15     Q     And that accumulates and rolls

16 over?

17     A     Yes.

18     Q     How much personal time did you

19 get at the rec center?

20     A     The village personal time, I do

21 believe, is three days.  I think it's

22 three days.

23     Q     Three days per year?

24     A     Yes.

25     Q     And how much vacation time do

Page 195

1            E. Skates

2    you get at the rec center?

3        A     The village -- working for the

4    village, the Collective Bargaining

5    Agreement, the first six months you get

6    five days and then the next six months you

7    get five days.  So you would get like 10

8    days within the year.

9        Q     And you could also earn --

10       A     Until your anniversary date,

11   then you get 10 more days.

12       Q     And you could also earn

13   compensatory time; correct?

14       A     From what I was told, that's up

15   to the discretion of the department head.

16       Q     But that was available,

17   compensatory time?

18       A     Yes.

19       Q     Did you earn any compensatory

20   time while you were at the rec center?

21       A     I earned compensatory time when

22   I worked at the assessor's office in the

23   Village of Freeport.

24       Q     What about at the rec center?

25       A     No.

Page 196

                        E. Skates

1

2      Q     Do you recall, when you came

3  over from the assessor's office, how much

4  vacation time you came with?

5      A     I think it was 10 days, I think,

6  5 or 10 days.

7      Q     And do you recall how much sick

8  time you came with?

9      A     No.

10     Q     Do you recall how much

11  compensatory time you came with?

12     A     I think I had 36 hours.  I think

13  it was 32 or 36 hours.

14     Q     Do you recall how much

15  compensatory time you came with?

16     A     Sorry, what was the question

17  before?

18     Q     You're right.  How much personal

19  time did you come with?

20     A     I'm not sure.

21     Q     And annexed to this fax, you

22  included doctor's notes; is that correct?

23     A     Yes.

24     Q     I'm going to show you what has

25  been marked as Exhibit V, which are

Page 197

1                  E. Skates

2    doctor's notes.

3              (Handing.)

4       A      (Perusing.)

5       Q      Miss Skates, have you had a

6    chance to look at Defendant's Exhibit V?

7       A      Yes.

8       Q      Do you recognize this document?

9       A      Yes.

10      Q      Are these the medical notes that

11   you submitted in connection with

12   Defendant's Exhibit U?

13      A      I do believe so.

14      Q      The first doctor's note here

15   appears to be dated May 29, 2013; is that

16   right?

17      A      Yes.

18      Q      It says, "Please excuse Earline

19   Skates from work today and on 5/31/13 for

20   doctor's appointment and testing."

21             Do you remember what that

22   doctor's appointment and that testing was

23   for?

24      A      It was to find out why I was

25   having these chest pains, so I went to a

Page 198

1           E. Skates

2    cardiologist.

3         Q      So that was not related to the

4    pancreatitis?

5         A      No.

6         Q      On that day, May 29, 2013, did

7    you call in to work on that day to let

8    anybody know that you weren't going to be

9    coming into work?

10        A      I think this was the day that I

11   left the rec center with chest pains and I

12   went to my doctor.  I didn't go home as

13   Miss Dinielli stated in her deposition.  I

14   went to my doctor, and he was the one that

15   said to excuse me for the day and on the

16   31st when I went to have the testing done.

17        Q      So is your answer that you

18   didn't call in to work that day because

19   you had already been at work that day?

20        A      Yes.

21        Q      The second note here appears to

22   be -- can you read the name of the doctor

23   at the top there, do you know who that is?

24        A      This was the doctor from South

25   Nassau Communities Hospital.  He was the

Page 199

1              E. Skates

2   gastrointestinal doctor that was on call

3   to administer medication and whatnot for

4   me and did all my testing and whatnot.

5       Q      And this second doctor's note,

6   which is at the upper right-hand corner,

7   this was referring to the pancreatitis?

8       A      The one you just asked me about,

9   the name?

10      Q      Yes.

11      A      Yes.

12      Q      And in that note, that doctor

13  had indicated that you could return to

14  work on June 19, 2013.

15      A      Right.  But if you go down here,

16  the same day I went to see my GP and he

17  put me out for another week.

18      Q      You're referring to --

19      A      Dr. Gupta.

20      Q      The doctor's note on the bottom

21  of that page?

22      A      Yes, yes.

23      Q      How do you know that he put you

24  out for another week?

25      A      Because he told me.  I went to

1                    E. Skates

2    see him.

3         Q      Does it say so in this note?

4         A      Yes.

5         Q      So a week from June 17, 2013 --

6         A      No, a week from June 19th.

7         Q      The note is dated June 17, 2013;

8    correct?

9         A      Right.

10        Q      And can you just read the note

11   for me, then?

12        A      I went to my doctor the same day

13   I was discharged from the hospital.

14        Q      Which was June 17, 2013?

15        A      Yes.  So he was putting me out

16   another week from the 19th.

17        Q      You said you were released on

18   June 17, 2013; correct?

19        A      And this doctor's note says that

20   I could return on the 19th (indicating).

21               I went to see my doctor.  He

22   examined me and he says you need to stay

23   out another week.

24        Q      Okay.  Another week from June

25   17, 2013?

1               E. Skates

2      A      From June 19th.

3      Q      Where does it say that in the

4   note?

5      A      Okay.  So do you want me to have

6   him rectify that?

7      Q      I'm just asking what it says in

8   the note because this is what you

9   submitted to Miss Dinielli.  Can you read

10   for me what it says?

11      A      For one week, and I think that

12   says "additional."

13      Q      So, in any event, it would have

14   either required you to return to work on

15   either June 24th of 2013 or June 26th of

16   2013; correct?

17      A      Okay.  And the 26th was what

18   day?

19      Q      It was a Wednesday?

20      A      On my day off.

21      Q      Did you return to work on June

22   27th?

23      A      Which was?

24      Q      A Thursday.

25      A      No, because I think June 27th I

1              E. Skates

2   was admitted to another hospital.

3        Q      The second doctor's note that

4   you submitted dated June 17, 2013, that

5   was submitted to Miss Dinielli as well?

6        A      Yes.

7        Q      What did you go to the hospital

8   for on June 27, 2013, or on or about that

9   date?

10       A      Okay.  On the 26th, I think it

11  was the 26th -- can I have a calendar?

12       Q      I can print out one if that will

13  help.

14              MS. PANICO:  Can we go off the

15       record?

16              (A break was taken from

17       3:25 p.m. until 3:30 p.m.)

18              MS. PANICO:  Can we have the

19       question read back?

20              Can you mark this as Exhibit W?

21              (Copy of June and July calendar

22       for 2013 was hereby marked as

23       Defendant's Exhibit W for

24       identification, as of this date.)

25              (The requested portion of the

Page 203

1            E. Skates

2        record was read.)

3        A      What did I go to the hospital on

4    the 27th for?

5        Q      Yes.  Why did you go to the

6    hospital?

7        A      Because on the 26th I was -- I

8    had an appointment with Catholic Charities

9    Mental Health and while we were sitting

10   there talking, she was going through the

11   same thing that she went through two weeks

12   prior when I was promised on that day that

13   I would have a therapist.  So I just made

14   a comment.  I said, "You know what?  I

15   could get faster work -- a faster

16   therapist if I ran into a tree."

17          The next thing I knew, the cops

18   were there and they took me to Nassau

19   County Medical Center and I stayed there

20   until, I think it was either July 5th or

21   July 7th.

22       Q      This incident that occurred at

23   Catholic Charities, were you yelling at

24   this person from Catholic Charities?

25       A      No.

1                    E. Skates

2        Q        Did you raise your voice at all?

3        A        No.

4        Q        Were you angry at that point?

5        A        I was disappointed.

6        Q        So you were taken by police or

7    by ambulance to the hospital?

8        A        Well, the police escorted me to

9    the ambulance.

10       Q        And what hospital did you go to

11   then?

12       A        Nassau County Medical Center.

13   What is it called?   University something,

14   something now.

15       Q        And this occurred on June 26th,

16   which was a Wednesday?

17       A        Yes.

18       Q        Now, because it was a Wednesday,

19   you did not have to work that day;

20   correct?

21       A        Correct.

22       Q        At any point on June 26th, did

23   you call and notify the rec center that

24   you wouldn't be appearing the next day for

25   work?

1                    E. Skates

2      A      On the 26th?

3      Q      Yes.

4      A      No.

5      Q      Did you call on the 27th?

6      A      My daughter was supposed to call

7   on the 27th.  I had asked her, when she

8   came to the emergency room, to please

9   contact the job.

10          She was going through some

11  medical difficulties with her.  She was

12  losing the sight in her eye and was in the

13  mix of a sickle cell crisis.

14          So when I saw her again, I think

15  it was on the 29th or the 30th, I asked

16  her if she had called and she said no, she

17  forgot.  I said, "Please call."

18      Q      At that point, on the 29th or

19  the 30th, when you asked your daughter to

20  call for a second time that you asked her

21  to call, do you know whether or not she

22  called then?

23      A      I didn't know she didn't call

24  until they fired me on October the 21st,

25  22nd, 23rd.  23rd, that's when I found out

Page 206

```
 1              E. Skates
 2   that she hadn't called.
 3      Q      After you asked her to make that
 4   phone call, you asked her for the second
 5   time at that point, did you ever follow up
 6   with her to find out whether or not she
 7   called?
 8      A      No, because she told me she was
 9   going to call.  No, I did not follow up.
10   No, I did not do that because I just
11   thought that she did.
12      Q      I know that you said that.  I
13   believe you said maybe for mental health
14   reasons that you went to the hospital that
15   time or that the Catholic Charities had
16   called and basically had you admitted
17   there.  Is there any reason why you stayed
18   there so long once they admitted you?
19      A      You have to stay at least seven
20   days and since it was on a Thursday, which
21   was close to the weekend, the weekend
22   doctors and whatnot were not on, they
23   didn't come in until Monday.  So my seven
24   days started -- I didn't see any doctors
25   or any groups of doctors until the 2nd.
```

Page 207

1            E. Skates

2    And then I saw another group of doctors on

3    the 3rd.  Then -- oh, wait.  Oh, this is

4    July, okay.

5            And then I didn't see any more

6    doctors again until after the 4th because

7    the 4th was a holiday.  I saw them on a

8    Friday.  And I think I was discharged on

9    July 7th because they didn't find any

10   reason to keep me there and there was no

11   reason for me to be brought there.

12       Q     Did any other doctors who

13   treated you find that you were suffering

14   from any mental health condition?

15       A     They said that I was -- that I

16   had depression and anxiety.

17       Q     Did you agree with that

18   diagnosis?

19       A     Well, I don't know.  I know I

20   was depressed.  I didn't know anything

21   about anxiety before.  I never had anxiety

22   before.

23       Q     Were you prescribed any medical,

24   any treatment?

25       A     Yes, I was, through Catholic

Page 208

1              E. Skates

2    Charities.

3        Q      What were you prescribed?

4        A      Zoloft, but I forgot the

5    milligrams.

6        Q      What is Zoloft for?

7        A      Anxiety.

8        Q      Any other medication that you

9    were prescribed?

10       A      By whom?

11       Q      While you were at the hospital.

12       A      The hospital didn't -- which

13   hospital?

14       Q      Nassau County Medical Center

15   related to the mental health condition.

16       A      They didn't prescribe anything

17   for me.

18       Q      After they released you, did

19   they give you any sort of course of

20   treatment that they recommended?

21       A      That I was to continue with

22   Catholic Charities.

23       Q      For therapy?

24       A      Yes.

25       Q      And did you do that?

Page 209

1                    E. Skates

2        A      Yes.

3        Q      Did you provide any medical

4    documentation to the village or to the

5    rec center indicating why you were absent

6    from on or about June 27th through

7    approximately July 7th, I believe you

8    said?

9        A      Yes, I did.

10       Q      Did you provide medical

11   documentation?

12       A      Yes, I did.

13       Q      What form of medical

14   documentation did you provide?

15       A      The hospital admit and release

16   form date.

17              MS. PANICO:  I'll have this

18       marked as Exhibit X, a copy of a

19       discharge notice.

20              (Copy of discharge notice was

21       hereby marked as Defendant's Exhibit

22       for identification, as of this date.)

23       Q      (Handing.)

24       A      (Perusing.)

25              This is saying that I was

Page 210

1                    E.  Skates

2    discharged --

3         Q      There's no pending question.

4         A      I'm talking to myself.  Okay.

5    Go ahead.

6         Q      Miss Skates, have you had a

7    chance to review Defendant's Exhibit X?

8         A      Yes.

9         Q      Do you recognize this document?

10        A      Some of it.

11        Q      What do you recognize it to be?

12        A      Discharge from Nassau County

13   University Medical Center.

14        Q      A moment ago I had asked you if

15   you provided medical documentation

16   explaining why you were out from June

17   26th, until you were released from the

18   hospital, which you estimated to be around

19   July 7th, and I believe you stated that

20   you did provide medical documentation.

21             Is Defendant's Exhibit X the

22   medical documentation that you were

23   referring to that you provided?

24        A      I'm not sure.

25        Q      Okay.  Defendant's Exhibit X,

1              E. Skates

2    do you remember providing this to the

3    defendant, the village or the rec center?

4        A     I'm not sure.

5        Q     The handwriting that's on here,

6    is this yours?

7        A     No.

8        Q     Do you know whose handwriting it

9    is?

10       A     No, I don't.

11       Q     On Defendant's Exhibit X, it

12   indicates that you were ready for

13   discharge from the hospital on July 1st of

14   2013; correct?

15       A     No.

16       Q     That's not what the document

17   indicates?

18       A     That's not what -- that's not

19   what happened.

20       Q     That's what the document

21   indicates; correct?

22       A     That's not what happened,

23   because I was in the hospital on the 4th

24   of July.  I saw the fireworks.

25       Q     Okay.  I'm just asking whether

Page 212

                    E. Skates

1
2    or not that document indicates that you
3    were released on July 1st.
4         A     There's some scribbles on here.
5    I have to check my documentation because I
6    don't believe -- I'm not too sure of this
7    right here (indicating).
8         Q     Okay.  Is it possible that you
9    were released from the hospital on July
10   1st and then re-admitted?
11        A     No.
12        Q     Do you recall when you returned
13   to work following your hospitalization at
14   the end of June 2013?
15        A     No.
16        Q     During the period of time that
17   you were out for the pancreatitis and the
18   hospitalization regarding the mental
19   health condition, during that period of
20   time did you ever return to work, was
21   there any period or any day in that span
22   when did you appear for work?
23        A     I'm not sure.
24        Q     During or as a result of the
25   pancreatitis --

Page 213

1              E. Skates

2          MS. PANICO:   Withdrawn.

3     Q     I believe you testified already

4  that you did not run out of leave time

5  because of the pancreatitis; is that

6  correct?

7     A     I do believe so.

8     Q     Did you run out of leave time

9  because of the hospitalization for a

10 mental health condition?

11    A     Yes, I do believe so.

12    Q     You ran out of sick time?

13    A     I think I ran out of all of my

14 time, I do believe so.

15         MS. PANICO:  I'm going to mark

16     as Defendant's Exhibit Y a letter

17     dated July 3, 2013 from Victoria

18     Dinielli to Miss Skates.

19         (A letter dated July 3, 2013

20     from Victoria Dinielli to Miss Skates

21     was hereby marked as Defendant's

22     Exhibit Y for identification, as of

23     this date.)

24    Q     (Handing.)

25    A     (Perusing.)

Page 214

1               E.  Skates

2               I would like to go back on

3    something.

4        Q       On your prior testimony, you

5    mean?

6        A       Yes.

7        Q       Is there prior testimony that

8    you want to correct?

9        A       Yes.  Can we go back?

10       Q       Sure.

11       A       This right here (indicating) --

12       Q       Defendant's Exhibit X?

13       A       Yes.

14       Q       The Notice of Discharge.

15       A       Yes.

16       Q       Okay.

17       A       All right.  It says July 1st.  I

18   was released on a Monday.  I had Tuesdays

19   and Sundays off.  So July 2nd I was off.

20   July 3rd -- and July 3rd.  I have to

21   remember because I have to remember when

22   the split days came in and I'm not sure.

23   Because at one time I was off Mondays and

24   Tuesdays.  One time I was off Saturdays

25   and Sundays.  So I don't know which time,

Page 215

```
 1                  E. Skates
 2    but I know that -- I'm not sure.
 3            So this is correct (indicating),
 4    July 1st.
 5        Q    You're referring to Defendant's
 6    Exhibit X?
 7        A    Yes.  That, I think is correct.
 8        Q    Does that refresh your
 9    recollection as to whether or not --
10        A    Wait.  I'm thinking.  I'm
11    thinking, please.  So I was off on Sundays
12    because she doesn't have the 23rd down
13    here.
14            MS. PANICO:  Should we go off
15        the record and take a break for a
16        minute?
17            MS. KAYANI:  Sure.
18            (A break was taken from 3:49
19        p.m. to 3:53 p.m.)
20        Q    Miss Skates, is there a prior
21    testimony that you want to correct after
22    reviewing Defendant's Exhibit Y?
23        A    Yes.
24        Q    What was that?
25        A    What was the question?
```

Page 216

                    E. Skates

1

2       Q       What prior testimony did you

3   want to correct?

4       A       Oh, that I am sure of this now

5   (indicating).

6       Q       That Exhibit X, you're sure that

7   you were released on July 1st?

8       A       Yes.

9       Q       Are you sure now that

10  Defendant's Exhibit X is something that

11  you had submitted to the village?

12      A       Yes.  I'm sorry, you know.

13      Q       That's okay.

14      A       It's been a while.  I don't want

15  you to call me a liar again.

16      Q       You were released from the

17  hospital on July 1, 2013.

18      A       Which was a Monday.

19      Q       When did you return to work

20  after that, do you recall?

21      A       I thought we were talking about

22  this (indicating).

23      Q       I was, but now you brought up a

24  new subject so I just wanted to explore

25  that a little more.

                         E. Skates

1

2       A       I don't know when I returned.

3       Q       Okay.  So turning our attention

4  back to Defendant's Exhibit Y, do you

5  recognize Defendant's Exhibit Y?

6       A       Yes.

7       Q       And what do you recognize it to

8  be?

9       A       A letter to me saying that I

10  needed to report to work by June 7th.

11  June 7th?  That's what that says.

12       Q       Read the sentence again.

13       A       "You're hereby directed to

14  report to work Monday July 8."  Yeah.

15  Okay.

16       Q       Did you receive this letter on

17  or about July 3, 2013?

18       A       I don't remember when I received

19  it.

20       Q       Do you remember how you received

21  it?

22       A       It came to my house by mail.

23       Q       As of this date, on July 3,

24  2013, by that date had you notified the

25  village or Miss Dinielli as to why you

Page 218

1              E. Skates

2    were absent?

3        A      Well, first of all, July 3rd was

4    my day off.  My days off then was Sundays

5    and Wednesdays.

6        Q      Okay.  But my question was, up

7    until this point, July 3, 2013, you

8    indicated that you had authorization from

9    your doctor to be out until around June

10   24th or June 26th and then you indicated

11   that you did not call in to the village

12   after you were hospitalized for the mental

13   health condition, you were then released

14   from the hospital on July 1st.

15              My question is:  After you were

16   released from the hospital on July 1st,

17   did you then call in sick to work or call

18   in to work and let them know where you had

19   been?

20       A      This was -- yes.

21       Q      Okay.  When?

22       A      On the 2nd.

23       Q      July 2nd you called?

24       A      Yes.

25       Q      Who did you call?

Page 219

```
 1                 E. Skates
 2      A      The village, the rec center.
 3      Q      Who specifically?
 4      A      I called the rec center number.
 5      Q      Do you remember who you spoke
 6  to?
 7      A      The same lady that didn't give
 8  my first message that I was in the
 9  hospital to.
10      Q      You don't recall her name?
11      A      It's a Scandinavian-type name
12  and I don't know.
13      Q      What did you tell her?
14      A      That I was released from the
15  hospital yesterday, Wednesday is my day
16  off and I will be in to work on Thursday.
17  I used my house phone.
18      Q      And what service do you use at
19  your house phone?
20      A      Verizon.
21             MS. PANICO:  I'm also going to
22       request that you provide me with your
23       house number as well.
24      A      I think I gave that information
25  to, to Mr. Henry.
```

1                E. Skates

2      Q      The telephone records?

3      A      Yes.

4      Q      Which would indicate what phone

5   calls were made?

6      A      Yes.

7           MS. PANICO:  Again, I'm going to

8      call for production of those phone

9      records as well.  And I'm also going

10     to ask that you provide me with that

11     tell phone number.  Can you do it

12     right now?

13          MS. KAYANI:  I'm going to

14     object.  We'll just provide that with

15     the home phone record.

16          MS. PANICO:  I'm just going to

17     request that the telephone number be

18     provided just because the telephone

19     records haven't been provided to date,

20     and in the event that they are not

21     provided, we will need to subpoena

22     them.

23          MS. KAYANI:  Can you leave a

24     blank?  We'll take that under

25     advisement.

Page 221

                    E. Skates

1

2          MS. PANICO:  We can.  I'm just

3      going to add it to the list of things

4      in case we need to contact the court.

5  (Insert)_____

6      A      When I received this...

7      Q      There's no pending question.

8      A      I know, that's why I stopped.

9      Q      When you called on July 2nd, do

10  you remember what time of day you called?

11     A      No.  I'm sorry.  I take that

12  back.  I spoke to Victoria Dinielli on

13  this.

14     Q      After July 3rd?

15     A      Yes.  And I told her that I

16  would be returning to work on the 8th.

17     Q      If you were released from the

18  hospital on July 1st, is there any reason

19  why you couldn't return to work before

20  July 8th?

21     A      I wasn't feeling it.  I did not

22  want to go back.  I finally got myself

23  sort of centered and then I didn't want to

24  go back into the depressed, hostile work

25  environment that I was in.  I didn't feel

Page 222

```
 1              E. Skates
 2  I was ready to go back.
 3      Q     Did you have any medical note
 4  stating that you can't return to work
 5  between July 2nd and July 8th?
 6      A     No, no, I don't think so.  I
 7  don't think so.  I might.  I don't know.
 8  Do you have one?  I'm sorry.
 9      Q     This letter from Miss Dinielli,
10  Defendant's Exhibit Y, did you receive
11  this on or about July 3, 2013?
12      A     I don't know when it was, but I
13  know that on here, July 3rd, 7/3, should
14  be taken off because that was my day off.
15      Q     It was just the date that she
16  mailed it to you, right?
17      A     No, it's right down here, the
18  dates that said those are the dates I was
19  out.
20      Q     July 3rd was a Wednesday, okay.
21  It states on here, "Additionally, you
22  failed to call in and speak to a
23  supervisor on 6/20."
24              Did you call in on that day?
25      A     I'm not sure.  I called every
```

Page 223

1                 E. Skates

2    time I was in the hospital and every time

3    I was out.   That's the only thing I can

4    tell you.

5         Q    But you already testified that

6    you did not call in when you were

7    hospitalized on July 26th; right?

8         A    When I was at Nassau County

9    Medical Center, exactly.   But prior to

10   that, every time that I was out sick or in

11   the hospital, I did call.

12        Q    Do you recall specifically

13   whether you called on June 20th?

14        A    I don't remember.

15        Q    Do you recall whether you called

16   on the 21st?

17        A    I don't remember.

18        Q    Do you recall whether or not you

19   called on June 22nd?

20        A    All of these dates except for

21   the 3rd, I do not remember because the 3rd

22   I was off.

23        Q    The letter says that you were

24   hereby directed to return to work on

25   July 8, 2013.   Did you return to work on

Page 224

1              E. Skates

2    that day?

3        A     Yes, I did.

4        Q     It also states, in the second

5    sentence of that exhibit, "Your accrued

6    time as an employee of the Village of

7    Freeport was depleted on June 20, 2013";

8    is that accurate?

9        A     On June 19th?  What was the

10   question?

11       Q     The letter states that your

12   accrued time with the village was depleted

13   on June 20, 2013.  I'm just asking whether

14   or not if you know that that's accurate.

15       A     I don't know.

16       Q     Was there any time that you

17   called in to work that was from a number

18   other than from your home phone or your

19   cell phone?

20       A     I don't know.  I don't remember.

21       Q     Did you ever use a hospital

22   phone to call in to work?

23       A     I don't think so.

24       Q     Do you remember ever using your

25   daughter's cell phone to call in to work?

Page 225

1                    E. Skates

2       A      I don't think so.

3       Q      Is there any other number that

4   you would have used to call in sick to

5   work?

6       A      I don't think so.

7       Q      At some point in time were you

8   suspended for failing to call in to work?

9       A      I don't know how to answer that

10  question because the reason of the

11  suspension was not that I didn't call in

12  but that I didn't call in from the

13  hospital every day.

14      Q      Okay.  My question, though, was

15  whether or not you were ever suspended for

16  failing to call in to work.  So it's

17  either a yes or no answer.

18      A      Yes.

19             MS. PANICO:  I'm going to show

20      you what I'm going to mark as Z.

21             (Notice of Disciplinary Charges

22      was hereby marked as Defendant's

23      Exhibit Z for identification, as of

24      this date.)

25      Q      (Handing.)

Page 226

                              E. Skates

1

2       A       (Perusing.)

3               MS. KAYANI:   Can we take a few

4       minutes?

5               MS. PANICO:   Sure.

6               (A break was taken at 4:05 p.m.

7       until 4:12 p.m.)

8       Q       Miss Skates, have you had a

9   chance to review Defendant's Exhibit Z?

10      A       Yes.

11      Q       Do you recognize this document?

12      A       Yes.

13      Q       Toward the bottom, it says "Part

14  3, employees signature"; is that your

15  signature there?

16      A       Yes.

17      Q       Did you, in fact, receive a

18  two-day suspension?

19      A       Yes.

20      Q       Did you grieve this suspension?

21      A       I don't know how to answer that

22  because this was not the original time

23  suspension.

24      Q       What do you mean by that?

25      A       The union got it from five days

1                    E. Skates

2   to two days.

3        Q      Okay.  So this was sort of,

4   you're referring to Exhibit Z like a

5   modified suspension?

6        A      Yes.

7        Q      Initially, the suspension was

8   for five days?

9        A      Yes.

10       Q      So you did go to your union in

11  regard to the suspension?

12       A      Yes.

13       Q      And a lesser suspension was

14  negotiated for you?

15       A      Yes.

16       Q      And that's what we are looking

17  at as Defendant's Exhibit Z; correct?

18       A      Yes.

19              MS. KAYANI:  Can we go off the

20       record?

21              (A break was taken from 4:14

22       p.m. until 4:17 p.m.)

23       Q      Miss Skates, following your

24  suspension in June of 2013, did you

25  receive another warning subsequent to that

Page 228

1          E. Skates

2    indicating that your request for time off

3    had to be made in advance of the time that

4    you were taking off?

5          A    What?

6          Q    I'll rephrase it.  After the

7    suspension you received in July of 2013

8    that we just went through, did you receive

9    another warning subsequent to that telling

10   you that you need to request time off

11   before your shift starts?

12         A    I don't remember.

13         Q    Okay.  I'm going to show you

14   another exhibit, then.  We'll mark it as

15   Defendant's Exhibit AA and it's a memo

16   from Victoria Dinielli dated July 16,

17   2013.

18              (Memo from Victoria Dinielli,

19         dated July 16, 2013, was hereby

20         marked as Defendant's Exhibit AA for

21         identification, as of this date.)

22         Q    (Handing.)

23         A    (Perusing.)

24         Q    Miss Skates, do you recognize

25   Defendant's Exhibit A?

Page 229

E. Skates

1

2     A     Yeah.

3     Q     What do you recognize it to be?

4     A     A letter to me from Vicky, cc'd

5 Conor, where I requested time to go to a

6 court appearance, which I got the date

7 confused, it wasn't the 15th, it was the

8 16th, and that if I wanted to have any

9 more time off, that I have to ask in

10 advance.

11    Q     Do you recall receiving this on

12 or about July 16, 2013?

13    A     Whenever.

14    Q     This incident in regards to the

15 court appearance, it indicates that on

16 July 15th you asked John Henry to leave

17 work early for a court appearance.  Do you

18 recall that occurring?

19    A     Yes.

20    Q     Did you notify Mr. Henry in

21 advance or notify any of your supervisors

22 in advance on July 15th that you would

23 need time off on July 15th to appear in

24 court?

25    A     No, because I forgot.

Page 230

1              E. Skates

2      Q      What court appearance did you

3  need to attend on July 15, 2016?

4      A      Mark Davella.

5      Q      In September of 2013, did you

6  have any unauthorized absences in

7  September of 2013?

8      A      No.

9      Q      Do you recall whether or not you

10  were absent from work on September 21,

11  2013?

12      A      Yes.

13      Q      Why were you absent on that day?

14      A      I forgot.  I forgot what it was

15  about, but I had requested that time in

16  advance with Victoria Dinielli and she

17  granted it to me, but she said she

18  couldn't pay me.  I wasn't asking for the

19  pay, I just needed the day off.  It was

20  some personal reason that I had to take

21  care of.

22      Q      Did you make that request in

23  writing for her for the time off?

24      A      I sat down with her.  Because

25  they weren't giving out any more slips.

Page 231

1              E. Skates

2    So I sat down with her and I think it was

3    -- what's the gentleman's name that I said

4    that he works part time, Matt?

5         Q      Dolan.

6         A      Yes.

7              Matt Dolan and myself.  Because

8    he was the supervisor on duty the day.  It

9    was either two or three days before I

10   asked.  So I asked him to come in with me

11   because I would never go into her office

12   alone after that fraudulent letter about

13   me threatening her life.

14        Q      Okay.  For the sake of trying to

15   move the deposition along, I'm just going

16   to ask that you answer the question that

17   I'm asking you; okay?

18              So my question was whether or

19   not you submitted the request to

20   Miss Dinielli on September 21, 2013,

21   whether you submitted that request in

22   writing?

23        A      No.

24        Q      It was an oral conversation?

25        A      Yes.

Page 232

                    E. Skates

1

2      Q      And you did that before

3   September 21, 2013?

4      A      Yes.

5      Q      How about on September 23, 2013,

6   were you absent on that day?

7      A      Yes.

8      Q      What were you absent for on that

9   day?

10      A      Another personal matter.

11      Q      Did you request off before your

12   scheduled appearance?

13      A      Yes.

14      Q      And who did you make that

15   request to?

16      A      Victoria Dinielli.

17      Q      Did you make that request in

18   writing?

19      A      No.

20      Q      That was an oral request?

21      A      Yes.

22      Q      Did you have to fill out a leave

23   form?

24      A      No.

25      Q      Did you fill out a leave form?

Page 233

1                    E. Skates

2       A       No.

3       Q       And you made that request for

4   the start of your shift?

5       A       I made that request two days

6   before the 23rd.

7       Q       Again, that was an unauthorized

8   leave of absence, that you had no vacation

9   time at that point; right?

10      A       Exactly.

11      Q       Or no leave?

12      A       I had no paid time.

13      Q       Okay.  How about on September

14  27, 2013, were you absent on that day?

15      A       I don't remember.

16      Q       Do you recall whether or not you

17  were absent on October 10, 2013?

18      A       I don't remember.

19      Q       Do you recall whether you were

20  absent on October 17, 2013?

21      A       I don't remember.

22      Q       Do you remember whether you were

23  absent on October 22, 2013?

24      A       Yes.

25      Q       What were you absent for on that

Page 234

```
 1                    E. Skates
 2  day?
 3       A     I was in the emergency room with
 4  my hand.
 5       Q     How did you injure your hand?
 6       A     Cleaning the recreational center
 7  parking lot that's the size of two
 8  football fields.
 9       Q     Was it something specific that
10  you were picking up that injured your
11  hand?
12       A     Yes.
13       Q     What were you picking up that
14  caused the injury?
15       A     The remnants of the fire
16  department having their, whatever they are
17  called, the fire festival, the day before,
18  Sunday.
19       Q     But was it something specific
20  that you picked up?
21       A     There was bale of hay.  There
22  was chucks of wood.  There was beer
23  bottles, beer cans.
24       Q     Let me just stop you there
25  because what I'm referring to is one
```

1              E. Skates

2    specific thing.  For example, you break

3    your ankle because you step in a pothole.

4    It's the pothole that caused the broken

5    ankle.

6              I'm asking, is there one

7    specific thing that caused the injury to

8    the hand or was it just the continued use

9    during that day?

10       A      It was the continued use of it

11   during that day.

12       Q      Did you ever have a problem with

13   your hand prior to that?

14       A      No.

15       Q      What was the date that this

16   injury occurred?

17       A      I think it was the 22nd of

18   October, 2013.

19       Q      The same day that you went to

20   the hospital?

21       A      No, it was the 21st, then.

22       Q      After the injury occurred --

23              MS. PANICO:  Withdrawn.

24       Q      Did you actually feel any pain

25   on October 21, 2013?

Page 236

1                    E. Skates

2        A        When?

3        Q        While you were cleaning the

4    parking lot.

5        A        I felt a little stiffness and a

6    little pulling, but I just thought because

7    of what they gave me to pick the stuff up

8    with was very hard to use, so I just kept

9    on working.  I did not want any problems.

10   I did not want...

11       Q        My question, though, was whether

12   or not you were in any pain.  It was

13   really just tightening of the hand at that

14   point?

15       A        It was more of a tightening and

16   a pulling.

17       Q        Did you feel, at that point,

18   that you had injured it?

19       A        No, I didn't.

20       Q        Did you finish your shift that

21   day?

22       A        Yes, I did.

23       Q        And did you punch out?

24       A        Yes, I did.

25       Q        Did you see Miss Dinielli

Page 237

1              E. Skates

2    between the time that you began to feel

3    the tightening in your hand and the time

4    that you punched out?

5        A    She wasn't there that day.

6        Q    Did you file an incident report

7    on October 21, 2013?

8        A    No.

9        Q    When you left work that night or

10   that day, what did you do when you got

11   home?

12       A    I went to bed.

13       Q    What time was that?

14       A    7:00.

15       Q    What time does your shift end?

16       A    Five.  I think it was 5.

17       Q    Did you do anything between 5

18   p.m. and 7 p.m.?

19       A    No.

20       Q    What happened when you woke up

21   the next morning?

22       A    Well, it wasn't the next

23   morning.

24       Q    Okay.  What happened then after

25   you went to bed on October 21st?

Page 238

1              E. Skates

2      A      It was on October 22nd.

3      Q      You told me the injury happened

4  on October 21st; correct?

5      A      You asked me after I woke up.

6  When I woke up, it was October 22nd.

7      Q      Okay.

8      A      And I woke up at 4:00 in the

9  morning.

10     Q      Okay.  And what happened at that

11  point?

12     A      My daughter was having a sickle

13  cell crisis, so I took her to the

14  hospital.

15     Q      At 4 a.m.?

16     A      Yes.

17     Q      And then what?

18     A      As I was sitting there waiting

19  for her to be taken into the emergency

20  room, I went to pick something up, I don't

21  know what it was, and I saw my hand.  And

22  I couldn't close my hand and my hand had

23  swole (sic) up to here (indicating), that

24  they had to cut one bracelet off of my

25  arm, the rest of them they could get off,

Page 239

```
1              E. Skates
2    to attend it.
3              And at 6:00 I called in and told
4    them I was in the hospital.  I spoke with
5    John Henry.  He told me that I needed to
6    come to work and if I didn't come to work
7    right then and there, I was going to be
8    fired.
9              And I said as soon as I find out
10   what is wrong with my hand, I'll come in.
11      Q      What was it that you were
12   picking up when you noticed that your hand
13   was swollen?
14      A      My pocketbook.
15      Q      How heavy is your pocketbook?
16      A      It's not heavy (indicating).
17      Q      That was the pocketbook?
18      A      Uh-hum.
19      Q      Would you say it's around
20   5 pounds?
21      A      No.
22      Q      Less than that?
23      A      Nothing but paper in there.
24      Q      You indicated that you called
25   Mr. Henry at 6 a.m.; what phone did you
```

Page 240

1                    E. Skates

2    call from?

3        A     My cell, Verizon.

4        Q     The same cell that we discussed

5    earlier?

6        A     Yes.

7              MS. PANICO:  We call for

8         production of those cell phone records

9         as well as information related to

10        Miss Skates's telephone number.

11             MS. KAYANI:  We'll take that

12        under advisement.

13       Q     Did you have any sort of medical

14   condition that caused your hand to swell

15   up?

16       A     No.

17       Q     After you noticed that your hand

18   was swollen, you admitted yourself into

19   the hospital?

20       A     I admitted myself into the

21   emergency room.

22       Q     You were already at the

23   hospital?

24       A     I was already there, but not for

25   me.

Page 241

1           E. Skates

2      Q      So then you admitted yourself

3  into the hospital --

4      A      No, into the emergency room.

5      Q      Into the emergency room.

6             And what happened at that point?

7      A      They took x-rays and whatever

8  else they did.  And the doctor came back

9  and said, "You've got torn ligaments.

10  You're going to be out for work at least

11  three months.  There's a possibility of

12  surgery."

13             I said, "I need a doctor's

14  note."  I took the doctor's note.

15             THE WITNESS:  Oh, she didn't ask

16      me that.  Okay.

17      Q      What hospital were you at?

18      A      Winthrop.

19      Q      Did the doctor tell you that

20  your hand was broken or your wrist was

21  broken?

22      A      No.  He said I had torn

23  ligaments all in through here

24  (indicating).

25      Q      You stated that your doctor told

Page 242

1                E. Skates

2    you that you would need to be out of work

3    for three months; is that right?

4        A    He said at least three months.

5        Q    What doctor was that?

6        A    Whatever doctor was at Winthrop.

7        Q    Do you recall the name of the

8    doctor?

9        A    Nope.

10       Q    Did you obtain a medical note

11   from that doctor?

12       A    Yes.

13       Q    What did that medical note say?

14       A    That I would be out of work for

15   three months, at least three months, due

16   to the injury to my hand.

17       Q    Do you have a copy of that

18   medical note?

19       A    I don't have it now.

20       Q    Did you turn it over to your

21   attorney?

22       A    Yes.

23            MS. PANICO:   I'm going to call

24       for production of a copy of that

25       medical note.

Page 243

1              E. Skates

2              MS. KAYANI:  We'll take it under

3      advisement.

4      Q      Did you provide a copy of that

5  note to anybody at the rec center other --

6      A      Victoria Dinielli.

7      Q      When did you give her that?

8      A      On the 22nd.  And Matt was

9  there, too.

10      Q      You had indicated that the

11  doctor suggested that you may need

12  surgery; is that right?

13      A      Yes.

14      Q      Did you ever actually have

15  surgery on your hand?

16      A      Yes.

17      Q      When was that?

18      A      I think it was April 2015.

19      Q      So about two years later?

20      A      Excuse me?

21      Q      Two years later, approximately?

22      A      Yeah, something like that.

23      Q      The surgery that you had, was

24  that in connection with the injury that

25  happened on October 22, 2013 or October

Page 244

                    E. Skates
1
2  21, 2013?
3      A      Yes.
4      Q      Why did you wait so long to have
5  the surgery?
6      A      Because my hand specialist was
7  trying to not do the surgery and he was
8  giving me alternative treatment, but it
9  wasn't working.
10     Q      Who is your hand specialist?
11     A      Joshua Zuckerman.
12     Q      What were these alternative
13 treatment methods that you tried?
14     A      Cortisone shots.
15     Q      Anything else?
16     A      What do you mean?
17     Q      You said you tried other --
18     A      That was it.
19     Q      That was it.  Okay.
20            How many cortisone shots did you
21 have?
22     A      Whatever the limit was.  I don't
23 remember.  I don't know if it was two or
24 three.
25     Q      At any time was your diagnosis

Page 245

```
 1              E. Skates
 2   changed from torn ligaments to something
 3   else?
 4       A      I don't know.  I know I
 5   developed a trigger finger along with
 6   that.  So that wasn't changed, it was
 7   added to.
 8       Q      Okay.  At any point in time,
 9   aside from what you testified to already
10   at the hospital, did you have any other
11   MRIs or x-rays taken of your hand?
12       A      Yes, yes.
13       Q      When was that?
14       A      I don't know.
15       Q      Was it just once, more than
16   once?
17       A      I think it was just once.
18       Q      Do you know what the outcome of
19   that was?
20       A      No, I don't because
21   Dr. Zuckerman requested it.
22       Q      Did you ever ask him what the
23   outcome was?
24       A      No.
25       Q      Were you ever prescribed any
```

```
 1              E. Skates
 2   medication in connection with the hand
 3   injury?
 4        A     I think the emergency room gave
 5   me painkillers.  I'm not sure.
 6        Q     Anything other than that?
 7        A     No.  What do you mean?  What do
 8   you mean treatment?  What do you mean by
 9   treatment?
10        Q     Medication?
11        A     Just medication?
12        Q     Yes.
13        A     No.
14        Q     Any other form of treatment?
15        A     Yes.
16        Q     What?
17        A     Therapy.
18        Q     Physical therapy?
19        A     Yes.
20        Q     When did you attend that?
21        A     I don't know.  It was 213 (sic).
22        Q     2013 until when?
23        A     I don't know.  Sometime in 214
24   (sic).
25        Q     The beginning of 2014?
```

Page 247

```
 1              E. Skates
 2      A    I don't know.  I don't know.
 3  Sometime in 214 (sic).  I do not know.
 4      Q    Do you know how often you went
 5  to physical therapy?
 6      A    Three times a week.
 7      Q    Did you go to physical therapy
 8  for more than six months?
 9      A    Yes.
10      Q    Where did you go to physical
11  therapy?
12      A    Hand In Hand.
13      Q    Where is that?
14      A    Westbury.
15      Q    Did physical therapy help?
16      A    Not really.
17      Q    Why did you stop?
18      A    Because I couldn't afford it
19  anymore.
20      Q    How much did it cost?
21      A    I don't know how much it cost.
22  I know how much I had to pay.
23      Q    How much did you pay?
24      A    I had to pay $20 a day.
25      Q    $20 each time you went?
```

Page 248

```
 1                  E. Skates

 2      A       $20 a day.

 3      Q       Even if you weren't appearing

 4  that day?

 5      A       Every time I went, I paid $20,

 6  and I went three times a week.

 7      Q       So three times a week you paid

 8  $20?

 9      A       Three times a week.  I paid $60.

10      Q       Three times a week.  So each

11  time you went you paid $20 for a total of

12  $60 per week?

13      A       That's what I said, yes.

14      Q       Was that a co-pay?

15      A       That was the co-pay.

16              MS. PANICO:  I'm going to call

17      for a HIPAA authorization for the

18      physical therapist.

19              THE WITNESS:  I thought you had

20      one.

21              MS. PANICO:  I've been

22      requesting for a while, but it's never

23      been given to me.

24              THE WITNESS:  I signed it.

25              MS. KAYANI:  I'll take that
```

1          E. Skates

2     under advisement.

3     Q     Were you ever required to wear a

4  cast on your hand?

5     A     Yes.

6     Q     For how long?

7     A     Well, which time?

8     Q     I'm referring to the injury on

9  October 21, 2013.

10    A     Okay, but which time.  Cast

11  which time?

12    Q     I don't know what you mean by

13  "which time"?

14    A     Well, what do you mean by

15  "cast"?  What do you want -- what do you

16  want me to say?  Because I'm not supposed

17  to ask you any questions and I'm only

18  supposed to answer the questions.

19    Q     If you don't understand, I could

20  just rephrase it.

21    A     Okay.  Fine.

22    Q     After you injured your hand on

23  October 21, 2013, you went to the

24  hospital, did they put a cast on you then?

25    A     Yes.

Page 250

1              E. Skates

2      Q      How long did you wear that cast

3  for?

4      A      Until the hand specialist gave

5  me another cast -- I'm sorry, until Hand

6  In Hand took that off and made one to fit

7  my hand and my wrist.

8      Q      I just want to clarify.  I might

9  be saying it wrong.  Was it a cast that

10  the hospital put on you or was it a brace?

11      A      It was a cast.

12      Q      And you wore that --

13      A      A soft cast.

14      Q      A soft cast.

15              And you wore that until Hand In

16  Hand, the physical therapist, developed

17  one specifically for you?

18      A      Yes.

19      Q      Do you know how long it took

20  Hand In Hand to do that?

21      A      No.

22      Q      Did you wear the cast that was

23  given to you by the hospital for more than

24  six months?

25      A      No.

Page 251

```
 1                E. Skates
 2      Q     Did you wear it for more than
 3  one month?
 4      A     No.
 5      Q     So within one month of being
 6  released from the hospital you did obtain
 7  a new cast, we'll call it that, from Hand
 8  In Hand; right?
 9      A     Yes.
10      Q     And that was specifically for
11  you?
12      A     Yes.
13      Q     How long did you wear that one
14  for?
15      A     I don't know.
16      Q     For more than three months?
17      A     I wore it, I think, until I had
18  the surgery.
19      Q     In 2015?
20      A     Yes.
21      Q     So you wore it for two years?
22      A     Yes.
23      Q     Every day?
24      A     Every day.
25      Q     Did you take it off for any
```

Page 252

1              E.  Skates

2    purpose?

3         A       When I went to sleep.

4         Q       Did your doctor tell you that

5    you were required to wear this cast at all

6    times?

7         A       The doctor didn't make the cast

8    for me.

9         Q       Did your physical therapist tell

10   you that you were required to wear a brace

11   at all times?

12        A       Yes.

13        Q       Did your physical therapist tell

14   you that it was okay to take the cast off

15   at night?

16        A       Yes.

17        Q       Did your physical therapist

18   advise you that there were any other

19   times, other than sleeping, when it was

20   okay to take the cast off?

21        A       No.

22        Q       Dr. Zuckerman, you identified

23   him as your hand specialist; correct?

24        A       Yes.

25        Q       Any other doctors that you saw

                        E. Skates

1
2    relating to your hand other than the
3    hospital?
4         A     No.
5         Q     How often did you see
6    Dr. Zuckerman?
7         A     I don't know.  I don't remember.
8         Q     Did you see him more than once a
9    year?
10        A     Yes.
11        Q     Did you see him more than once a
12   month?
13        A     I don't remember.
14        Q     Do you know whether or not you
15   saw him more than 10 times in a year?
16        A     It's a possibility.  I don't
17   remember.
18        Q     Immediately following your hand
19   injury, were there any activities that you
20   were unable to perform?
21        A     Yes.
22        Q     Can you list them for me?
23        A     My gardening, my crocheting,
24   opening jars, lifting objects.  When I
25   house clean, my hand would swell up and

Page 254

1            E. Skates

2   then I can't do anything for two or three

3   days until the swelling went down.  I have

4   no grip.

5        Q       In regards to your ability to

6   lift objects, were you able to lift more

7   than one pound?

8        A       Not really.

9        Q       Did that change at any point?

10       A       Not really.

11       Q       To date, you can't lift more

12  than one pound?

13       A       No.  But my finger doesn't

14  trigger anymore.

15       Q       To date, you still can't do any

16  gardening?

17       A       Nope.

18       Q       You still can't do any

19  crocheting?

20       A       No.

21       Q       Do you believe that the injury

22  to your hand is a disability?

23       A       Yes.

24       Q       You believe you're disabled?

25       A       Yes.

Page 255

E. Skates

1

2     Q     When did your hand injury heal?

3     A     What do you mean "heal"?

4     Q     Feel better.

5     A     It doesn't.

6     Q     It's still in pain today?

7     A     Yes.

8     Q     I just want to back up a bit.

9  I believe you told me that you provided

10  a doctor's note to Miss Dinielli on

11  October 22; is that right?

12     A     For which hospital?

13     Q     In connection with your hand

14  injury, October 22nd.

15     A     Yes, yes.

16     Q     Did you show up to work that

17  day?

18     A     Yes, because that's the day they

19  fired me.

20     Q     So you were at the hospital, you

21  left the hospital and went directly to

22  work?

23     A     Yes.

24     Q     And what happened at that point?

25     A     I went to H.R. to file a

Page 256

1              E. Skates

2    Workers' Comp.  They told me I had to fill

3    out an incident report first, I did that.

4    Then I got the Workers' Compensation form,

5    I filled it out.  I was told that I had to

6    take it to Victoria Dinielli to have her

7    sign it.  I took it to her to have her

8    sign it.  I had Matt witness it.

9              Victoria Dinielli says to me,

10   "Wait a minute.  Okay, I'll sign it."  She

11   signed the form.  She said, "Wait a

12   minute, Conor wants to speak to you."

13             I said, "I'm in so much pain,

14   Vicky, and I haven't taken my medication

15   for the pain.  I want to go home and lay

16   down."

17             "Oh, it's only going to be a few

18   minutes.  Just wait."

19             The next thing I know, here

20   comes the union, here comes Conor, here

21   comes Howard Colton and his associates and

22   they fired me on the spot.

23        Q    Okay.

24        A    She lied and said that she

25   didn't even sign the Workers' Compensation

Page 257

```
 1                E. Skates
 2    form and she did.  She lied.  They all
 3    lie.
 4              I got to go.  I have to go.  I
 5    have to go.  I have to go.  I have to go.
 6              MS. KAYANI:  Can we go off the
 7         record?
 8              MS. PANICO:  We can take a
 9         minute?
10              THE WITNESS:  No, I have to go.
11              (A break was taken from 4:51
12         p.m. until 5:17 p.m.)
13              MS. PANICO:  In light of the
14         fact that Miss Skates has medical
15         issues which are inhibiting her
16         ability to stay for the remainder of
17         today's deposition, we will be
18         adjourning today's deposition and
19         resuming it on January 30, 2017 in
20         order to enable the defendant to
21         complete the full seven hours that
22         defendants are entitled to under the
23         federal rules.  There's approximately
24         1 hour and 41 minutes left that
25         defendants are still entitled to
```

Page 258

1               E. Skates

2     depose Miss Skates.

3           In addition, although it's

4     already on the record in regards

5     to Miss Dinielli's deposition,

6     the plaintiff will continue

7     Miss Dinielli's deposition on

8     January 30th as well, subject to

9     Miss Dinielli's availability which

10    will be confirmed by next Monday,

11    January 9th.  By that date, January

12    9th, we will confirm whether or not

13    Miss Dinielli is available to attend

14    her deposition on January 30th and we

15    will attempt to get both depositions

16    completed on that date.

17          [Continued on the next page to

18    allow for signature line and jurat.]

19

20

21

22

23

24

25

Page 259

1                 E. Skates
2         MS. KAYANI:  Nothing further.
3     Just that Miss Dinielli would go first
4     and then Miss Skates's deposition
5     would go after.
6         MS. PANICO:  That's correct.
7         (Time noted:  5:20 p.m.)
8
9
10
11     _____
             Earline Skates
12
13  _____
    Subscribed and sworn to
14  before me this _____
    day of _____,
15  2017.
16  _____
         Notary Public
17
18
19
20
21
22
23
24
25

Page 260

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---------|----------------|------|
| E. Skates | Ms. Panico | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|-------------|-------------|------|
| Exhibit A | Resumé | 27 |
| Exhibit B | Application for employment | 34 |
| Exhibit C | Appointing Authority Application Information | 38 |
| Exhibit D | Report of Personnel Action | 41 |
| Exhibit E | Request for Classification of Position | 44 |
| Exhibit F | Code of Ethics | 47 |
| Exhibit G | Application for Employment | 52 |
| Exhibit H | Employee Application | 60 |
| Exhibit I | Report of Personnel Action | 63 |
| Exhibit J | Confidential Supplement to Employment Application | 64 |
| Exhibit K | Noncompetitive or Labor Class Application | 68 |
| Exhibit L | Report of Employment | 68 |
| Exhibit M | Probation Report | 68 |
| Exhibit N | Class specification for recreation attendant | 75 |
| Exhibit O | Memo 5/15/13 | 114 |
| Exhibit P | Memo of rebuttal | 145 |
| Exhibit Q | Memo 4/16/13 | 153 |
| Exhibit R | Memo 4/17/13 | 154 |

Page 261

1
2                    E X H I B I T S
                      (Continued)
3    DEFENDANT'S     DESCRIPTION                PAGE
4    Exhibit S    Document from Human
              Resources                         158
5    Exhibit T    Corrective Action Plan        159
6    Exhibit U    Fax, 6/19/13                  178
7    Exhibit V    Copies of doctor's notes      178
8    Exhibit W    June & July calendars         202
9    Exhibit X    Discharge Notice              209
10   Exhibit Y    Letter, 7/3/13                213
11   Exhibit Z    Notice of Disciplinary
              Charges                           225
12   Exhibit AA   Meom, 7/16/13                 228
13
     *** Exhibits were retained by Counsel. ***
14
                       INSERTIONS
15
                    Page      Line
16
                     86        7
17                  104       17
                    110       14
18
19
                       REQUESTS
20
                    Page      Line
21
                     12       21
22                   13       21
                    240        7
23                  242       23
                    248       16
24
25

Page 262

1

2                        CERTIFICATION

3

4       I, Genevieve Guilfoyle, a Notary

5   Public for and within the State of New

6   York, do hereby certify:

7       That the witness whose testimony as

8   herein set forth, was duly sworn by me;

9   and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12       I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17       IN WITNESS WHEREOF, I have hereunto

18   set my hand this 23rd day of January, 2017.

19

20

21

22       *Genevieve Guilfoyle*

23   _____

24       Genevieve Guilfoyle

25           *       *       *

Page 263

1
2               ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
3
  CASE NAME:  Skates v. Village of Freeport
4  DATE OF DEPOSITION:  January 6, 2017
  WITNESS' NAME:  Earline Skates
5
  PAGE/LINE(S)/      CHANGE           REASON
6  _____/_____/_____/_____
   _____/_____/_____/_____
7  _____/_____/_____/_____
   _____/_____/_____/_____
8  _____/_____/_____/_____
   _____/_____/_____/_____
9  _____/_____/_____/_____
   _____/_____/_____/_____
10 _____/_____/_____/_____
   _____/_____/_____/_____
11 _____/_____/_____/_____
   _____/_____/_____/_____
12 _____/_____/_____/_____
   _____/_____/_____/_____
13 _____/_____/_____/_____
   _____/_____/_____/_____
14 _____/_____/_____/_____
   _____/_____/_____/_____
15 _____/_____/_____/_____
   _____/_____/_____/_____
16 _____/_____/_____/_____
   _____/_____/_____/_____
17 _____/_____/_____/_____
   _____/_____/_____/_____
18 _____/_____/_____/_____
   _____/_____/_____/_____
19 _____/_____/_____/_____
   _____/_____/_____/_____
20        _____
                Earline Skates
21
  SUBSCRIBED AND SWORN TO
22 BEFORE ME THIS_____DAY
  OF_____, 2017.
23
   _____
24      NOTARY PUBLIC
25 MY COMMISSION EXPIRES:_____

[& - 22nd]

| & | | |
|---|---|---|
| **&** 2:7 28:8 261:8 | | |

| **0** | | |
|---|---|---|
| **09** 50:12 | | |

**1**

**1** 54:2 184:17 216:17 257:24
**1,000** 73:12
**10** 16:25 17:7 50:13 78:14 105:7 137:5,7 190:18 192:8 195:7,11 196:5,6 233:17 253:15
**104** 261:17
**106** 2:4
**10:07** 1:13
**10:59** 42:6
**11** 78:14
**110** 261:17
**114** 260:22
**11501** 2:9
**11520** 4:13
**11530** 2:5
**11:25** 60:13
**11:56** 75:19
**12** 39:16,20 40:5 44:5,12 52:7 61:12 78:14,15 156:18 157:11 261:21
**12:07** 84:21
**12:58** 84:21
**13** 39:9 261:22
**14** 261:17
**145** 260:23
**15** 44:11 52:8 61:14 63:13 80:22 81:9 85:6 105:11 114:24,25 115:15

138:18 230:3
**150** 108:11
**153** 260:24
**154** 260:25
**158** 261:4
**159** 261:5
**15th** 229:7,16,22 229:23
**16** 153:16,17 228:16,19 229:12 261:23
**16th** 229:8
**17** 154:12,13 155:6 157:24 158:16 159:2,24 200:5,7 200:14,18,25 202:4 233:20 261:17
**170** 1:11 2:9
**178** 261:6,7
**17th** 155:12
**18** 67:4 79:17 81:5
**18/44** 79:20,23 85:4 87:18,23 88:6 91:22
**182** 4:12
**19** 191:19 199:14
**1964** 26:17
**1975** 19:21 92:24 92:25
**1996** 19:10
**19th** 182:21,25 183:5 200:6,16,20 201:2 224:9
**1st** 211:13 212:3 212:10 214:17 215:4 216:7 218:14,16 221:18

**2**

**2** 34:20 53:14,15 53:16
**20** 35:19 43:13 105:9 224:7,13 247:24,25 248:2,5 248:8,11
**2000s** 96:4,15
**2002** 96:25
**2003** 24:12 25:6 96:25
**2005** 22:23
**2007** 29:11
**2008** 29:11 33:14 33:23 36:7
**2009** 33:15,23 36:7
**2010** 39:10,16 43:13 47:24 63:13
**2012** 67:5 69:12 72:15 76:13 99:4 99:20 115:22
**2013** 15:8,9,13 16:14 32:8,11,13 112:20,21,25 114:24,25 115:15 116:18 126:9 141:8 145:15,17 153:16,17 154:12 154:13 155:6 157:24 158:16 159:2,24 172:12 172:14 179:5,24 190:18 191:20 192:8,23 193:4,6 197:15 198:6 199:14 200:5,7,14 200:18,25 201:15 201:16 202:4,8,22 211:14 212:14 213:17,19 216:17 217:17,24 218:7

222:11 223:25 224:7,13 227:24 228:7,17,19 229:12 230:5,7,11 231:20 232:3,5 233:14,17,20,23 235:18,25 237:7 243:25 244:2 246:22 249:9,23
**2014** 246:25
**2015** 21:8,9 243:18 251:19
**2016** 230:3
**2017** 1:12 257:19 259:15 262:18 263:4,22
**202** 261:8
**209** 23:4 261:9
**20th** 223:13
**21** 32:8 230:10 231:20 232:3 235:25 237:7 244:2 249:9,23 261:21,22
**210** 23:4
**211** 78:9
**212** 78:9 96:16,16
**213** 246:21 261:10
**214** 246:23 247:3
**21st** 32:9 205:24 223:16 235:21 237:25 238:4
**22** 145:15,17 233:23 243:25 255:11
**225** 261:11
**228** 261:12
**22nd** 205:25 223:19 235:17 238:2,6 243:8 255:14

[23 - acknowledgment]

**23** 232:5 261:23
**23rd** 205:25,25
  215:12 233:6
  262:18
**24** 57:13
**240** 261:22
**242** 261:23
**248** 261:23
**24th** 201:15
  218:10
**26** 70:14,16
**26th** 201:15,17
  202:10,11 203:7
  204:15,22 205:2
  210:17 218:10
  223:7
**27** 202:8 233:14
  260:8
**27th** 201:22,25
  203:4 205:5,7
  209:6
**29** 197:15 198:6
**29th** 205:15,18
**2:00** 184:18
**2:55** 178:19
**2nd** 206:25 214:19
  218:22,23 221:9
  222:5

**3**

**3** 53:18 112:20
  126:9 213:17,19
  217:17,23 218:7
  222:11 226:14
**30** 20:8,24 257:19
**300** 86:18
**30th** 205:15,19
  258:8,14
**31st** 16:2 198:16
**32** 196:13
**34** 260:9

**34,582** 72:11 73:11
**35,000** 59:17 72:19
  73:5,17
**36** 196:12,13
**38** 260:10
**3:25** 202:17
**3:30** 202:17
**3:53** 215:19
**3rd** 173:5,13 207:3
  214:20,20 218:3
  221:14 222:13,20
  223:21,21

**4**

**4** 43:20 238:15
  260:4
**4/16/13** 260:24
**4/17/13** 260:25
**41** 257:24 260:11
**44** 79:17,20 81:5
  260:12
**47** 260:13
**4:00** 238:8
**4:05** 226:6
**4:12** 226:7
**4:17** 227:22
**4th** 207:6,7 211:23

**5**

**5** 196:6 237:16,17
  239:20
**5,000** 11:23
**5/15/13** 260:22
**5/31/13** 197:19
**50** 5:7 8:13 186:3
**52** 260:14
**5:00** 171:25 172:3
**5:17** 257:12
**5:20** 259:7
**5th** 203:20

**6**

**6** 1:12 188:16,18
  239:25 263:4
**6/19/13** 178:22
  261:6
**6/20** 222:23
**60** 248:9,12 260:15
**63** 260:16
**64** 260:17
**68** 260:18,19,20
**6:00** 239:3

**7**

**7** 32:2 47:23
  188:23 237:18
  261:16,22
**7/16/13** 261:12
**7/3** 222:13
**7/3/13** 261:10
**75** 23:18 260:21
**7:00** 237:14
**7th** 203:21 207:9
  209:7 210:19
  217:10,11

**8**

**8** 69:12 188:22,23
  217:14 223:25
**825** 2:4
**86** 261:16
**89** 24:12
**8:30** 126:16 171:2
  171:9 172:7 173:7
  177:3,4
**8th** 221:16,20
  222:5

**9**

**90s** 9:11 95:21
  96:3,8,23
**92** 21:7
**97** 9:10

**99** 9:10
**9:00** 171:25 172:3
**9th** 258:11,12

**a**

**a.m.** 1:13 42:6,6
  60:13,13 65:10,10
  75:19,19 171:9
  238:15 239:25
**aa** 228:15,20
  261:12
**aberdeen** 123:12
**ability** 7:21 8:6,10
  17:24 179:22
  254:5 257:16
**able** 32:5 141:4
  254:6
**absence** 192:11,17
  233:8
**absences** 192:10
  192:14 193:11,13
  193:15,22 230:6
**absent** 179:6
  209:5 218:2
  230:10,13 232:6,8
  233:14,17,20,23
  233:25
**absolutely** 75:17
**access** 146:19
  147:10
**accrued** 224:5,12
**accumulates**
  194:15
**accurate** 29:11,14
  67:19,20 115:17
  224:8,14
**accurately** 41:10
**acknowledged**
  191:7
**acknowledgment**
  188:3

| | | | |
|---|---|---|---|
| act 164:5 | admit 209:15 | ahead 19:4 40:3 | 120:3 121:4 128:7 |
| action 1:16 14:24 | admitted 182:3 | 142:18 210:5 | 128:10,25 135:21 |
| 15:11,17 16:13,16 | 184:16,17 202:2 | air 79:18 150:5 | 140:2 141:12 |
| 16:19 17:24 18:6 | 206:16,18 212:10 | 169:14,17,22 | 157:18 170:19 |
| 18:11,13,16,21,24 | 240:18,20 241:2 | aliza 2:5 | 179:14,21 180:21 |
| 41:2,3 42:21,22 | adopt 20:16 | allow 7:2,6 14:8 | 185:11 198:17 |
| 43:8 63:12,14 | adopted 19:24 | 169:16 258:18 | 225:9,17 226:21 |
| 68:15 158:25 | 20:4,6 26:5 | alongside 167:19 | 231:16 249:18 |
| 159:3 260:11,16 | adoption 20:19,22 | alston 124:21 | answering 82:9 |
| 261:5 262:14 | adult 20:20 | altercation 161:3 | 157:14 |
| actions 18:9 | advance 228:3 | 168:21,23 169:2 | anticipate 6:17 |
| activation 147:4 | 229:10,21,22 | alternative 244:8 | anxiety 18:19,24 |
| actively 92:14,15 | 230:16 | 244:12 | 207:16,21,21 |
| 93:3 | advanced 102:11 | ambulance 204:7 | 208:7 |
| activities 253:19 | advise 252:18 | 204:9 | anybody 11:5 |
| adam 93:17 | advisement 13:5 | amendment 83:7 | 14:20 19:12 33:17 |
| adams 142:20 | 85:22 186:8,16 | american 57:23 | 61:19 86:12 |
| 143:25 | 220:25 240:12 | andrew 40:19,20 | 102:18 107:6 |
| add 221:3 | 243:3 249:2 | 58:10 69:19 70:11 | 108:25 110:11 |
| added 245:7 | affect 7:21 8:5,9 | 93:5 95:12 99:19 | 118:18 121:9 |
| addition 6:16 | 17:23 | 124:16 126:5 | 123:8 126:18 |
| 258:3 | affiliation 94:3,5 | aneek 142:20 | 130:3,6 153:10 |
| additional 183:3 | 94:10,12,15,17,19 | 143:13 | 162:11 198:8 |
| 201:12 | 94:21,23 95:2,6 | anger 160:9,15,19 | 243:5 |
| additionally | affiliations 95:4 | angry 149:7,9 | anybody's 83:3 |
| 222:21 | 95:10 | 204:4 | 84:13 177:18 |
| address 4:11 19:6 | afford 185:4 | ankle 235:3,5 | anymore 165:22 |
| 54:5,12 61:4 | 247:18 | annexed 196:21 | 247:19 254:14 |
| 101:12,16,17 | afternoon 166:15 | anniversary | anyway 148:20 |
| 102:5 | 168:9,11,14 170:3 | 195:10 | 155:12 191:17 |
| adjourning 257:18 | ago 5:11 25:13 | annual 72:12,14 | appear 35:11 |
| administer 199:3 | 105:7,9,11 210:14 | 72:19 73:6,8 | 120:19 212:22 |
| administration | agree 35:15 | anonymously | 229:23 |
| 40:21 | 117:22 175:18,22 | 108:10 | appearance 229:6 |
| administrative | 175:25 176:2,3,5 | answer 6:21,22 | 229:15,17 230:2 |
| 40:13 48:22 | 207:17 | 7:4,16,22 8:10 | 232:12 |
| administratively | agreed 3:5,11,15 | 21:17,21,25 31:10 | appearances 2:2 |
| 159:14 | 85:11 | 40:2 41:12 56:16 | appeared 14:14 |
| administrator | agreement 78:21 | 68:3 69:15,15 | appearing 10:16 |
| 34:3 | 174:3,9 187:20 | 81:22 82:6 83:24 | 80:16 204:24 |
| | 195:5 | 88:2 94:8 99:23 | 248:3 |

appears 27:9
34:13 47:21 52:15
197:15 198:21
applicant 39:7
43:4 64:6 71:16
application 33:20
34:14,15 37:25
38:10,12 49:23
52:15,17 56:5,12
57:5 60:8,9 64:23
64:25 67:24 260:9
260:10,14,15,17
260:18
applied 33:17 36:6
77:13
apply 33:10,22
38:4 48:16 49:2,5
49:10,14,17 54:23
58:3,5 60:3
applying 62:11
66:24
appointed 69:7,11
70:3,10 72:4
appointing 38:9
38:11 260:10
appointment 43:9
68:10,12 69:6,18
197:20,22 203:8
appreciate 108:16
approach 90:3,4
approached 90:5
appropriate 78:2
approval 88:23
approximate
50:11 67:5
approximately
86:15 209:7
243:21 257:23
april 112:20 126:9
141:8 145:15,17
153:16,17 154:12

154:13 155:6
157:24 158:16
159:2,24 172:12
173:5,13 243:18
area 25:2 31:20
130:14 131:18
132:17 133:18
134:2
areas 130:24
131:12,18,21
132:4,12 134:5
arguing 132:8
argument 161:7
161:11 169:3,4
argumentative
152:11
arises 42:4
arm 238:25
arrested 33:6,8
arrival 116:18
art 133:19
arts 30:8,11
aside 8:13 10:20
18:8 23:6 29:21
91:21 121:9 161:4
168:3 245:9
asked 8:7 13:12,12
46:22 48:19,20,21
49:13,16,19 58:5,8
76:5 84:25 85:8
94:24 98:8,16
105:14,19 116:7
128:8,16 133:24
163:7 169:10,13
170:22 171:3
199:8 205:7,15,19
205:20 206:3,4
210:14 229:16
231:10,10 238:5
asking 6:19 7:17
14:5 27:5 35:20

62:24 69:25 92:4
119:10 131:20
132:10 141:10
146:8 201:7
211:25 224:13
230:18 231:17
235:6
asks 35:23 57:14
assessment 112:15
assessor 59:5
assessor's 48:24
50:6 58:6,19
59:22 61:16,17
67:3 70:17 76:17
77:22 101:7
110:21,24 111:22
111:25 112:23
113:4,23 114:8
117:2,6,24 121:10
195:22 196:3
assigned 112:14
127:24 166:5,12
167:24 170:9
assist 59:5
assistance 157:6
159:16
assistant 23:16
24:14 34:3 40:13
48:23 56:22 62:18
112:5
assisted 97:18
99:19,25
assisting 97:23
associate's 22:14
22:17
associates 256:21
associations 29:23
assume 163:14,15
assumed 95:5
assuming 187:18
191:12

attached 192:10
attempt 41:20
160:2 258:15
attempting 86:11
attempts 41:22
attend 158:13
230:3 239:2
246:20 258:13
attendant 60:4
61:11 69:8,12,18
70:4,11 71:21
72:4 75:5,7,13
112:11 260:21
attendants 128:3,6
128:22 129:3,9
130:4
attended 14:13
157:20
attention 217:3
attest 116:15
attorney 2:4 6:18
6:20 14:7 16:4
42:3 45:22 47:13
98:12 139:24
242:21
attorneys 2:8
25:18
auditor 59:6
authority 38:10,11
260:10
authorization
218:8 248:17
authorized 40:20
69:19 183:6
automatically
49:25
availability 258:9
available 193:23
195:16 258:13
avenue 4:12 19:7

[aware - call]

**aware** 103:4,7
135:7 161:18,21
161:23,25 162:2

**b**

**b** 34:13,16 35:3
37:6,22 55:7
260:6,9 261:2
**bachelor's** 22:15
22:24
**back** 10:8 19:3
31:13 76:13 85:25
105:18 132:7
136:10 141:7
148:15,20 149:25
150:7,8 156:6,10
165:3 177:4
180:16 181:15,17
181:22 182:2
183:11 202:19
214:2,9 217:4
221:12,22,24
222:2 241:8 255:8
**background** 22:9
**bad** 104:12 110:3
**bale** 234:21
**ballot** 104:7
**bank** 15:15
**banking** 142:9,12
**bargaining** 187:20
195:4
**based** 70:2 163:15
163:16
**basically** 206:16
**basis** 9:6
**basketball** 132:16
132:20
**batches** 107:12
**beaufort** 134:21
141:16,20 142:5
162:13 177:16

**bed** 237:12,25
**bee** 2:7
**beer** 234:22,23
**began** 135:13
172:14 237:2
**beginning** 246:25
**behalf** 80:17
111:14 122:4
123:5 124:16
126:4 174:16
**behavior** 156:17
**beings** 19:14
**belief** 118:21,23
**believe** 32:8,9
34:21 37:11 67:8
73:3 76:3 89:19
97:15 105:19,25
106:2 116:21
117:18,23 118:7
140:14 144:12
162:4 163:17
168:20 181:22
185:15 193:17,25
194:5,21 197:13
206:13 209:7
210:19 212:6
213:3,7,11,14
254:21,24 255:9
**believed** 140:9
**belong** 29:22 30:3
30:13
**beneath** 29:4
**benefit** 130:23
**best** 7:11 41:11
95:9 141:5 179:21
**better** 150:4
179:20 182:17
255:4
**beyond** 23:8
**bit** 19:4 183:12
255:8

**bitch** 161:16,20
163:9
**bitches** 161:16
162:13,14,16
**biweekly** 34:11
**black** 57:17,19,23
57:25
**blank** 65:25 66:3
66:13 85:12,24
86:4 104:14
110:10 137:9
140:23 220:24
**block** 65:6
**blocked** 65:5
180:13
**blood** 262:14
**board** 24:18 78:10
80:13 81:13 87:24
107:7
**bobby** 98:22,23,24
100:15 111:5
114:3 117:10
163:4
**book** 45:5 106:13
**bottles** 234:23
**bottom** 37:6 44:3
44:4 53:16 62:13
67:10 115:20
199:20 226:13
**boulevard** 2:4
**bowels** 180:14,19
**box** 57:20
**brace** 250:10
252:10
**bracelet** 238:24
**break** 6:25 7:5,6
14:7 41:19 84:25
85:10 140:3
178:17,18 202:16
215:15,18 226:6
227:21 235:2

257:11
**bring** 8:25 9:4
96:24 147:20
163:24 187:22
**broken** 9:7,16
235:4 241:20,21
**brought** 12:17,25
15:14 18:13 78:22
207:11 216:23
**bubble** 132:14,18
134:3,7,8
**building** 136:12
136:20 143:17,23
144:2,6,11,20,24
145:9
**bunch** 107:19
**bundle** 107:13
**business** 29:19

**c**

**c** 38:8,13 56:18
260:10
**calendar** 202:11
202:21
**calendars** 261:8
**call** 12:21 13:21
50:23 84:8,11
90:24 161:15,19
162:19,20 164:11
183:14 184:11,23
184:24 188:13,15
188:16,18 189:9
190:22,25 191:12
191:14,15 192:19
198:7,18 199:2
204:23 205:5,6,17
205:20,21,23
206:4,9 216:15
218:11,17,17,25
220:8 222:22,24
223:6,11 224:22
224:25 225:4,8,11

| | | | |
|---|---|---|---|
| 225:12,16 240:2,7 | card 113:5,9 114:7 | caused 234:14 | chairman 104:9 |
| 242:23 248:16 | 114:11,15 115:23 | 235:4,7 240:14 | chairs 165:2 |
| 251:7 | 116:7 135:24 | cc 115:13 | 166:22 |
| called 5:7 10:17 | 136:4,5 137:12,14 | cc'd 229:4 | chance 27:17 |
| 20:10 66:15 150:7 | 139:5,16,22 | cell 26:7 185:3,7,9 | 45:16 47:9 52:23 |
| 162:12,14,15 | 140:11,14,15 | 185:13,17 186:2 | 60:17 64:2 65:14 |
| 163:9 174:14 | 141:7 142:16 | 186:12 191:2 | 68:24 71:7 74:10 |
| 184:5,19,21,21,22 | 145:21 146:8,10 | 205:13 224:19,25 | 75:21 77:12 115:6 |
| 185:2,3 186:24,25 | 146:11,15,16,24 | 238:13 240:3,4,8 | 154:19 159:9 |
| 187:7,16 190:5,8,9 | 147:11,13,19 | center 70:8 76:5 | 197:6 210:7 226:9 |
| 191:6,9 204:13 | 148:18,22 151:16 | 76:10 112:19 | chandra 181:12 |
| 205:16,22 206:2,7 | 152:24 154:6 | 113:22 114:8,14 | change 50:20 |
| 206:16 218:23 | 156:8 167:5 | 115:13 116:19 | 51:19,21,23,24 |
| 219:4 221:9,10 | cardio 132:17 | 117:3,7,12,25 | 52:5 59:14,17 |
| 222:25 223:13,15 | 133:5 | 121:11,22 122:9 | 73:5,17 165:9,19 |
| 223:19 224:17 | cardiologist 198:2 | 122:13 126:8,11 | 165:23 170:15,20 |
| 234:17 239:3,24 | cards 138:23 | 126:15,25 127:6 | 171:4,11,13 |
| calling 152:3 | 139:13,14 166:2 | 127:25 130:17,25 | 173:16 254:9 |
| 155:23 156:3 | care 31:7,16 56:2 | 131:3,13,22 | 263:5 |
| 188:19,24 | 67:22 130:5,10,19 | 132:12 134:19 | changed 51:25 |
| calls 100:11 220:5 | 165:3 230:21 | 135:3,9,12,17 | 59:16 165:15,17 |
| calm 164:7 | careful 164:5 | 136:10,18 143:17 | 171:15,18,23,24 |
| campaign 93:6,7 | carman 90:6 | 145:22 146:21 | 172:16,18 175:23 |
| 93:12,17,18,19 | carolyn 73:22 | 151:13 163:2 | 176:15 177:6 |
| 95:12,13,16 97:9 | cars 143:15 144:4 | 170:16 172:11 | 245:2,6 |
| 97:18 99:19 | carsick 45:5 | 178:14 188:13,17 | changing 82:15 |
| 100:10 104:9 | case 8:19,23 10:10 | 189:8 194:19 | 173:8,9 |
| 107:25 111:14 | 10:14 11:19,21 | 195:2,20,24 | channel 79:17 |
| 126:4 | 21:20 185:16,16 | 198:11 203:19 | channels 80:4 |
| campaigned 97:8 | 221:4 263:3 | 204:12,23 208:14 | charge 98:13 |
| 109:22,25 110:5 | cases 25:18 | 209:5 210:13 | charges 225:21 |
| 122:4 123:5 | cast 249:4,10,15 | 211:3 219:2,4 | 261:11 |
| 124:16 | 249:24 250:2,5,9 | 223:9 234:6 243:5 | charities 203:8,23 |
| campaigning | 250:11,13,14,22 | centered 221:23 | 203:24 206:15 |
| 91:23 | 251:7 252:5,7,14 | certificate 23:15 | 208:2,22 |
| candidate 106:16 | 252:20 | certification 3:7 | check 57:17 |
| cans 234:23 | catholic 203:8,23 | 262:2 | 106:11,12 212:5 |
| capacity 103:19 | 203:24 206:15 | certify 262:6,12 | checked 57:20 |
| car 45:4 137:15 | 207:25 208:22 | cetera 6:5 116:17 | checking 77:7 |
| 138:4 144:7 | cause 18:18,24 | 166:18,22 | cherline 123:12,18 |
| 148:22 | | | 123:21,25 124:4,8 |

[cherline - confirm]                                                    Page 7

124:13,16
cheryl  98:15
102:19
chest  197:25
198:11
child  20:4,7,18,21
26:5
children  19:22,25
choice  186:5
chucks  234:22
circulated  87:2
circulating  86:13
city  2:5 9:3,5
10:12,21 11:2
civil  1:20 24:23
36:2,5,8 38:4
54:22,24 59:7
62:23 63:7 76:21
76:25 125:15,18
125:20
claim  5:8 12:9
76:19 111:19
117:3,4,5
claiming  76:16
83:7,10,22 161:19
claims  11:17
clarify  78:25
127:19 128:15
140:5,6 152:7
186:18 250:8
clark  98:15 100:23
class  43:19 64:14
68:10,11 69:5
71:19 75:3,6,12
76:11 105:3,5,13
105:15,22,23,24
106:3,7 260:18,21
classes  104:23,24
158:14
classification
44:17,19 45:24,25

46:5 260:12
clean  104:23 106:8
107:19 164:25
165:6,25 166:14
168:12,13 253:25
cleaned  129:13,18
130:5,15,16
165:20
cleaning  133:20
134:18,22 135:2,8
164:17,20 234:6
236:3
cleanup  166:16,20
clear  7:18 13:23
132:9 139:19
151:11 193:2
clerk  58:18 59:5
76:17 77:3,17,21
112:2,8 125:21
clerk's  28:13
101:9
clerks  76:25
client  34:19 37:14
41:7 85:22
close  136:16
143:17,22 144:2,5
144:11,19,24
169:10,18 178:13
206:21 238:22
closed  169:21
closer  136:12,15
137:12
clubs  29:23
code  43:8,20 47:4
47:5 64:14 71:19
146:12 147:3,22
260:13
coffee  166:4,13,14
coincide  37:13
44:13

cold  32:3
collect  78:3 86:11
collected  81:19
82:21 85:2,7
86:19,24 117:25
collecting  79:12
79:15,25 80:15,20
80:22 83:9 87:12
89:22 91:7,13,16
91:17 117:19
collective  187:20
195:4
college  22:20
23:10
colton  256:21
combined  107:17
come  13:10 70:9
81:12 85:25
120:11 150:7
156:6,10 179:4
196:19 206:23
231:10 239:6,6,10
comes  256:20,20
256:21
coming  198:9
commenced  4:20
10:23 15:12 16:14
43:16
comment  203:14
commission  36:3,5
38:4 263:25
committee  97:25
98:3 99:2,7,14
100:2 107:15
108:24
communities
180:25 198:25
community  22:20
23:10
comp  114:20
256:2

compensation
10:4 256:4,25
compensatory
195:13,17,19,21
196:11,15
complain  172:21
172:25 173:4,15
173:19
complaining
180:12
complaint  12:2,6
12:12 14:12 89:20
92:13 103:11
104:2 106:25
complete  6:11
41:24 62:6 257:21
completed  62:4
258:16
completely  146:24
comply  90:8
comprehensible
7:12
computer  108:13
concern  156:7
concerned  81:3,7
concerning  83:4
concession  175:17
conclusion  85:14
condiments  166:3
167:5
condition  207:14
208:15 212:19
213:10 218:13
240:14
conducted  5:6
8:14
confidential  64:22
64:24 260:17
confirm  116:14
258:12

**confirmed** 258:10
**confused** 149:10
   229:7
**connected** 35:17
**connection** 8:20
   11:8,10,15 14:15
   16:8 18:5 50:18
   50:21 51:23,25
   90:2 197:11
   243:24 246:2
   255:13
**conor** 115:14
   146:7 158:13
   229:5 256:12,20
**consecutive**
   177:11,14,17
   178:7
**consent** 45:22
**considered** 192:17
**consist** 32:14
**consistent** 165:13
   177:22
**consult** 186:9
**consultants** 29:5
   29:18
**contact** 84:5 85:15
   205:9 221:4
**contained** 101:21
   115:16
**contents** 47:14
**continually** 145:8
**continue** 80:12
   208:21 258:6
**continued** 83:20
   156:11 235:8,10
   258:17 261:2
**conversation**
   155:17,19 156:6
   231:24
**cool** 169:15

**cooper** 94:4
**cooper's** 93:11
**copies** 101:17
   178:25 261:7
**cops** 203:17
**copy** 12:4,11,13
   13:18 114:23
   202:21 209:18,20
   242:17,24 243:4
**cordial** 164:13
**corner** 199:6
**correct** 8:16 43:5
   43:10,13,21,22
   44:6,7 51:6,10
   56:22 62:2,21
   64:7,14 69:20
   71:17,21 76:18
   78:4,19 79:2
   89:24,25 92:17
   97:20 111:22
   114:15,20 118:6
   118:21 135:14,19
   147:15 160:9
   174:10 176:12,19
   179:25 181:15
   190:22 194:9
   195:13 196:22
   200:8,18 201:16
   204:20,21 211:14
   211:21 213:6
   214:8 215:3,7,21
   216:3 227:17
   238:4 252:23
   259:6
**corrective** 158:25
   159:3 261:5
**correctly** 148:9
**cortisone** 244:14
   244:20
**cost** 247:20,21

**counsel** 1:21 3:5
   12:24 16:7,11
   18:4 41:13 85:11
   85:21 98:12
   107:15 261:13
**counselor** 108:9
**counters** 166:17
   166:21
**countertops** 165:2
**country** 1:11 2:9
**county** 28:13 36:2
   36:5 38:4 87:19
   101:8 203:19
   204:12 208:14
   210:12 223:8
**couple** 144:12,14
   145:2
**course** 6:17
   208:19
**court** 1:2 3:18 4:6
   4:7,10 11:17 16:2
   28:12 31:12 84:6
   85:15,16 86:6
   109:19 132:16,20
   221:4 229:6,15,17
   229:24 230:2
**courts** 12:7,9 84:9
   84:12 88:11
**cover** 187:19
**crafts** 30:8,12
**credibility** 98:6,17
   98:20 100:15,19
**criminal** 33:3
**crisis** 29:20 205:13
   238:13
**crocheting** 253:23
   254:19
**crossed** 61:10
**current** 15:20 19:6
   93:7 100:17

**currently** 8:3
   21:10
**custody** 20:10
**cut** 134:13 238:24

**d**

**d** 2:10 40:25 41:4
   42:14,18 63:21
   159:9 260:2,11
**d.a.** 93:13
**damaged** 138:4
**damages** 9:24
   137:17
**dance** 134:14,15
**date** 27:13 32:4
   34:17 38:14 39:16
   41:5 43:12,15
   44:22 47:7 52:19
   58:16,23 60:11
   63:16 65:3 68:14
   68:17,20 75:9
   77:19 115:3
   145:19 153:19
   154:15 155:7
   158:5,19 159:5
   178:24 179:3
   180:3 182:12
   183:18 186:19
   195:10 202:9,24
   209:16,22 213:23
   217:23,24 220:19
   222:15 225:24
   228:21 229:6
   235:15 254:11,15
   258:11,16 263:4
**dated** 47:23 63:13
   67:4 114:24,25
   145:15,16 153:16
   153:17 154:11,13
   157:24 158:25
   163:22,23 178:22
   197:15 200:7

[dated - difficulties]                                                         Page 9

202:4 213:17,19
228:16,19
dates  29:10 50:16
58:18 179:19
180:19 222:18,18
223:20
daughter  55:19,25
67:21 184:21,24
205:6,19 238:12
daughter's  224:25
davella  11:7,13,16
12:17 13:2 14:13
14:14,16,17,20
230:4
day  15:25 78:4,11
79:13,16 80:17
85:4 86:12,21,22
89:23 91:24 106:5
117:20 118:2
130:5,10,19
133:21 155:13
167:6,10,14
168:22 170:11,12
171:18 172:19
176:22 177:8
180:6,9,15 181:6
181:18 183:13,15
183:24,25 184:5
190:6 191:9
194:13 198:6,7,10
198:15,18,19
199:16 200:12
201:18,20 203:12
204:19,24 212:21
218:4 219:15
221:10 222:14,24
224:2 225:13
226:18 230:13,19
231:8 232:6,9
233:14 234:2,17
235:9,11,19

236:21 237:5,10
247:24 248:2,4
251:23,24 255:17
255:18 259:14
262:18 263:22
day's  77:5
days  105:3,20,25
106:3 112:16,22
113:2 127:2,4,13
167:2 170:15
175:17 177:9,12
177:14,17,22
178:7 187:21
192:16 193:20
194:21,22,23
195:6,7,8,11 196:5
196:6 206:20,24
214:22 218:4
226:25 227:2,8
231:9 233:5 254:3
deal  95:9
dealing  30:11
dean  73:22
deanna  2:10 4:18
decided  130:11
142:25
decision  13:10,14
13:15,19
decisions  141:25
deed  101:14,22,24
102:2
defendant  1:9 2:8
8:23 11:18 14:23
211:3 257:20
defendant's  27:12
34:16 35:2 37:6
37:22 38:8,13
40:25 41:4 42:14
42:18 44:21 45:16
46:12 47:3,6,9,14
52:14,18,23 53:9

54:3,9,13 57:13
60:7,10,17 63:11
63:15,20 64:2,21
65:2,14 68:13,16
68:19,24 71:3,7
74:5,11 75:8,11,21
115:2,7 145:18
146:4 153:15,18
153:22 154:14,19
158:3,9 159:4,9
178:21,23 179:2
189:13 197:6,12
202:23 209:21
210:7,21,25
211:11 213:16,21
214:12 215:5,22
216:10 217:4,5
222:10 225:22
226:9 227:17
228:15,20,25
260:7 261:3
defendants  257:22
257:25
degree  22:14,16
22:17,19,22 99:17
degrees  23:14
demands  185:23
democrat  93:24
denial  147:9 154:6
dental  23:15
deny  174:16
denying  147:10
152:16,24
department  40:14
48:24 50:6 51:15
51:16 58:7,19
59:23 61:16,17
70:18 74:2 76:17
98:13 111:22,25
112:15,23 121:10
137:19 195:15

234:16
depleted  224:7,12
depose  258:2
deposed  4:22 5:13
5:15,16,17 8:20
119:9
deposition  1:15
3:8,15 6:17,25 7:9
8:15 85:14,18
140:20 198:13
231:15 257:17,18
258:5,7,14 259:4
263:4
depositions  258:15
depressed  207:20
221:24
depression  207:16
description  46:9
46:23 76:12 260:7
261:3
designation  20:11
despite  6:22
developed  245:5
250:16
diabetic  7:25
diagnosed  180:4
diagnosis  207:18
244:25
differ  128:5
different  35:18
48:17 128:19,21
129:7,17 130:3,24
134:5 139:11
145:10 146:12
147:3,21 194:7
differentiation
129:11
differently  177:25
difficult  148:17
difficulties  205:11

[difficulty - due]                                                          Page 10

| | | | |
|---|---|---|---|
| **difficulty** 34:20 | **disability** 254:22 | 152:2,2,5 | 189:17 197:8 |
| **dinged** 137:16 | **disabled** 254:24 | **distress** 9:25 | 210:9 211:16,20 |
| **dinielli** 76:9 | **disagreement** | **district** 1:2,3 | 212:2 226:11 |
| 115:13,23 116:6 | 77:25 78:6,16 | 28:12,13 | 261:4 |
| 118:12 126:24 | 79:4,6,11 | **divorce** 19:21 | **documentation** |
| 134:18 135:18,24 | **disappointed** | **doctor** 180:14 | 188:6 190:12 |
| 139:7,18 142:6 | 204:5 | 182:20 183:9 | 209:4,11,14 |
| 146:14 147:9,15 | **disband** 24:24 | 198:12,14,22,24 | 210:15,20,22 |
| 148:2,5,25 149:5 | 57:6 | 199:2,12 200:12 | 212:5 |
| 149:17 150:18,22 | **disbanded** 57:3 | 200:21 218:9 | **documented** |
| 150:24 151:2,5,8 | **discharge** 209:19 | 241:8,19,25 242:5 | 169:23 |
| 151:16,17 152:9 | 209:20 210:12 | 242:6,8,11 243:11 | **documents** 12:14 |
| 152:12,15,22 | 211:13 214:14 | 252:4,7 | 12:22 35:13 37:12 |
| 154:7 155:3,9,15 | 261:9 | **doctor's** 178:25 | 112:7 169:24 |
| 155:19 160:5,7,13 | **discharged** 190:11 | 183:2,5 187:23,24 | 186:10 |
| 160:18 164:25 | 200:13 207:8 | 190:13 192:10 | **dogs** 19:13 |
| 168:17 169:25 | 210:2 | 196:22 197:2,14 | **doing** 37:2 48:25 |
| 173:20,22 174:10 | **disciplinary** | 197:20,22 199:5 | 51:12 84:14 135:8 |
| 174:19 187:15 | 225:21 261:11 | 199:20 200:19 | 140:7 187:13 |
| 188:10 191:23 | **discipline** 156:19 | 202:3 241:13,14 | **dolan** 178:3,4,5,6 |
| 198:13 201:9 | **disclosing** 84:3,12 | 255:10 261:7 | 178:11 231:5,7 |
| 202:5 213:18,20 | **discount** 102:13 | **doctors** 206:22,24 | **dollars** 80:11 |
| 217:25 221:12 | **discovery** 84:7 | 206:25 207:2,6,12 | **donovan** 2:8 |
| 222:9 228:16,18 | **discrepancies** | 252:25 | **door** 81:7,7 156:9 |
| 230:16 231:20 | 103:12 106:11 | **document** 27:19 | **doors** 81:7 134:16 |
| 232:16 236:25 | 107:20 | 27:23 35:18 36:15 | **downsize** 55:23 |
| 243:6 255:10 | **discrepancy** 98:21 | 38:9,18,20 39:7 | **downsized** 55:16 |
| 256:6,9 258:13 | **discretion** 195:15 | 41:8,21,24 42:3,25 | 67:16 |
| 259:3 | **discuss** 22:8 | 43:3 44:16 45:23 | **dpw** 48:23 53:24 |
| **dinielli's** 156:2 | 156:12 186:23 | 47:4,5,16,18,25 | 111:3 |
| 190:21 258:5,7,9 | **discussed** 18:9 | 53:4 60:19 61:18 | **dr** 181:14 183:25 |
| **direct** 90:21 91:15 | 23:7 240:4 | 62:5,7,10 63:19 | 184:7 199:19 |
| **directed** 6:20 | **discussion** 37:18 | 64:4,9,13 65:16,19 | 245:21 252:22 |
| 89:21 90:20 104:8 | 41:14 84:18 | 66:12,22 67:4 | 253:6 |
| 217:13 223:24 | **dishes** 165:6 | 68:8 69:2,10 71:9 | **driver's** 61:6 |
| **directive** 90:9,13 | **dismissed** 17:14 | 71:11,23,24 74:4 | **drove** 139:9,10 |
| 90:16 | 17:16,19,25 | 74:13,15,19 75:23 | 140:11,16,18 |
| **directly** 91:3 | **disney** 150:2 | 115:9 153:25 | **drowsy** 189:5 |
| 255:21 | **dispute** 114:14 | 154:5,21,25 155:2 | **drugs** 7:20 |
| **director** 115:14 | **disrespectful** | 158:2,15 159:11 | **due** 188:19 242:15 |
| 142:8 | 151:17,19,24 | 159:23 185:22 | |

[duly - employee]

**duly** 4:4 262:8
**duties** 24:15 29:13
  76:6 127:23 128:2
  128:9,17,18,19,21
  130:4 133:3,6,9,12
  133:15 144:17
  145:3 165:12,16
  165:23 167:11,23
  168:2,3,7 170:3,5
  170:6
**duty** 130:8 231:8

**e**

**e** 2:4 4:1,2,2,2 5:1
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1,16,21
  45:1,16 46:1,13
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1 88:1

89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1,18,19
189:21,22 190:1,2
190:9,14,21 191:1
191:6,8,10,17
192:1,6,7 193:1,12
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1

203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:2,4,6,12 261:2
**eap** 157:21 158:13
  159:15 160:3
**earlier** 8:12 49:15
  67:12 72:17 73:2
  118:4 140:19
  164:16 240:5
**earline** 1:5,15 4:9
  35:9 39:8 43:4
  47:19,23 64:7,8
  71:17 93:11 94:4
  197:18 259:11
  263:4,20
**early** 96:3,15
  229:17
**earn** 195:9,12,19
**earned** 195:21
**eastern** 1:3
**education** 22:12
  23:8
**educational** 22:9

**effect** 3:17
**effective** 43:12
**effort** 107:17
**eight** 9:17
**either** 12:15 33:14
  113:6 144:8 160:3
  175:6 181:12
  184:20 194:3
  201:14,15 203:20
  225:17 231:9
**elaborate** 91:18
**elected** 95:22 96:5
  96:8,23 122:23
  123:2,23 125:10
**election** 96:20
  97:4,5,6 117:17
**elections** 107:8
**electronic** 136:6
**elevated** 155:16,18
**else's** 110:11 191:2
**emergency** 180:12
  205:8 234:3
  238:19 240:21
  241:4,5 246:4
**emotional** 9:25
**employed** 9:13
  17:8,13 18:17
  21:11,14,18 22:2,3
  22:6 23:22 25:8
  25:20 28:15 48:5
  59:22 60:2 83:20
  92:9 99:10,14
  110:16 111:20
  112:11 123:15
  124:24 156:25
**employee** 46:24
  48:15 50:22,24
  51:6 59:19,19
  67:6 72:18,24
  73:4,9 74:23
  76:13 78:18 79:7

[employee - failed]                                                                Page 12

| | | | |
|---|---|---|---|
| 79:9 103:20 | errata  263:2 | excessive  192:9,14 | 224:5 225:23 |
| 109:21 136:8 | error  68:5 | 193:11,13 | 226:9 227:4,17 |
| 138:10,17 140:10 | escorted  204:8 | exchange  149:4,8 | 228:14,15,20,25 |
| 140:11 147:11 | esq  2:5,10 | 151:15 | 260:8,9,10,11,12 |
| 157:6 159:15,20 | estimated  210:18 | exclusively  167:24 | 260:13,14,15,16 |
| 166:7 177:13,21 | et  6:5 116:17 | 193:15 | 260:17,18,19,20 |
| 224:6 260:15 | 166:17,22 | excuse  49:16 | 260:21,22,23,24 |
| **employee's**  136:6 | ethics  47:4,5 | 197:18 198:15 | 260:25 261:4,5,6,7 |
| 138:14 | 260:13 | 243:20 | 261:8,9,10,11,12 |
| **employees**  83:17 | ethnicity  57:14 | excusing  192:11 | exhibits  178:21 |
| 83:25 92:12 | eurel  121:16,17,18 | executive  115:14 | 261:13 |
| 109:10 110:9 | 122:3 | exercise  132:17 | exist  12:23 37:14 |
| 127:15,16,21 | event  86:2 185:18 | 133:11 170:10 | 37:15 |
| 136:11 139:5 | 201:13 220:20 | exhibit  27:9,12,17 | expected  127:16 |
| 142:15 226:14 | eventually  114:17 | 34:13,16 35:3 | experience  28:7 |
| **employer**  67:11 | 182:9 | 37:6,22 38:8,13 | 55:6 |
| **employment**  18:23 | everybody  48:3 | 40:25 41:4 42:14 | expires  263:25 |
| 24:21 25:7,10,24 | 108:23 138:14 | 42:18 44:16,21 | explain  120:23 |
| 26:3,10,15 27:3 | 139:11 141:3,15 | 45:16 46:13 47:3 | explaining  210:16 |
| 28:3,16 29:7,17 | everybody's  141:5 | 47:6,9,14 52:14,18 | explanation  55:18 |
| 34:14,15 38:2 | 141:13 | 52:23 53:9 54:3 | 69:16 |
| 39:17 43:16 52:16 | everyone's  140:17 | 54:10,14 57:13 | explore  216:24 |
| 52:17 60:8,9 | exact  33:15 50:16 | 60:7,10,17 63:11 | extended  179:7 |
| 62:15,17 64:22,25 | 58:16 73:3 | 63:15,21 64:2,21 | extent  83:23 |
| 67:15,25 68:15 | exactly  15:23 34:9 | 65:2,14 68:8,13,16 | eye  151:6 205:12 |
| 171:19 179:6 | 35:15 51:11 72:22 | 68:19,24 71:3,7 | |
| 260:9,14,17,19 | 120:22 151:14 | 74:6,11 75:8,12,21 | **f** |
| **enable**  257:20 | 175:21 177:7 | 115:2,7,17 116:12 | f  47:3,6,9,14 52:14 |
| **ended**  25:7 | 180:20 182:7 | 145:14,18 146:4 | 260:13 |
| **engage**  30:19 | 223:9 233:10 | 153:15,18,23 | face  83:21 |
| **engaged**  92:15 | examination  4:6 | 154:11,14,19 | facility  191:18 |
| 135:17 | 4:14 5:7 38:2 | 157:25 158:4,9,24 | fact  6:9 62:6 103:5 |
| **entail**  24:16 | 76:22 77:2,17,21 | 159:4,9 178:23 | 103:8 116:15 |
| **entitled**  1:16 38:9 | 84:22 186:3 260:3 | 179:2 189:13 | 117:8 125:24 |
| 44:17 68:9 74:19 | examined  4:5 8:14 | 196:25 197:6,12 | 138:9,24 157:7 |
| 257:22,25 | 200:22 | 202:20,23 209:18 | 161:18 163:8 |
| **environment** | example  127:19 | 209:21 210:7,21 | 168:21 187:16 |
| 221:25 | 130:9 235:2 | 210:25 211:11 | 188:4 191:22 |
| **er**  180:22 181:9,23 | exception  130:18 | 213:16,22 214:12 | 226:17 257:14 |
| 183:12 | excess  192:17 | 215:6,22 216:6,10 | failed  57:16 88:7 |
| | | 217:4,5 222:10 | 222:22 |

| | | | |
|---|---|---|---|
| failing 225:8,16 | 151:4 187:8 | flags 92:7 | four 96:9,14,23 |
| fall 163:5 | 197:24 206:6 | floor 165:6 166:3 | fourths 194:13 |
| familiar 5:19 | 207:9,13 239:9 | flowers 31:22 | frame 96:22 |
| 42:21 123:8,10 | finding 117:15 | 32:15,18 | fraudulent 231:12 |
| far 156:7 160:16 | findings 102:3,17 | focur 159:17 | freeport 1:8 4:13 |
| faster 203:15,15 | fine 149:23 179:18 | fogur 175:7 | 4:19 9:13,19 11:2 |
| favors 92:7 | 249:21 | follow 206:5,9 | 11:8,9 15:6 16:22 |
| fax 178:22 191:22 | finger 149:17 | following 176:10 | 17:2,9 18:18,23 |
| 191:25 192:2,4 | 245:5 254:13 | 184:19 212:13 | 21:15 23:22 24:2 |
| 196:21 261:6 | finish 236:20 | 227:23 253:18 | 24:4,8,20 25:9,25 |
| faxed 187:23 | finished 156:7 | follows 4:5 | 26:16 27:4 28:4 |
| 191:19 | fire 234:15,17 | font 34:21 | 33:11 39:18,23 |
| february 112:25 | fired 15:5,9 83:13 | foot 9:7,16 | 43:17 48:16,18 |
| 116:17 | 114:3 153:12 | football 136:19 | 51:5 53:24 55:2 |
| federal 1:20 4:20 | 157:10 205:24 | 234:8 | 58:4 60:2 61:7 |
| 34:8 257:23 | 239:8 255:19 | force 3:17 | 67:7 73:25 80:10 |
| feel 221:25 235:24 | 256:22 | foreclosure 14:24 | 82:12 84:10 92:10 |
| 236:17 237:2 | fireworks 211:24 | 15:11,17 16:13,16 | 92:16 93:4 102:7 |
| 255:4 | firm 25:11,15,21 | 16:19 17:12,24 | 103:20,23 109:11 |
| feeling 221:21 | 26:4 28:8 55:7,11 | 18:5,8,10,13,16,21 | 109:22 110:17 |
| feelings 36:14 | 67:11,19 | 18:24 | 111:21 112:12 |
| fellow 91:16 | first 4:3 16:15,18 | forgot 205:17 | 123:16 124:11,25 |
| felt 57:6 177:23 | 28:6 35:8,16 | 208:4 229:25 | 137:18 156:23 |
| 236:5 | 36:21 44:9 53:9 | 230:14,14 | 195:23 224:7 |
| female 144:22 | 54:9,10 62:13 | form 3:12 101:22 | 263:3 |
| festival 234:17 | 76:2 77:13 78:10 | 117:12 118:8 | frequent 127:5 |
| fields 234:8 | 83:7 84:13 95:20 | 119:12 120:7 | friday 126:17 |
| fifteen 138:19 | 108:4 141:12 | 160:10 209:13,16 | 171:2,9 172:2 |
| file 237:6 255:25 | 148:8,10 156:22 | 232:23,25 246:14 | 174:6 207:8 |
| filed 54:21 | 160:7,13 164:23 | 256:4,11 257:2 | friendly 164:8,9 |
| filing 3:7 147:7 | 170:18,19 180:6,9 | formal 20:9,11,19 | front 136:22 137:6 |
| fill 50:2 66:8 | 195:5 197:14 | formally 20:16 | 162:17 165:2 |
| 104:15 110:13 | 218:3 219:8 256:3 | former 93:25 | frustrated 149:12 |
| 140:24 232:22,25 | 259:3 | 99:13 122:5 123:5 | frustration 160:19 |
| 256:2 | fishbein 2:7 | forth 132:2 262:8 | 160:23 |
| filled 33:20 256:5 | fit 250:6 | forward 85:18 | full 58:6,12 67:2,6 |
| filthy 165:22 | five 130:12 178:17 | found 102:4 | 72:18,23 73:4,9 |
| finally 221:22 | 192:16 193:19 | 103:12 107:2 | 74:23 76:13 77:14 |
| financial 10:3 | 195:6,7 226:25 | 138:12 187:6 | 78:18 79:7,9 |
| find 26:14 107:19 | 227:8 237:16 | 205:25 | 113:12 178:9 |
| 147:22 150:21,25 | | | 257:21 |

[fully - hall]                                                                                          Page 14

| | | | |
|---|---|---|---|
| **fully** 9:18 | **given** 67:18 77:14 | 110:10,12 114:22 | 161:19 162:4,11 |
| **funded** 34:7 | 107:12,18 108:12 | 121:14,15 127:19 | 162:12,22,24 |
| **further** 3:10,14 | 160:4 169:25 | 128:12,14,23 | 163:8 164:2 |
| 259:2 262:12 | 170:5 187:18 | 131:17 132:3 | 166:10 167:16 |
| | 248:23 250:23 | 133:23 145:13 | 173:6 187:9,10,11 |
| **g** | 262:10 | 149:22 153:14,15 | 187:12 |
| **g** 52:18,23 53:10 | **giving** 91:25 | 156:8 157:11 | **groove** 134:15 |
| 54:3,10,14 57:13 | 230:25 244:8 | 158:23 171:6 | **grounds** 82:8 |
| 260:14 | **glass** 42:9,11 45:8 | 173:7 179:13 | **group** 2:3 30:13 |
| **garage** 136:17 | **glasses** 41:9 | 180:13 184:13 | 80:24 81:4 207:2 |
| **garden** 2:5 | **go** 10:13 25:5 | 188:13 189:12 | **groups** 206:25 |
| **gardener** 94:20 | 37:16 40:3 49:5 | 193:2 196:24 | **guess** 20:10 43:14 |
| **gardener's** 93:18 | 49:25 63:22 65:7 | 198:8 203:10 | 49:4 69:23 70:6 |
| **gardening** 30:18 | 75:16 84:15 90:23 | 205:10 206:9 | 96:3 101:24 102:2 |
| 30:19 31:2,5,7,17 | 114:2 118:23 | 213:15 219:21 | 151:3 159:16 |
| 31:19,21 32:11,14 | 141:11 142:18 | 220:7,9,13,16 | 170:18 190:19 |
| 253:23 254:16 | 146:14 147:14,23 | 221:3 225:19,20 | 193:10 |
| **gardens** 31:6 | 147:25 150:8 | 228:13 231:15 | **guilfoyle** 1:18 |
| **gastrointestinal** | 152:4 157:10 | 239:7 241:10 | 262:4,24 |
| 199:2 | 164:10,10 165:21 | 242:23 248:16 | **gupta** 181:12,14 |
| **gate** 2:4 136:6 | 170:18 181:15,17 | 256:17 | 183:25 184:7 |
| **general** 136:13,22 | 181:20,22 194:6 | **good** 4:16,17 | 199:19 |
| 137:3 181:7,10 | 198:12 199:15 | 26:19,20 163:25 | **guys** 81:11 129:18 |
| **generally** 130:13 | 202:7,14 203:3,5 | 164:3 | 129:21,22 |
| 130:15,16 | 204:10 210:5 | **government** 34:8 | **gwen** 130:5,10 |
| **genevieve** 1:18 | 214:2,9 215:14 | **gp** 182:23 183:10 | 142:21 144:5 |
| 262:4,24 | 221:22,24 222:2 | 199:16 | **gwen's** 142:22 |
| **gentleman's** 231:3 | 227:10,19 229:5 | **graduate** 22:9 | |
| **george** 90:6 | 231:11 247:7,10 | **graduated** 26:17 | **h** |
| **gestures** 6:5 | 256:15 257:4,4,5,5 | **graduation** 26:11 | **h** 5:7 8:13 60:7,10 |
| **getting** 45:5 79:2 | 257:5,6,10 259:3,5 | 26:13 | 60:17 186:3 260:6 |
| 102:9,11,13 | **goes** 150:16 | **grandstand** 90:25 | 260:15 261:2 |
| 108:15 | **going** 5:20,23 10:7 | 91:2 | **h.r.** 46:16 66:15 |
| **girl** 190:7 | 12:21 15:25 21:21 | **granted** 114:17 | 74:3 136:2 146:9 |
| **give** 6:2,12 7:15 | 27:8 31:8 38:7 | 176:11 230:17 | 147:19 255:25 |
| 58:17 66:6 82:24 | 41:25 44:15 45:21 | **grieve** 160:2 | **haber** 94:16 |
| 83:3 87:11 130:24 | 47:2 52:13 60:6 | 175:20 226:20 | **haber's** 93:17 |
| 143:2 146:12 | 66:25 67:9 68:7 | **grip** 254:4 | **half** 35:7,14,16,22 |
| 149:11,22 156:8 | 71:2 73:13 74:4 | **groden** 111:13 | 36:21 53:8 54:3 |
| 179:19 185:12 | 75:10 81:20 87:25 | 142:19 143:16 | 54:10 167:2,13 |
| 208:19 219:7 | 94:6 108:14 | 150:23 151:8 | **hall** 146:10,17,20 |
| 243:7 | | | 174:5 |

[hand - hospital]                                                    Page 15

| | | | |
|---|---|---|---|
| hand  87:15 155:9 | 114:6,15 169:5 | healy  28:7 | history  23:24,25 |
| 199:6 234:4,5,11 | 175:8,21 181:25 | hear  70:9 79:22 | hit  29:20 |
| 235:8,13 236:13 | 190:24 211:19,22 | hearing  8:13 | hobbies  30:5,7 |
| 237:3 238:21,22 | 237:20,24 238:3 | heavy  166:16,20 | hobby  30:21,22 |
| 238:22 239:10,12 | 238:10 241:6 | 182:8 239:15,16 | 31:3 32:20 |
| 240:14,17 241:20 | 243:25 255:24 | held  1:17 26:11 | hold  25:9 29:7 |
| 242:16 243:15 | happens  6:7 | 27:3 28:4 37:19 | 111:2,4,24 112:10 |
| 244:6,10 245:11 | hard  10:11 55:5 | 41:15 84:19 | 124:5 |
| 246:2 247:12,12 | 236:8 | 121:19 123:19 | holds  111:11 |
| 249:4,22 250:4,5,6 | harding  122:7 | 124:8,13 125:4,13 | holiday  207:7 |
| 250:7,15,16,20,20 | 123:5 | help  28:2 48:23 | home  4:11 12:15 |
| 251:7,8 252:23 | harding's  122:18 | 51:16 100:10 | 26:9 67:22 187:24 |
| 253:2,18,25 | hardwick  40:19 | 179:20 202:13 | 192:4 198:12 |
| 254:22 255:2,13 | 40:20 58:10 69:19 | 247:15 | 220:15 224:18 |
| 262:18 | 70:5,11 93:24,25 | helped  97:8 | 237:11 256:15 |
| handed  62:9 | 97:8,18,23 98:8 | helping  42:11 50:5 | homeowner  80:8 |
| handicap  136:25 | 99:3 100:10 103:7 | hempstead  24:10 | homeowners  81:3 |
| 137:2 | 109:23 110:2,5 | 24:20,25 25:7,24 | hospital  179:9,11 |
| handing  27:14 | 111:14,17 122:4,5 | 28:23 56:19 57:3 | 180:7,16,23,25 |
| 35:4 38:15 47:10 | 123:6 124:17 | 62:16 | 181:3,15,17,20 |
| 52:20 60:14 63:23 | 126:5 | henry  2:3 12:18 | 182:16 184:8,20 |
| 65:11 68:21 71:4 | hardwick's  93:5 | 13:19 134:25 | 184:23,25 185:4 |
| 74:7 75:14 115:4 | 95:12 99:13,19 | 141:16,17 142:2 | 187:25 188:7 |
| 145:24 153:20 | hare  91:25 | 162:15 186:9 | 190:3,4,7,10,12 |
| 154:16 158:6 | hate  84:5 | 187:5 219:25 | 191:18 192:9,20 |
| 159:6 189:14 | hats  32:25 | 229:16,20 239:5 | 193:19 198:25 |
| 197:3 209:23 | hatter  2:7 | 239:25 | 200:13 202:2,7 |
| 213:24 225:25 | hay  234:21 | hereto  3:6 | 203:3,6 204:7,10 |
| 228:22 | head  6:5 7:13 | hereunto  262:17 | 206:14 208:11,12 |
| hands  150:5 | 40:14 195:15 | high  22:10,13 23:8 | 208:13 209:15 |
| handwriting | headquarters | 26:12,14,17,21 | 210:18 211:13,23 |
| 35:10,12,22 36:20 | 107:25 108:5,7,20 | hipaa  179:15 | 212:9 216:17 |
| 48:11 54:16,18,19 | 108:22 109:3 | 248:17 | 218:14,16 219:9 |
| 60:21,24 61:3,22 | heal  183:3 255:2,3 | hipaa's  179:17 | 219:15 221:18 |
| 62:2 65:18,19,20 | healed  9:18 | hire  40:11 | 223:2,11 224:21 |
| 66:4 211:5,8 | 182:17 | hired  9:19 39:2,8 | 225:13 235:20 |
| happen  5:20 6:8 | health  203:9 | 39:13 40:22 44:6 | 238:14 239:4 |
| 9:9 | 206:13 207:14 | 44:9 46:6,23 | 240:19,23 241:3 |
| happened  50:10 | 208:15 212:19 | 48:15 51:4 64:18 | 241:17 245:10 |
| 69:22 90:2,4 | 213:10 218:13 | 97:10,19 | 249:24 250:10,23 |
| 113:13,18,25 | | | 251:6 253:3 |

[hospital - interested]

255:12,20,21
**hospitalization**
186:19 212:13,18
213:9
**hospitalized**
179:24 184:8,10
193:3 218:12
223:7
**hostile** 221:24
**hot** 169:14
**hour** 39:21 40:5
44:11,12 52:7,8
61:12 106:4,5
167:8 257:24
**hourly** 34:10 44:5
44:8,10 59:18
**hours** 126:11
173:7 176:24
177:5,6 196:12,13
257:21
**house** 16:2 217:22
219:17,19,23
253:25
**housing** 24:14
29:20
**howard** 256:21
**hudson** 29:5,18
97:15
**hum** 28:14,24 43:6
43:11 48:10 57:15
60:18 62:19,22
67:13 74:12
150:19 239:18
**human** 19:14
115:15 121:6
138:25 139:7,18
147:14 158:2,12
261:4
**hundred** 86:17
**hush** 145:7,7

**i**

**ice** 129:19 130:21
132:19 134:7
**idea** 106:22 131:6
**identification**
27:13 34:17 38:14
41:5 44:22 47:7
52:19 60:11 63:16
65:3 68:14,17,20
75:9 115:3 145:19
153:19 154:15
158:4 159:5
178:24 179:3
202:24 209:22
213:22 225:23
228:21
**identified** 91:10
252:22
**identify** 85:8 91:8
140:13 141:2
**illegal** 107:3,3
109:14
**illness** 169:15
**imes** 25:17
**immediately** 24:3
90:25 135:11
181:19 253:18
**important** 6:2,10
**impression** 192:19
**inappropriate**
155:16
**incident** 203:22
229:14 237:6
256:3
**include** 156:20
172:18
**included** 173:2
196:22
**inconsistent** 55:17
57:4 67:17 177:9

**incorporate**
171:18
**incorporated** 1:8
24:9,19 28:23
40:10 56:19 62:15
80:9
**incorrect** 69:13
**increased** 59:13
**indian** 57:23
**indicate** 82:24
220:4
**indicated** 85:5
164:16 185:24
199:13 218:8,10
239:24 243:10
**indicates** 39:7
211:12,17,21
212:2 229:15
**indicating** 36:13
36:18 37:24 38:6
44:24 48:7 53:6,7
53:12,17,25 62:10
65:5 66:9,18
74:21 200:20
209:5 212:7
214:11 215:3
216:5,22 228:2
238:23 239:16
241:24
**individual** 119:8
**individuals** 58:11
81:19 83:16,24
84:4 85:6,8 87:12
91:12,16 92:9
93:20 135:8
140:14
**influence** 7:19
**information** 35:24
38:10,12 82:14,25
83:6,15 84:13
103:2,23 115:16

117:15 131:22
219:24 240:9
260:10
**informed** 147:20
**inhibiting** 257:15
**initial** 40:6 166:16
166:20
**initially** 33:17
39:2,22 46:6,23
51:4 126:10,14
166:5 180:23
183:12 227:7
**initiated** 79:5
**injure** 234:5
**injured** 9:15 32:6
153:11 234:10
236:18 249:22
**injury** 8:21 10:20
234:14 235:7,16
235:22 238:3
242:16 243:24
246:3 249:8
253:19 254:21
255:2,14
**insert** 86:7 104:17
110:14 221:5
**insertions** 261:14
**instance** 8:15
**instructions** 136:2
146:9 181:8
**insubordinate**
152:8
**insubordination**
135:18
**insulin** 7:25 8:2,5
8:9
**intake** 25:16
**interest** 85:17
**interested** 26:25
58:20 262:15

internship  28:17
interpretation
  56:10
interviewed  33:16
  50:17 173:6
investigate  101:5
  103:18
investigated
  100:14 109:17
investigating
  100:20 103:5,8
involved  93:4
  95:11,15 185:21
involvement  80:6
irrelevant  31:10
issue  34:24 78:23
  85:16
issued  138:24,24
issues  100:19
  160:9,15 257:15
italian  57:22

**j**

j  64:21 65:2,14
  260:17
jacket  169:20,20
james  58:9 59:24
  93:18 94:20 112:4
  113:7,16,22
  141:16 162:13
january  1:12 16:2
  116:17 257:19
  258:8,11,11,14
  262:18 263:4
jars  253:24
jew  161:16,16,20
  162:13,14,16
  163:9
job  17:17,23 18:2
  28:25 32:6 33:20
  34:7 40:8,15 46:9
  46:22 54:20 56:3

56:13 61:13,14
  63:9 66:7 76:12
  128:5 162:9 168:7
  205:9
jobs  95:9
joe  142:23
john  141:17
  142:23 144:9
  162:15 187:5
  229:16 239:5
join  81:11
joshua  244:11
judge  13:11,12,12
  13:13 14:15
july  39:9,16 40:16
  43:13 47:23
  202:21 203:20,21
  207:4,9 209:7
  210:19 211:13,24
  212:3,9 213:17,19
  214:17,19,20,20
  215:4 216:7,17
  217:14,17,23
  218:3,7,14,16,23
  221:9,14,18,20
  222:5,5,11,13,20
  223:7,25 228:7,16
  228:19 229:12,16
  229:22,23 230:3
  261:8
jumbled  7:13
june  39:5 69:12
  72:15 179:5,9,23
  182:22,25 183:5
  190:18 191:19
  192:8,23 193:4,6
  199:14 200:5,6,7
  200:14,18,24
  201:2,15,15,21,25
  202:4,8,21 204:15
  204:22 209:6

210:16 212:14
  217:10,11 218:9
  218:10 223:13,19
  224:7,9,13 227:24
  261:8
jurat  258:18

**k**

k  4:2 68:8,13,24
  260:18
kaplan  23:2,9
karen  122:7
kathleen  93:16
  94:11
kayani  2:5 13:4
  14:2 21:23 31:8
  34:18 37:16 41:6
  45:2,13 55:9 56:7
  56:14 63:22 68:2
  81:25 82:3 83:23
  84:15 85:21 87:25
  94:6,13 105:19
  119:23 120:2
  128:23 132:10
  135:20 140:4
  152:6 153:9
  160:10,24 179:13
  179:18 185:10,18
  186:7,15,23
  215:17 220:13,23
  226:3 227:19
  240:11 243:2
  248:25 257:6
  259:2
kd  43:20
keep  79:17 81:5
  107:16 150:15
  151:5 152:19,21
  152:23 153:2
  207:10
keeps  116:4

kennedy  98:24
  100:15,16 103:4,9
  103:19,24 106:14
  106:19 111:8
  118:8,16 119:11
  119:11 120:6
  122:22 123:22
  124:2 125:10
kennedy's  101:5
  103:12 104:3
  107:2
kept  164:7 236:8
key  135:24 136:3
  136:5 137:12,14
  138:13,23 139:5
  139:13,14,16,21
  140:11,14,15
  141:7 142:15
  143:2,6 145:21
  146:8,9,15,16,24
  147:2,11,13,19
  148:22 151:16
  154:6 156:8
kind  7:13 98:5
  108:11
kirwan  115:14,25
  146:7 158:13
knew  58:23 76:14
  106:23 107:14
  129:6 187:11
  203:17
knit  32:21,22
knitted  32:23,24
  33:2
knitting  32:19
knocking  81:7
know  5:22 7:10,14
  11:22,23,24 15:20
  15:23,23 16:24
  17:15 22:5 23:21
  32:3 33:19 34:9

35:9,15 36:7,17
43:22 45:10,14
49:7,8 50:4,7,10
50:16 51:20 52:4
54:25,25 55:2
58:16 59:3,8
69:14 70:6 71:22
73:23 74:2 76:24
77:6,10 78:8
79:21 81:12,17
82:7,10,11,15,17
82:18 86:15 87:8
87:9,21,22 88:5,14
88:18 89:9,13,15
89:16,18 92:2,8
93:14 94:2,5,9,11
94:14,16,18,20,22
95:3,4 97:3,3,3
99:22 101:25
103:3,6 105:17,22
106:14,20 107:14
107:23,23 109:6,7
109:8,13 110:9,20
111:10,15,16,18
112:21 113:18
114:6,10,12
116:10,11,25
117:9,13 119:5,11
121:16,17,18,21
122:2,3,8,18,21
123:4,13,18 124:6
124:7,9,12,15,22
125:3,12,17,23
126:25 127:5,8,10
127:12,14,18,22
128:7,10,13,20
129:2,22 130:2
137:4,8,20 138:7
138:23 139:9
140:17 141:3,13
141:15,18,21

142:13,20,21,22
143:4,20 144:9
145:11 149:24
150:16 151:23
153:6,6 158:18,19
163:14 165:5
167:7,9,15 171:14
171:15 173:9
174:23 175:4
176:24 177:5,18
177:20 178:4,8
179:8 180:11
182:20 183:8,18
184:21 185:20
186:18,21 187:3
187:10 188:14
190:6 191:4,5,6
192:12 194:2
198:8,23 199:23
203:14 205:21,23
206:12 207:19,19
207:20 211:8
214:25 215:2
216:12 217:2
218:18 219:12
221:8 222:7,12,13
224:14,15,20
225:9 226:21
238:21 244:23
245:4,4,14,18
246:21,23 247:2,2
247:3,4,21,22
249:12 250:19
251:15 253:7,14
256:19
**knowing**  66:23
**knowledge**  70:3
129:10 141:6
**knows**  106:17
128:24,24

**krishnas**  91:25

**l**

**l**  4:2 68:16 71:3,7
124:22 260:19
**labor**  36:12 38:23
48:6,13 69:5
260:18
**laborer**  33:25 39:9
40:12 43:20,25
48:9 49:11 53:23
61:11 64:13,18
**laboring**  40:15
**lack**  182:16
**ladies**  75:16
**lady**  150:14,15,17
219:7
**late**  96:3,8,23
188:19
**latest**  188:22,23
**latino**  144:22
**latino's**  143:4
**law**  2:3 16:12
25:11,15,21 26:4
28:8 55:7,11
67:11,18
**lawsuit**  4:20 8:25
9:4,6,22,25 10:4
11:10,12 12:25
14:16 57:19 153:8
185:21
**lawsuits**  10:22
**lay**  256:15
**learn**  70:10 106:7
**learned**  77:19
**leave**  66:3 85:12
85:24 104:13
110:10 114:19
137:8 140:23
156:10 193:23
194:8 213:4,8
220:23 229:16

232:22,25 233:8
233:11
**leaving**  55:16
56:25 62:20 67:15
67:18 77:6
**leery**  164:4
**left**  55:19,25 65:25
66:13 73:16,18
77:4 84:24 186:5
198:11 237:9
255:21 257:24
**legal**  16:7,10 18:4
28:6 97:25 98:2
98:12,13 99:2,6,13
99:25
**legislators**  88:23
88:25 89:2
**legislature**  87:19
88:22
**length**  105:22
**lesser**  227:13
**letter**  147:7,10
156:16 161:21,24
161:25 163:22,22
213:16,19 217:9
217:16 222:9
223:23 224:11
229:4 231:12
261:10
**liaison**  24:17
**liar**  216:15
**license**  61:6
**lie**  162:5 257:3
**lied**  256:24 257:2
**lies**  162:10
**life**  18:19,25 31:4
31:24,25 33:2
231:13
**lift**  254:6,6,11
**lifting**  253:24

[ligaments - mayor]  Page 19

**ligaments** 241:9 241:23 245:2
**light** 257:13
**limit** 244:22
**limited** 108:17 156:20
**line** 21:24 31:9 56:15 115:20 163:5 258:18 261:15,20 263:5
**lines** 29:24
**list** 66:16 221:3 253:22
**listed** 29:13 40:5 55:6 57:5 58:12 67:15 93:21 102:5 112:7
**listen** 148:16
**lists** 40:16,18 43:4 43:12 54:4,11 56:18 62:14 64:6 64:10 67:11 71:16 72:10
**litigation** 11:14 88:10
**little** 19:3,4 140:5 169:17 183:11 188:19 216:25 236:5,6
**lived** 19:9 21:4 61:5
**living** 19:7,11 82:11 98:22 102:6
**liz** 116:2,3 141:17 142:9
**llc** 263:2
**llp** 2:8
**located** 136:9
**locker** 129:14 130:9,18,25 131:9 131:15,25

**long** 9:15 19:9 25:13 61:4 96:7 96:18 105:13,14 116:8,9 166:24 182:4,7 206:18 244:4 249:6 250:2 250:19 251:13
**longer** 139:14 151:14 165:22
**look** 35:16 37:5 45:19 53:2 61:9 77:15 95:7,8 103:22 107:16 116:12 189:24 197:6
**looked** 101:12
**looking** 58:21 101:19,23 118:16 140:13 167:4 227:16
**looks** 35:14 36:16 37:23 71:14
**losing** 205:12
**lost** 13:3,6 18:22 97:4,5 114:11 146:10
**lot** 107:20 117:21 117:22 136:7,8,11 136:13,22 137:3 137:16 138:10,15 138:17 146:20 147:11 148:12 234:7 236:4
**lots** 136:19
**lounge** 132:15 133:8,20,22 134:6 134:10,14,15 150:13 162:16
**lunch** 84:20 164:10

**lynbrook** 101:20 102:4,8

**m**

**m** 68:19 74:6,11 260:20
**machine** 41:21 191:25 192:4
**magnify** 41:20,24
**magnifying** 42:9 42:10 45:8
**mail** 13:14,16 189:21,22 190:2 190:14,21 191:6,8 191:10,17 192:6,7 193:12 217:22
**mailed** 12:6 189:18,19 190:9 222:16
**maintained** 113:5 131:5,10
**maintaining** 164:21
**maintenance** 32:16 134:23 135:2,9
**making** 44:23 45:8 148:17 162:10 191:11
**males** 129:24
**manage** 160:19
**management** 132:24 141:20,24 160:9,15,23
**manager** 115:13
**managerial** 141:25
**managing** 142:8
**march** 112:21 116:18
**mark** 11:7,13,16 75:2 86:5 154:11

178:20 202:20 213:15 225:20 228:14 230:4
**marked** 27:9,12 34:12,16 35:2 38:8,13 40:25 41:4 44:16,20 47:3,6 52:14,18 60:7,10 63:11,15 64:21 65:2 68:8 68:12,16,19 71:3 74:5 75:7,11 114:23 115:2 138:16,19,21 145:14,17 153:15 153:18 154:14 157:24 158:3,24 159:4 178:23 179:2 189:13 196:25 202:22 209:18,21 213:21 225:22 228:20
**marker** 65:7
**marriage** 262:14
**married** 19:16,18
**martin** 89:14
**martinez** 77:25 78:5,17 89:22 90:6,12 91:4,8,15
**match** 44:14
**matt** 178:3,4,5 231:4,7 243:8 256:8
**matter** 16:5,8 232:10 262:16
**maximum** 70:14
**mayor** 24:17 40:18,21 69:19 70:4 93:24,25 95:13,16,22,24 96:5,7,10,18 97:9

[mayor - name]                                                                          Page 20

97:19,24 99:3,13
99:13,20 100:10
100:17 111:7,14
118:13,15 119:11
120:6 122:4,5,22
123:6,22 124:2
125:10
mcguire  28:8
mean  5:4 14:2
  17:22 30:9,25
  31:18,20 36:25
  58:21 63:4 88:20
  97:12 98:19
  106:10 119:5,21
  120:17,22 129:21
  131:14 134:12
  139:15 145:5
  150:10 151:18,20
  151:25 165:12
  168:10 174:7,11
  194:2 214:5
  226:24 244:16
  246:7,8,8 249:12
  249:14 255:3
meaning  20:19
  151:23 170:15
means  5:25 101:4
meant  134:3 138:7
mediation  13:9,11
  14:13
medical  169:24
  188:5 197:10
  203:19 204:12
  205:11 207:23
  208:14 209:3,10
  209:13 210:13,15
  210:20,22 222:3
  223:9 240:13
  242:10,13,18,25
  257:14

medically  169:23
medication  7:20
  7:23 8:3,8 188:20
  189:2,3 199:3
  208:8 246:2,10,11
  256:14
medications
  188:20 189:4
medium  120:17
meeting  78:10
  174:19,25 175:9
  175:12 176:5,10
meetings  80:13
  81:13
memo  114:23,25
  115:12 146:7
  153:16,17 154:11
  154:13 155:15
  157:24 158:24
  228:15,18 260:22
  260:23,24,25
memorandum
  145:14,16
memorial  78:3,11
  79:13 80:16 85:4
  86:12,22 89:23
  91:24 117:20
  118:2
memory  26:19
men  129:24
mental  203:9
  206:13 207:14
  208:15 212:18
  213:10 218:12
mention  133:15
mentioned  8:12
meom  261:12
message  187:18
  219:8
met  4:25 5:4 110:6

methods  244:13
michelle  123:9
middle  42:24 43:7
  64:12
milligrams  208:5
mind  48:25
mine  61:2,7,8
mineola  1:11 2:9
  101:7
minute  45:18
  52:25 84:16
  178:17 215:16
  256:10,12 257:9
minutes  130:12
  226:4 256:18
  257:24
mischaracterize
  118:5
misdiagnosed
  183:14
misrepresentation
  56:4,12 67:24
misunderstand
  132:5
mix  205:13
modification  18:3
modified  227:5
moment  85:12
  210:14
monday  126:16
  127:20 170:25
  171:9 172:2 174:6
  206:23 214:18
  216:18 217:14
  258:10
mondays  214:23
money  163:16
montfort  28:7
month  172:10
  192:22 194:14
  251:3,5 253:12

months  9:17
  116:23 127:8
  156:19 157:11
  195:5,6 241:11
  242:3,4,15,15
  247:8 250:24
  251:16
moot  156:14
morning  4:16,17
  166:14 168:12
  184:18,19 237:21
  237:23 238:9
morphine  182:8
mortgage  29:5,18
  97:15
moses  121:16
move  85:18
  140:22 231:15
moved  114:7
  126:10,15 127:24
movement  81:14
mris  245:11
multiple  24:18
murphy  123:9

n

n  4:2 75:3,8,12,21
  124:22 260:2,21
nah  149:13
name  4:8,18 20:3
  25:12,13 35:8,9
  43:4 53:19 54:4
  54:11,17 61:4
  64:7,8 71:16
  81:18 83:3 93:12
  101:15,16 104:11
  110:11 123:10
  131:17 132:3
  139:4,12 140:17
  141:5,7,13,17
  142:14,18,20,21
  142:22,23 143:3,4

[name - office]

143:5 144:10,23
152:3 162:20,21
175:4 181:10
187:3 198:22
199:9 219:10,11
231:3 242:7 263:3
263:4
**named**  103:14
123:9 132:11,13
132:13 165:14
**names**  84:2,3
85:23 86:3 104:12
109:7,9 110:3,7
130:2
**naming**  131:18
**naomi**  129:13
130:9 131:10
142:19 143:12,22
147:12 148:21
**nassau**  16:12
22:20 23:9 36:2,4
38:3 101:8 180:24
181:21,23 182:2
182:10 183:13
198:25 203:18
204:12 208:14
210:12 223:8
**national**  159:15
**native**  57:22
**nature**  156:18
**necessary**  77:20
**need**  42:4 52:25
83:5,15 118:25
131:22 139:23
141:12 156:12
160:18 165:21
182:24 185:15,16
185:19 200:22
220:21 221:4
228:10 229:23
230:3 241:13

242:2 243:11
**needed**  26:8 67:21
77:16 146:23
217:10 230:19
239:5
**negotiated**  227:14
**neighbors**  81:10
**nerrick**  58:9 59:11
59:12,24 112:4
113:6
**never**  11:5,14
32:23,24 33:2,8
38:20 43:25 46:9
46:22 53:21,22
70:7 71:11 74:15
92:11,22 110:23
131:21 143:8
153:6 162:17
167:19 174:8
177:4 207:21
231:11 248:22
**new**  1:3,11,19 2:5
2:9 4:13 9:3,5
10:21 11:2 48:17
50:25 51:9,11,14
87:20 146:24
216:24 251:7
262:5 263:2
**newton**  20:5 21:4
21:10
**night**  181:3 183:18
183:19 237:9
252:15
**nods**  6:4
**noncompetitive**
68:9,11 69:5
260:18
**nope**  242:9 254:17
**notarized**  162:2
**notary**  1:18 3:16
4:4 259:16 262:4

263:24
**note**  34:19 41:7
183:2,5 186:16
187:23 197:14
198:21 199:5,12
199:20 200:3,7,10
200:19 201:4,8
202:3 222:3
241:14,14 242:10
242:13,18,25
243:5 255:10
**noted**  259:7
**notes**  178:25
187:24 190:13
192:11 196:22
197:2,10 261:7
**notice**  5:8 77:5
209:19,20 214:14
225:21 261:9,11
**noticed**  239:12
240:17
**notified**  191:17
217:24
**notify**  184:12
204:23 229:20,21
**notifying**  84:14
**number**  35:18
54:5,12,17 61:5
100:7 127:8 137:9
137:15 185:9,13
219:4,23 220:11
220:17 224:17
225:3 240:10
**numbers**  108:6

---

**o**

**o**  114:23 115:2,7
115:17 116:13
124:22 260:22
**object**  21:23 31:8
56:7 68:2 81:25
87:25 94:7 119:23

128:24 162:8
179:13 220:14
**objection**  6:23
56:14 94:13
135:20 153:9
160:10,24 185:10
**objections**  3:11
6:18
**objective**  162:23
163:10
**objects**  253:24
254:6
**obligations**  17:19
17:21
**observe**  108:25
134:17 145:8
**obtain**  22:21 23:3
23:13,17 56:13
67:25 185:17
242:10 251:6
**obvious**  83:6
**obviously**  83:21
129:9
**occurred**  18:17,22
78:17 79:6 203:22
204:15 235:16,22
**occurring**  229:18
**october**  32:8 63:13
163:24 205:24
233:17,20,23
235:18,25 237:7
237:25 238:2,4,6
243:25,25 249:9
249:23 255:11,14
**offer**  25:2
**offered**  49:20 51:9
58:12,23 59:4
157:5,21
**office**  28:13 67:3
76:25 77:22 101:7
101:9 106:17

110:22,24 113:5
113:23 114:8
117:2,6,24 124:2
149:19 150:6
155:23 156:2,4,5
175:3 186:17
187:12 195:22
196:3 231:11
**offices** 132:15,23
**oh** 81:2 175:15
189:23 207:3,3
216:4 241:15
256:17
**okay** 5:18 7:24 8:2
11:18 12:8,19
14:19 15:2 26:18
26:20,22 36:3,23
37:3 38:17 39:24
40:16 42:16 43:24
45:2 49:6,18
51:18 52:3 53:3
54:2 57:24 59:2
65:22 66:5,7
69:17 73:10,17
74:9 75:10 78:24
85:20 88:16 91:20
100:4 102:15
104:13 114:16
117:9 119:18,21
120:12,15 129:16
134:9 138:5,11,16
139:19 140:19,21
146:2,15 147:23
147:24,25 149:22
166:24 169:2
170:24 179:10,18
180:10 187:17
188:2 189:16,23
200:24 201:5,17
202:10 207:4
210:4,25 211:25

212:8 214:16
216:13 217:3,15
218:6,21 222:20
225:14 227:3
228:13 231:14,17
233:13 237:24
238:7,10 241:16
244:19 245:8
249:10,21 252:14
252:20 256:10,23
**okd** 71:20
**old** 1:11 2:9 20:8
20:25 32:2 147:20
**once** 5:2,5,16
50:23 86:24
113:12 166:18
167:3 173:16
182:15 206:18
245:15,16,17
253:8,11
**ones** 41:9 89:10
108:8 132:11
143:14
**open** 127:4,9,11
127:12 136:5
143:16,22,25
144:5,11,19,23
174:5 178:13
**opened** 143:20
188:18
**opening** 145:9
253:24
**operate** 127:2
**opponents** 106:18
**oral** 6:4 231:24
232:20
**order** 67:25 89:22
108:11 175:15
257:20
**orders** 118:13

**organization**
80:17 81:4 92:3,6
**organizations**
29:23 30:2
**organize** 81:14
**organized** 80:25
**original** 171:8
226:22
**originally** 163:7
170:24
**outcome** 10:9 13:6
17:11 88:8 109:13
109:16 174:7
175:11 245:18,23
262:15
**outset** 128:13
**outstanding** 17:18
17:20
**overall** 167:23,25
**overnight** 181:2,4

**p**

**p** 145:14,18 146:4
260:23
**p.c.** 2:3
**p.m.** 84:21,21
171:10 178:19,19
202:17,17 215:19
215:19 226:6,7
227:22,22 237:18
237:18 257:12,12
259:7
**page** 34:20 35:7,13
35:17,23 36:21
37:5,7,21 43:7
53:9,14,15,16,18
54:2,4,9,11 55:4
57:12 60:22 61:9
62:14 67:10 73:21
199:21 258:17
260:3,7 261:3,15
261:20 263:5

**paid** 72:19 163:18
163:20 233:12
248:5,7,9,11
**pain** 189:4 235:24
236:12 255:6
256:13,15
**painkillers** 246:5
**pains** 197:25
198:11
**paint** 133:16,21
**painting** 134:15
**pamphlets** 92:2
**pancreatitis**
179:25 180:4,8,18
182:16 184:11
192:22 193:5,6,16
193:23 198:4
199:7 212:17,25
213:5
**panico** 2:10 4:15
4:18 12:21 13:21
20:14 27:8 34:12
34:23 38:7 40:17
40:24 41:25 42:7
42:13 43:2 44:15
45:6 47:2 52:13
60:6 61:24 63:10
64:20 68:7 75:2
75:17 83:5,14,19
84:5,17,23 114:22
129:4 140:6
145:13 157:23
158:23 166:8,19
178:16,20 179:16
180:5 185:20
186:12,21 202:14
202:18 209:17
213:2,15 215:14
219:21 220:7,16
221:2 225:19
226:5 235:23

[panico - plan]

240:7 242:23
248:16,21 257:8
257:13 259:6
260:4
**paper**  66:17 69:21
69:23 70:2 239:23
**papers**  15:24,24
66:15
**paperwork**  25:17
45:11,12 46:15
50:3
**parade**  78:4,11
79:13 80:17 81:6
85:5 86:12,22
89:23 91:24
117:20 118:2
**paragraph**  116:14
155:21 156:15
157:3
**paralegal**  22:15,16
22:18,25 38:5
54:21,24
**parent**  20:12
**park**  142:25
148:20
**parked**  136:21
**parking**  136:6,11
136:13,19,22
137:3,16 138:10
138:14,15 142:24
146:20 147:11
234:7 236:4
**part**  44:11 49:11
53:16,17,23,23
61:11 64:13,18
80:5 95:6 99:12
108:23 113:10
132:21 133:2,6,9
133:12,14 144:16
145:3 163:6
167:25 178:5,8,11

226:13 231:4
**participated**  92:16
**particular**  8:4
26:6,7
**parties**  3:6 95:7
262:13
**party**  93:22 94:2,5
94:9,12,14,17,18
94:21,22,25 95:4,6
95:10
**pass**  152:16
169:16
**passed**  70:22
74:22 88:6,9,12
**passes**  143:6
**passing**  92:4
**patron**  161:7
**patrons**  161:3,11
161:16,20
**paul**  58:9 59:11,11
59:24 112:4 113:6
113:15,22,25
142:23
**pay**  17:18,20
230:18,19 247:22
247:23,24 248:14
248:15
**payroll**  44:4 72:11
116:5 142:10,11
**pending**  7:3,4
15:18 91:19
139:25 210:3
221:7
**people**  57:25
80:12,22 82:4
86:16 92:6 95:8
110:7 139:12
141:2 150:3,11
162:19 163:6
**perform**  128:21
253:20

**performed**  128:3
128:9,17,18,19
129:7
**period**  21:3 70:14
70:16,22 74:22
179:7 193:21
212:16,19,21
**permanent**  39:4
53:23 100:21
102:5,8
**person**  40:13
82:20 107:13,15
108:10 160:8,14
203:24
**personal**  8:21
10:20 35:23 41:2
41:3 56:25 57:6,7
57:8,10 114:19
116:17 118:20,22
185:14 194:18,20
196:18 230:20
232:10
**personnel**  42:21
42:22 63:12,14
71:15 260:11,16
**pertaining**  14:3
193:16
**perusing**  27:15
28:20 29:15 35:5
38:16 42:15 47:11
52:21 60:15 63:24
65:12 68:22 71:5
74:8 75:15 115:5
145:25 153:21
154:17 158:7
159:7 189:15
197:4 209:24
213:25 226:2
228:23
**peter**  175:6

**petition**  86:13
87:2 106:15
**petitions**  100:3,4
104:3,6,7,19,23
106:8,17,21,24
107:2,9,11,21,24
108:5,19 109:2,14
**phone**  61:5 100:11
122:15,17 164:12
184:24,25 185:4,7
185:9,13,17 186:2
186:12 189:18,19
189:20 190:2,16
190:21 191:2,3,8,9
191:12,14,15
206:4 219:17,19
220:4,8,11,15
224:18,19,22,25
239:25 240:8
**phonetic**  159:17
175:7,7
**photocopy**  41:21
**phrase**  17:5 73:3
**physical**  246:18
247:5,7,10,15
248:18 250:16
252:9,13,17
**pick**  236:7 238:20
**picked**  234:20
**picking**  234:10,13
239:12
**pictures**  148:13
**pieced**  36:16 37:11
**pineyro**  89:17
90:6,15 91:4,9,14
**place**  1:17 17:13
91:23
**plaintiff**  1:6,16 2:4
4:3 8:22,24 258:6
**plan**  81:5 153:10
153:11,12,13

158:25 159:3
261:5
**planned** 77:8
**planning** 153:4,7
**plants** 165:4
**played** 166:2
**please** 4:7 7:10
40:3 54:6 75:3
99:11 169:13,16
192:10 197:18
205:8,17 215:11
**pocketbook**
239:14,15,17
**point** 11:4 23:21
33:9 48:14 50:8
51:8,22 58:2
59:25 77:15,24
92:14 97:17
111:19 121:22
125:6 135:23
145:20 149:3,16
149:20 150:2
164:16 165:9
168:6 170:14,21
171:10,17 172:5
174:18 176:15,25
179:23 184:9
186:4 204:4,22
205:18 206:5
218:7 225:7 233:9
236:14,17 238:11
241:6 245:8 254:9
255:24
**police** 137:18
204:6,8
**policy** 188:12
189:9
**political** 30:2
93:22
**politics** 92:16 93:4

**pool** 131:2,9,16,25
165:25 167:4
**poor** 160:22
**poppies** 92:7
**portion** 31:14
54:13 202:25
**portions** 62:5
**position** 25:2,14
33:22 34:5 36:6,8
39:2,4,8,13 44:18
44:20 45:24 46:6
46:10 48:17 49:3
49:10,14,20 50:2
50:18,23 51:9,12
51:14,24 56:20
58:3,13,24 60:3
62:11,21 63:5
65:21,23 66:13,23
69:8 70:4 76:22
77:14,15 110:25
111:10 124:4,7
260:12
**possess** 145:21
**possessed** 139:5
**possesses** 12:23,24
**possession** 12:15
113:8 185:25
**possibility** 241:11
253:16
**possible** 212:8
**pot** 166:4,14
**pothole** 235:3,4
**pound** 254:7,12
**pounds** 239:20
**practitioner** 181:7
181:11
**preceding** 192:22
**prepared** 25:17
27:24
**prescribe** 208:16

**prescribed** 207:23
208:3,9 245:25
**presence** 150:9
**present** 4:11 15:3
85:12 92:25
**presented** 76:8
187:4
**presently** 19:11
**previously** 28:9
55:7,12 56:20
57:2 82:13,23
185:24
**price** 162:11
**print** 202:12
**printout** 108:13
**prior** 26:15 55:17
62:14,16 67:11,17
116:18 203:12
214:4,7 215:20
216:2 223:9
235:13
**privately** 30:16
**privy** 45:12
137:21,24 138:6,8
138:9
**probation** 68:18
70:14 260:20
**probationary**
70:16,22 74:20,22
**problem** 140:7
235:12
**problems** 236:9
**procedure** 1:20
**proceed** 42:2
**proceeded** 155:22
**proceeding** 17:12
17:12
**process** 16:9
**produced** 185:23
186:4

**production** 12:22
13:22 220:8 240:8
242:24
**program** 102:10
157:6,21 159:16
**promised** 203:12
**pronounce** 121:15
**property** 102:10
102:12,14 103:13
**protect** 80:10
**proven** 177:24
**provide** 82:14
152:15 185:19
186:10,17 209:3
209:10,14 210:20
219:22 220:10,14
243:4
**provided** 42:8
154:7 188:5
210:15,23 220:18
220:19,21 255:9
**provider** 185:6
**providing** 85:23
211:2
**psychic** 120:24
**pt** 61:7
**public** 1:19 3:16
4:4 40:14 101:6
259:16 262:5
263:24
**pulled** 101:13
**pulling** 236:6,16
**punch** 236:23
**punched** 237:4
**punish** 118:16
**punishing** 117:14
**punishment**
117:12 118:9
119:12 120:7
**purpose** 136:3
252:2

| | | | |
|---|---|---|---|
| **purposes** 185:15 | **questionable** 108:8 | 247:16 254:8,10 | 177:8 180:3 |
| **pursuant** 1:19 5:8 188:12 | **questioning** 21:24 31:9 56:15 | **reason** 7:7 55:16 56:24 62:20 67:14 | 182:12 184:4 191:11 196:2,7,10 |
| **pursue** 22:12 185:16 | **questions** 6:19 7:22 8:6,10 13:12 | 80:2 83:5,10,13,14 137:11 162:3 | 196:14 212:12 216:20 219:10 |
| **put** 29:21 41:18 55:23,24 61:11 | 13:13 14:6 41:12 45:14 119:9 | 193:7 206:17 207:10,11 221:18 | 223:12,15,18 229:11,18 230:9 |
| 65:24 66:9,14 108:7,10 165:7 | 157:14,18 249:17 249:18 | 225:10 230:20 263:5 | 233:16,19 242:7 |
| 166:3 172:10 183:2 199:17,23 | **quick** 194:7 **quit** 162:9,9,23,24 | **reasons** 67:17 206:14 | **receive** 104:18,21 155:2,5 158:15,20 |
| 249:24 250:10 | 163:11,13 | **rebuttal** 145:15,16 | 190:14 217:16 |
| **putnam** 4:12 19:7 | **quite** 181:5 | 147:6,8 260:23 | 222:10 226:17 |
| **putting** 200:15 | | **rec** 61:8 76:5,10 | 227:25 228:8 |
| **q** | **r** | 113:22 114:8,14 117:3,7,12,25 | **received** 13:15 14:12 15:23,24 |
| **qualified** 18:2 | **r** 4:2 154:11,14,19 | 121:11,22 122:9 | 47:23 72:15 73:5 |
| **queen** 142:20 143:13 | 260:25 **race** 57:14 | 122:13 126:8,11 126:15,25 127:6 | 99:16 155:8 156:23,25 158:18 |
| **queen's** 142:21 | **raise** 149:4 204:2 | 127:25 128:2,6,18 | 159:23 190:17,20 |
| **question** 3:12 6:11 | **ran** 39:4 148:9 | 128:22 129:2,8 | 191:10 192:19 |
| 6:21,22 7:4,5,10 | 180:20 203:16 | 130:4,17,25 | 217:18,20 221:6 |
| 7:15,16 13:25 | 213:12,13 | 131:12,21 132:12 | 228:7 |
| 14:7,10 20:13,15 | **rate** 44:6,8,11 | 134:18 135:3,9,12 | **receiving** 47:24 |
| 21:13,18,22 36:19 | **rays** 241:7 245:11 | 135:17 136:10,12 | 48:3 74:25 182:18 |
| 39:6,25 40:4 | **reactivate** 147:21 | 136:17 143:17 | 229:11 |
| 42:16 46:18 54:8 | **read** 31:13,15 | 145:22 146:21 | **recess** 41:16 42:5 |
| 58:22 81:22 82:9 | 36:18 41:8 42:3 | 151:13 163:2 | 60:12 65:9 75:18 |
| 85:2 91:19 108:18 | 47:13 55:5 105:18 | 170:16 172:11 | 84:20 |
| 128:11 137:25 | 132:7 198:22 | 178:14 188:17 | **recognize** 27:19 |
| 139:21,25 140:7 | 200:10 201:9 | 189:8 194:19 | 27:21 34:25 35:21 |
| 140:12,25 141:12 | 202:19 203:2 | 195:2,20,24 | 37:8,9 38:18 |
| 152:7 157:19 | 217:12 | 198:11 204:23 | 42:17,19 47:16 |
| 160:12 163:12 | **reading** 34:20 | 209:5 211:3 219:2 | 53:4,5,6,8,12,14 |
| 170:20,23 173:14 | 45:4 55:9 157:15 | 219:4 243:5 | 53:18,19,20,21 |
| 180:21 192:25 | **ready** 2:7 211:12 | **recall** 10:16 27:5 | 54:13 60:19,22,25 |
| 196:16 202:19 | 222:2 | 47:24 70:15 78:12 | 64:4 65:16 69:2,4 |
| 210:3 215:25 | **real** 194:7 | 78:24 79:3,5 86:3 | 71:9 74:13 115:9 |
| 218:6,15 221:7 | **realize** 134:4 | 141:4 144:23 | 115:11 146:3,6 |
| 224:10 225:10,14 | **really** 11:22 69:14 | 168:24 171:5,6,22 | 153:22 154:4,21 |
| 231:16,18 236:11 | 88:13 95:9 143:19 | 172:6,9 175:21 | 154:23,24 158:8 |
| | 191:4,5 236:13 | | 158:11 159:11,13 |

**189:17 197:8**
210:9,11 217:5,7
226:11 228:24
229:3
**recollection**  28:3
38:25 39:12 55:22
64:17 72:3,8,22
73:8 215:9
**recommended**
208:20
**record**  4:8 6:6,13
7:17 31:15 33:4
37:17,19 41:15,19
42:8 45:7 53:13
61:10 62:14 84:16
84:19 101:6,18,19
101:22 152:20,21
152:23 153:3
202:15 203:2
215:15 220:15
227:20 257:7
258:4 262:10
**recorded**  6:9
**records**  71:15
103:23 185:17
186:2,13 220:2,9
220:19 240:8
**recreation**  60:4
69:8,11,18 70:4,7
70:11 71:20 72:4
75:4,7,13 112:11
112:19 115:13
116:19 188:13
260:21
**recreational**  234:6
**rectify**  201:6
**referral**  160:3
**referred**  49:15
79:19 157:7
159:15

**referring**  28:9
45:7 48:8 53:14
57:9 62:25 100:16
103:15 111:7
129:22 189:3
192:13 193:9
199:7,18 210:23
215:5 227:4
234:25 249:8
**reflected**  29:10
**refresh**  28:2 38:24
39:11 55:21 64:16
72:2,7,21 73:7
215:8
**refused**  85:9
**refusing**  21:17
**regard**  30:14 85:3
227:11
**regarding**  12:25
47:4 78:2 161:7
161:12 192:9
212:18
**regardless**  79:4
**regards**  22:24
127:23 151:16
229:14 254:5
258:4
**registrar**  125:5,14
125:19,24
**registration**
106:13
**regular**  144:16
145:3
**related**  12:16
79:12 198:3
208:15 240:9
262:13
**relating**  193:22
253:2
**relation**  150:4

**relationship**
163:25 164:4
**release**  209:15
**released**  182:9,15
182:19 188:7
200:17 208:18
210:17 212:3,9
214:18 216:7,16
218:13,16 219:14
221:17 251:6
**relevancy**  21:12
84:2
**relevant**  21:20
**relief**  9:21
**religion**  119:14,17
119:19
**religious**  92:5
174:17
**relinquish**  20:9,11
20:21
**remain**  80:5
113:22
**remainder**  257:16
**remember**  9:23
10:2,7,19 11:3,6
14:17,21 16:20
17:5 25:12,12,22
26:20,23,24,25
27:2 33:19 34:10
36:3,25 46:11,15
46:20 48:3 49:24
50:4 61:20 62:8
62:12 70:12 71:13
74:18,24 78:13
79:24 81:2 82:19
82:20,22 87:5,8
89:8 100:6 104:11
104:15 105:6
110:4,11 112:24
113:3 126:21
143:5 144:10

**148:9 155:7**
158:17 160:6,16
160:20 170:8
174:23,24 175:10
176:9 177:2,7
180:6,9,20 182:7
187:2 192:24
193:8 197:21
211:2 214:21,21
217:18,20 219:5
221:10 223:14,17
223:21 224:20,24
228:12 233:15,18
233:21,22 244:23
253:7,13,17
**remnants**  234:15
**rented**  129:19
**rep**  174:20 175:5
176:7
**repeat**  31:11
**repeatedly**  57:19
**rephrase**  7:11
99:11 128:12
166:9 193:2 228:6
249:20
**replaced**  77:4
**report**  41:2,3
42:20,22 63:12,14
68:15,18 74:20,21
102:17 107:6
137:18 180:15,17
217:10,14 237:6
256:3 260:11,16
260:19,20
**reported**  107:7
137:17 150:13
**reporter**  4:6,7,10
31:12
**reporting**  263:2
**represent**  4:19
45:21

[representations - salary]

**representations**
  57:18
**representing**  16:5
**reprimand**  156:16
  156:22,24 160:4
**republican**  104:22
**request**  44:17,19
  45:23,25 46:4
  76:10 98:11 148:4
  152:14 154:8
  176:11 188:9
  219:22 220:17
  228:2,10 230:22
  231:19,21 232:11
  232:15,17,20
  233:3,5 260:12
**requested**  31:14
  114:18 135:24
  138:25 139:6
  143:7 147:13,18
  147:19 185:22
  202:25 229:5
  230:15 245:21
**requesting**  139:17
  140:15 248:22
**requests**  261:19
**required**  77:7,8,11
  105:2 120:2 157:3
  201:14 249:3
  252:5,10
**requires**  189:9
**research**  24:14
  56:21 62:18 98:4
  98:5,6,16
**reserved**  3:12
**residence**  100:21
  101:5 102:6
**residency**  101:20
  102:8
**resident**  80:8
  102:7

**residents**  24:19
  81:8,9
**resolution**  79:20
  79:22 85:4,15
  87:18,20,23 88:6
  88:19 91:21
**resources**  115:15
  139:2,7,18 147:14
  158:2,12 261:4
**respect**  129:8
**respective**  3:6
**response**  6:12
  148:7,8,10,24
  192:7
**responses**  6:3,4
**responsibilities**
  132:21 133:25
**responsible**
  164:15,19
**rest**  238:25
**result**  9:16 59:14
  212:24
**resuming**  257:19
**resumé**  27:10,11
  27:22 260:8
**retained**  261:13
**return**  155:24
  183:6 199:13
  200:20 201:14,21
  212:20 216:19
  221:19 222:4
  223:24,25
**returned**  188:6
  190:11 212:12
  217:2
**returning**  221:16
**review**  27:17
  45:16 47:9 52:23
  60:17 64:2 65:14
  68:24 71:7 74:10
  75:21 104:19

  115:6 154:19
  159:9 210:7 226:9
**reviewed**  104:3
  107:21,24 108:4
  108:19 109:18
**reviewing**  42:14
  106:15,20,23
  109:2 215:22
**rice**  93:16,16
  94:11
**richardson**  48:22
  49:13 51:9 61:10
  89:21 90:3,17
  91:14 110:9,12,16
  110:23
**richardson's**
  90:20
**riding**  45:4
**right**  14:11 17:6
  19:7 28:19 37:4
  38:6 44:4 61:8
  79:13 80:10,11,14
  80:14 83:3 85:18
  93:15 96:22 104:4
  107:4 110:7 117:7
  125:21 130:22
  135:25 136:17
  139:25 141:18
  145:12 147:17
  157:10,12 164:2
  164:17 168:4
  174:17 176:22
  177:10 183:7
  188:8 196:18
  197:16 199:6,15
  200:9 212:7
  214:11,17 220:12
  222:16,17 223:7
  233:9 239:7 242:3
  243:12 251:8
  255:11

**rights**  83:8
**rikey**  175:6
**ringing**  122:15
**rink**  129:18
  130:21 131:2,16
**road**  1:11 2:9
**roller**  134:16
**rolls**  194:15
**room**  75:16
  129:14 130:10,19
  131:2,9,15,25
  132:17 133:5,11
  133:19 161:13
  164:17,20,21,24
  165:2,5,13,17,24
  166:6,11 167:17
  167:20,22,24
  168:4,7 170:4,10
  180:12 184:16
  205:8 234:3
  238:20 240:21
  241:4,5 246:4
**rug**  165:3
**rugs**  166:22
**rule**  189:9
**rules**  1:20 257:23
**ruling**  86:5
**run**  95:24 96:10
  213:4,8
**running**  93:9 99:3
**runs**  106:16

**s**

**s**  4:2,2 124:22
  157:25 158:4,9
  260:6 261:2,4
  263:5
**sabbath**  173:13,23
**sake**  231:14
**salaried**  59:19
**salary**  34:4,6
  39:20,21 40:5,6

44:5 50:20 51:21
52:5,10 59:13
72:11,12,14,19,23
73:6,8,15,18
**salley** 28:8
**sat** 230:24 231:2
**saturday** 172:4,15
172:22
**saturdays** 143:18
143:19 214:24
**save** 85:17
**saw** 46:9 53:22
90:24 164:5
181:11 205:14
207:2,7 211:24
238:21 252:25
253:15
**saying** 6:14 51:3
108:17 118:6
119:13,15 120:4
157:15,16 193:10
209:25 217:9
250:9
**says** 28:7,11,18,22
29:4 35:8,18,25
37:25 38:23 40:11
40:19 42:20 43:4
43:8,8,19,20,23
44:4 45:23 47:19
47:22 48:9 53:22
55:15,16 56:24,25
62:20 69:21,23
70:2,13 71:17,20
71:23,24 73:20,22
103:11 116:14
135:22 147:6,22
156:9 158:25
159:19 191:19
197:18 200:19,22
201:7,10,12
214:17 217:11

223:23 226:13
256:9
**scandinavian**
219:11
**scarves** 32:24
**schedule** 126:19
170:15,25 171:8
171:18,22 172:15
172:23 173:2,16
176:14 177:18,19
**scheduled** 25:16
25:17 232:12
**school** 22:10,13
23:8 25:5 26:12
26:14,17,21
**scott** 48:21,21
89:20
**scraping** 133:16
**scribbles** 212:4
**scrutinized** 106:18
**scrutinizing** 107:9
107:10
**sealing** 3:7
**seas** 43:9
**seasick** 44:24
**seasonal** 33:24,25
34:2 36:9,12
38:24 39:3,4,9
40:8,9,11 43:9,18
43:21 44:2,10
46:5,24 48:6,9,13
48:15 50:22,24
51:5 52:2 61:13
61:14
**second** 28:12 35:7
35:22 36:20 37:5
37:17,21 54:3,10
55:4,6 61:9 67:10
73:21 76:4 97:5
108:15 133:24
171:21,23,24

189:24 198:21
199:5 202:3
205:20 206:4
224:4
**secretary** 41:22
**section** 42:24 44:4
57:13,16
**security** 54:12
65:4
**see** 21:12 34:23
36:11 37:24 41:10
41:12 45:20 46:4
46:16,22 57:25
63:17,20 66:4
74:20 76:2 77:16
84:2 112:6 134:22
147:15 148:2
180:14 182:23
183:25 192:10
199:16 200:2,21
206:24 207:5
236:25 253:5,8,11
**seeing** 46:20 74:18
**seek** 16:7
**seeking** 9:21,24
10:3 16:10
**seen** 38:20 45:25
46:12,19 71:11
74:15 75:23 92:12
135:4 153:25
**sell** 15:25
**selling** 92:6
**send** 190:12
**sending** 191:16
**senior** 132:15
133:8 150:12
151:2,5 161:3,7,11
161:12,16,20
162:16 163:9
164:17,20,21,24
165:5,13,16,24

166:6,11 167:17
167:20,22,24
168:4,7 169:8,9
170:4
**seniors** 162:13
168:13,14,22
169:6
**sensitivity** 157:5,8
157:20
**sent** 61:16 76:9
180:16 182:2
184:7 189:21
192:7
**sentence** 217:12
224:5
**separate** 35:13
**september** 39:5
230:5,7,10 231:20
232:3,5 233:13
**sergio** 143:3
144:19
**serve** 12:2,5 70:15
96:7,18 99:6
**served** 5:9 25:19
**serves** 156:16
**service** 24:23 36:2
36:5,8 38:4 54:22
54:24 59:7 62:23
63:7 76:22 77:2
125:15,19,21
185:6 219:18
**services** 16:12
**serving** 98:25
99:25
**set** 262:8,18
**seven** 127:2,4,12
206:19,23 257:21
**sharene** 20:5
**sharpened** 129:19
**sheet** 263:2

[shift – skates]

**shift** 127:15,21
165:7 183:21
189:10 228:11
233:4 236:20
237:15
**shifts** 127:16
139:11
**shocked** 191:16
**shorthanded**
48:25
**shots** 244:14,20
**show** 71:2 74:4
75:10 153:14
154:10 189:12
196:24 225:19
228:13 255:16
**showers** 129:14
**showing** 120:10
**sic** 23:4,5 78:9,9
96:16,17 102:11
238:23 246:21,24
247:3
**sick** 45:9 114:19
116:16 184:5
186:25 188:14
194:3,9,11 196:7
213:12 218:17
223:10 225:4
**sickle** 26:7 205:13
238:12
**side** 108:8
**sight** 205:12
**sign** 48:4 66:7,15
86:12 256:7,8,10
256:25
**signature** 37:7,8
37:10,21 47:18,20
53:20 115:19,20
159:19,20,21
226:14,15 258:18
262:22

**signatures** 78:3
79:12,16 80:2,16
80:20,23 81:19
82:21 83:9 85:2,7
86:11,18,25 87:4,7
87:12 89:23 90:7
91:5,7,13,17 92:4
107:3 117:19
118:2
**signed** 3:16,17
48:5 53:25 65:24
66:17,20,22 100:3
100:5 158:12
159:17 161:23,25
248:24 256:11
**signing** 47:25
**sing** 150:19
**sinkhole** 9:8
**sit** 141:6
**sitting** 203:9
238:18
**situation** 83:4
**six** 70:25 195:5,6
247:8 250:24
**size** 34:21 136:19
234:7
**skate** 131:15
132:19 133:20,21
134:2,6,8,9
**skates** 1:5,15 4:1,9
5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1,23
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1,10
27:11,16 28:1
29:1,22 30:1 31:1
32:1 33:1 34:1,25
35:1,8 36:1 37:1

37:20 38:1 39:1,8
39:25 40:1 41:1
41:18 42:1,2,8,10
42:17 43:1,5 44:1
45:1,7,15 46:1
47:1,8,19,23 48:1
49:1 50:1 51:1
52:1,22 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1,16
61:1 62:1 63:1,25
64:1,7,8 65:1,13
66:1 67:1 68:1,23
69:1 70:1 71:1,6
71:17 72:1 73:1
74:1 75:1,20 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1,24 85:1
86:1,2,10 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
108:14 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1,19,20
130:1 131:1 132:1
133:1 134:1 135:1
135:11 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1

145:20 146:1,3
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1,18
155:1 156:1 157:1
158:1,8 159:1,8
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1,4
180:1 181:1 182:1
183:1 184:1 185:1
185:24 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1,5,19
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1,6 211:1
212:1 213:1,18,20
214:1 215:1,20
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1,8
227:1,23 228:1,24
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1

256:1 257:1,14
258:1,2 259:1,11
260:4 263:3,4,20
**skates's** 240:10
259:4
**skating** 131:2
**sleep** 252:3
**sleeping** 189:3
252:19
**slips** 230:25
**small** 11:16 12:9
34:21
**smith** 58:9 59:24
112:4 113:7
**social** 54:12 65:4
**soft** 250:13,14
**solicitation** 91:22
**somebody** 87:9
120:19 184:22
191:2
**someplace** 152:4
**somewhat** 5:21
47:17 52:24
**son** 181:13
**soon** 239:9
**sorry** 17:5 20:24
24:20 36:14 50:22
56:9 66:10 80:3
105:14 110:25
116:12 122:16
131:24 196:16
216:12 221:11
222:8 250:5
**sort** 33:3 35:17
120:15 183:13
208:19 221:23
227:3 240:13
**sound** 123:10
**south** 180:24
181:21,22 182:2
182:10 183:13

198:24
**spaces** 138:16,19
138:21 148:11,12
148:14,16
**span** 212:21
**speak** 58:20
139:23 187:14
222:22 256:12
**speaking** 156:3
**speaks** 151:20
**specialist** 244:6,10
250:4 252:23
**specific** 99:21
130:8 140:12
172:9 234:9,19
235:2,7
**specifically** 35:20
91:6,8 101:22
106:19,23 108:18
219:3 223:12
250:17 251:10
**specification** 75:4
75:6,12 76:12
260:21
**spiritual** 119:4,6,7
**spirituality** 119:16
119:18,22 120:8
**split** 175:16
214:22
**spoke** 29:2 55:8
62:17 67:12 85:10
90:25 174:14,15
186:24 187:2
219:5 221:12
239:4
**spot** 256:22
**spots** 137:2
**spy** 150:3,11
**stacks** 107:13
**stands** 83:21

**star** 102:10,11
**start** 15:4 39:15
54:7 92:21,23
99:9 126:7 166:12
233:4
**started** 39:17,22
50:5 162:10 167:4
206:24
**starting** 34:4,6
39:20 40:4,6
**starts** 189:10
228:11
**state** 1:19 4:8 34:8
87:20 262:5
**stated** 72:17 89:20
92:13 118:4 140:9
155:16 186:2
198:13 210:19
241:25
**statement** 116:13
116:20 169:7,7
**states** 1:2 28:12
62:15 64:13 69:10
69:17 104:2
106:25 156:15
157:2 192:6
222:21 224:4,11
**stating** 192:20
222:4
**status** 15:21
**stay** 26:8 80:7
181:2,4 182:4
190:12 200:22
206:19 257:16
**stayed** 203:19
206:17
**stenographer** 5:23
6:13
**stenographic** 5:25
**stenographically**
6:10

**step** 235:3
**steps** 16:3
**stick** 110:8
**stiffness** 236:5
**stipulated** 3:4,10
3:14
**stipulations** 1:21
3:2
**stomach** 44:25
**stop** 89:22 90:7
91:5,7,17 108:15
133:23 150:3
234:24 247:17
**stopped** 92:22
221:8
**straight** 118:13
**street** 9:8 54:5
**stress** 18:19,24
**studies** 22:15,16
22:18,25
**stuff** 92:7 236:7
**subject** 16:15,19
156:19 216:24
258:8
**subjected** 76:4
**submit** 49:22
61:18 115:22,25
157:4
**submitted** 62:10
66:2,11,12 73:21
73:22 197:11
201:9 202:4,5
216:11 231:19,21
**subpoena** 186:6
220:21
**subscribed** 259:13
263:21
**subsequent** 227:25
228:9
**substantial** 100:7

[successfully - terminated]                                              Page 31

successfully 41:23
sue 73:13 153:10
sued 11:5 14:19
suffering 207:13
suffolk 16:12
  28:13
suggested 39:15
  243:11
suing 11:23 14:17
suit 10:21 12:16
  169:19
suite 2:4
sunday 171:19
  172:19 173:2,10
  173:25 175:16
  176:18,21 234:18
sundays 127:11,12
  173:12,16 174:8
  174:12 175:13
  176:11 214:19,25
  215:11 218:4
superintendent
  111:3
supervisor 59:21
  112:5,5 135:19
  141:22,23 142:3,7
  222:23 231:8
supervisors 187:5
  229:21
supplement 64:22
  64:24 260:17
supported 111:17
supporting 117:16
supposed 76:15
  157:17 183:16
  184:2 188:15,22
  205:6 249:16,18
supreme 16:2
sure 6:3 10:15
  23:4 33:15 37:23
  39:19 49:8 50:12

58:17 73:14 77:3
  78:25 84:17 88:3
  88:3,10,12,13,17
  89:8 100:25
  101:25 109:12,20
  112:13 116:24
  120:17 122:11
  123:7 125:23
  143:3,19,24 144:3
  144:15,25 145:11
  147:16 165:5
  179:15 183:17
  184:3,6 186:22
  188:25 191:5
  192:25 193:17,18
  196:20 210:24
  211:4 212:6,23
  214:10,22 215:2
  215:17 216:4,6,9
  222:25 226:5
  246:5
surgery 241:12
  243:12,15,23
  244:5,7 251:18
suspended 225:8
  225:15
suspension 156:21
  157:12 225:11
  226:18,20,23
  227:5,7,11,13,24
  228:7
swarmed 50:6
  51:17
swear 116:15
sweat 169:19
sweater 169:20
sweep 166:3
swell 240:14
  253:25
swelling 254:3

swole 238:23
swollen 239:13
  240:18
sworn 3:18 4:4
  259:13 262:8
  263:21

t

t 4:2 124:22
  158:24 159:4
  260:6 261:2,5
table 165:25 167:4
  167:5
tables 133:16
  166:2
take 6:13,25 7:5,6
  13:4 14:6 41:19
  56:2 67:22 76:21
  77:9,20 85:22
  104:25 105:5
  112:15 113:2
  116:22 125:18,20
  164:6 165:3
  166:24 167:6,8,10
  167:13 178:16
  186:8,15 189:24
  215:15 220:24
  221:11 226:3
  230:20 240:11
  243:2 248:25
  251:25 252:14,20
  256:6 257:8
taken 1:17 41:17
  42:5 60:12 62:23
  65:9 75:18 84:20
  101:2 113:14,15
  116:16 168:7
  170:4,6 178:18
  202:16 204:6
  215:18 222:14
  226:6 227:21
  238:19 245:11

256:14 257:11
talk 23:24
talked 14:3
talking 31:6 54:6
  93:14 163:5
  186:20 203:10
  210:4 216:21
talks 163:16
tamiko 124:21,24
  125:3,6,12,23
  126:4
tax 80:11
taxpayer 80:9
ted 159:17 175:7
telepathic 120:16
telephone 54:5,17
  220:2,17,18
  240:10
television 161:8
tell 26:23 84:11
  91:4 103:10
  118:15,18 119:24
  120:20 126:18
  130:12 132:4
  138:3 139:8 141:9
  142:25 168:19
  176:4,7 177:19
  187:7,15 190:8
  219:13 220:11
  223:4 241:19
  252:4,9,13
telling 82:5 152:4
  228:9
temperature
  161:12
temporary 40:9
  126:19
terminated 16:22
  16:25 62:21 63:5
  83:11

| | | | |
|---|---|---|---|
| **terms** 30:9 31:5,7 | 93:15 95:8,23 | **three** 25:18 58:11 | 121:11,23 122:9 |
| 31:18 83:25 85:23 | 96:16 100:13 | 76:9 86:17 105:3 | 122:11 123:22 |
| 88:22 114:18 | 101:15 102:19 | 105:25 106:3 | 125:6 133:7 |
| **test** 38:5 54:22,24 | 108:11 109:24 | 116:23 135:8 | 135:23 138:25 |
| 125:19,21 | 116:24 117:21 | 194:13,21,22,23 | 139:6,17 145:21 |
| **testified** 4:5 55:12 | 122:6 125:5 | 231:9 241:11 | 158:21 161:6 |
| 56:21 57:2 61:21 | 126:20,23 129:17 | 242:3,4,15,15 | 165:10 166:11 |
| 61:25 73:2 161:4 | 137:25 142:22 | 244:24 247:6 | 167:6 168:6 |
| 213:3 223:5 245:9 | 143:3,18,19 | 248:6,7,9,10 | 170:14,17,19 |
| **testimony** 214:4,7 | 144:15 145:5 | 251:16 254:2 | 171:10,17,20,21 |
| 215:21 216:2 | 151:20 155:11,11 | **threw** 150:5 | 171:23,24 174:18 |
| 262:7,10 | 163:22 172:13 | **thursday** 127:20 | 178:2,5,8,9,9,11 |
| **testing** 197:20,22 | 175:2,3,23 176:17 | 201:24 206:20 | 179:5,7,23 181:5 |
| 198:16 199:4 | 179:12 180:24 | 219:16 | 181:24 182:20,23 |
| **thank** 102:23 | 182:21,22 184:17 | **thursdays** 176:16 | 182:24 185:7 |
| **therapist** 160:21 | 185:2,2,4 187:23 | 176:17 | 188:14,17 192:21 |
| 203:13,16 248:18 | 190:23,23 191:6 | **tightening** 236:13 | 193:21 194:3,4,9 |
| 250:16 252:9,13 | 194:21 196:5,5,12 | 236:15 237:3 | 194:11,18,20,25 |
| 252:17 | 196:12 198:10 | **time** 1:17 3:13 | 195:13,17,20,21 |
| **therapy** 208:23 | 201:11,25 202:10 | 4:25 5:2,14 6:7,15 | 196:4,8,11,15,19 |
| 246:17,18 247:5,7 | 203:20 205:14 | 6:24 7:8 8:4,16 | 205:20 206:5,15 |
| 247:11,15 | 207:8 213:13 | 11:4 16:15,18 | 212:16,20 213:4,8 |
| **thing** 7:2 63:18 | 215:7 219:24 | 21:3 25:8 26:6,7 | 213:12,14 214:23 |
| 90:19 139:8 | 222:6,7 224:23 | 27:7 33:9 37:18 | 214:24,25 221:10 |
| 203:11,17 223:3 | 225:2,6 231:2 | 40:19 41:14,16 | 223:2,2,10 224:6 |
| 235:2,7 256:19 | 235:17 237:16 | 44:12 48:14 49:11 | 224:12,16 225:7 |
| **things** 44:13 | 243:18 245:17 | 53:23,23 58:2,6,12 | 226:22 228:2,3,10 |
| 117:22 118:3 | 246:4 251:17 | 59:25 61:10,11 | 229:5,9,23 230:15 |
| 120:10,13 132:9 | **thinking** 73:15 | 64:13,18 66:20 | 230:23 231:4 |
| 164:6,7 221:3 | 215:10,11 | 67:2,5,6,14 70:20 | 233:9,12 237:2,3 |
| **think** 8:7 9:10 | **third** 57:12 76:4 | 70:21 72:5,18,23 | 237:13,15 244:25 |
| 12:6,9,18,20 13:20 | 171:20 | 73:4,9 74:23 | 245:8 247:25 |
| 14:22 15:22 21:19 | **thought** 55:24 | 76:13 77:14,24 | 248:5,11 249:7,10 |
| 23:20 28:18 33:5 | 80:4,7 100:8 | 78:18 79:7,9 | 249:11,13 259:7 |
| 33:14 36:15,22,24 | 134:2,3 143:8 | 84:18 85:17 88:11 | **timeline** 79:2 97:2 |
| 36:24 46:14 48:2 | 171:4 192:15 | 95:20 96:22 105:4 | 97:3 147:16 |
| 48:2 56:17 65:17 | 206:11 216:21 | 108:17 111:20 | **times** 144:13,14 |
| 69:3 71:14 74:17 | 236:6 248:19 | 113:5,9,10,12 | 145:2,10 247:6 |
| 74:25 78:20 79:8 | **threatening** | 114:7,11,15,18,19 | 248:6,7,9,10 252:6 |
| 79:9,10 83:2 | 231:13 | 114:20 115:22 | 252:11,19 253:15 |
| 87:14,14 88:9 | | 116:7,16,22 | |

| | | | u |
|---|---|---|---|

**title** 24:13,23
43:20 48:9 50:7
50:25 51:18 57:2
59:3,7,10 62:23
63:7,8 64:14
65:20,23 66:12,14
71:20 110:19
111:4,25 112:10
121:18 122:19
123:18 124:13
125:3,12,15
**today** 5:20 6:8
7:20 84:6 141:6
197:19 255:6
**today's** 257:17,18
**told** 59:9 66:25
76:20 82:13 90:5
90:7 91:4 95:2
109:17 110:3
112:2,3 117:10
118:7,11 119:13
119:15,22 120:5,7
121:2,7 126:21
127:3 130:25
134:2 145:6
147:14 149:21
150:15,23,24
151:2,5,8,9 160:8
160:14,17,22
164:24 168:18,23
170:24 175:14,19
175:22 180:13
181:14,21 182:24
184:19 187:5,9
190:10 195:14
199:25 206:8
221:15 238:3
239:3,5 241:25
255:9 256:2,5
**tone** 155:17,18

**top** 35:14,19 42:20
43:3 45:23 53:8
64:6 198:23
**torn** 241:9,22
245:2
**total** 183:8 248:11
**tower** 124:10
**track** 108:16
**training** 104:18,21
157:5,8,21
**transcript** 85:13
86:4 104:14 262:9
**transfer** 135:12,17
**transferred** 50:24
83:11 112:19
113:21 114:13
117:2,6,24 119:12
121:10,22 122:8
122:12,13,22,25
123:21,25 124:10
125:7 151:13
172:11
**transferring** 120:6
**transition** 50:21
**treated** 207:13
**treatment** 182:18
207:24 208:20
244:8,13 246:8,9
246:14
**tree** 203:16
**trial** 3:13 10:13,17
10:18 13:8
**tried** 244:13,17
**trigger** 245:5
254:14
**trouble** 135:13
**trucks** 124:11
**true** 262:9
**trustee** 77:25 78:5
78:17 89:14,16,21
90:11,15 91:8,9

100:16
**trustees** 24:18
89:4,9 90:21
**truthfully** 7:22
8:10
**try** 41:11 121:16
128:12,15
**trying** 26:14 37:12
85:17 231:14
244:7
**tuesday** 172:4,15
172:22
**tuesdays** 176:17
214:18,24
**turn** 73:21 122:17
242:20
**turned** 149:23,25
150:4
**turning** 217:3
**tv** 80:5,8,13
**twenty** 70:25
138:20
**twice** 62:17
**twist** 164:6
**two** 18:8 19:13
23:10 35:12 67:17
90:21 132:15
134:4 135:16
136:18 137:20
151:12 167:2
177:11,14,17,22
178:6 183:9
187:21 203:11
226:18 227:2
231:9 233:5 234:7
243:19,21 244:23
251:21 254:2
**type** 51:13 219:11
**types** 194:7
**typical** 127:15,15
127:20

**u** 178:21,23
189:13 197:12
261:6
**uh** 28:14,24 43:6
43:11 48:10 57:15
60:18 62:19,22
67:13 74:12
239:18
**ultimate** 88:7
174:7
**ultimately** 173:24
**unable** 41:7,10,23
253:20
**unauthorized**
230:6 233:7
**unaware** 82:3
**unclear** 127:18
128:14
**underneath** 28:11
28:22 43:19 165:3
**understand** 7:9,14
7:21 8:6 20:13
51:2 109:15
118:24 119:2,3,25
121:5 141:3,14
149:10 160:11
179:20 186:7
189:2 249:19
**undo** 20:20
**unexcused** 155:23
**unfortunately**
81:21 118:25
140:2
**union** 159:17
174:14,15,15,20
175:5,19,24 176:7
226:25 227:10
256:20
**united** 1:2 28:12

| | | | |
|---|---|---|---|
| universities 23:11 | 164:24 168:17 | 89:10,14,17 | wanted 14:9 25:5 |
| university 23:2,9 | 173:6,20 187:7 | voter 106:12 | 52:3 76:6 107:16 |
| 204:13 210:13 | 213:17,20 221:12 | **w** | 117:11 137:11,23 |
| unpaid 156:21 | 228:16,18 230:16 | w 202:20,23 261:8 | 138:13 142:14 |
| untruth 154:24 | 232:16 243:6 | wage 34:10,11 | 151:9 152:19,21 |
| upper 199:6 | 256:6,9 | wait 6:11 207:3 | 152:23 153:2 |
| use 146:13 153:4,7 | victoria's 175:2 | 215:10 244:4 | 175:20 216:24 |
| 155:18 185:6,15 | village 1:8 4:19,21 | 256:10,11,18 | 229:8 |
| 191:25 219:18 | 5:9 10:25 11:8,9 | waiting 238:18 | wants 37:14 |
| 224:21 235:8,10 | 15:6 16:22 17:2,9 | waived 3:9 | 256:12 |
| 236:8 | 18:18 21:14 23:22 | waiver 68:9,11 | warning 156:17 |
| **v** | 24:2,4,8,9,19,25 | walk 136:16 | 227:25 228:9 |
| v 178:21 196:25 | 25:3,8,24 27:4 | 149:19 155:22,25 | wash 166:4 |
| 197:6 261:7 263:3 | 28:4,23 33:10,18 | 156:11 | washed 165:7 |
| vacation 114:19 | 39:18,22 40:10 | walked 150:6 | watch 151:9 |
| 116:16 194:3,25 | 48:16,18 51:5,15 | 156:4 169:22 | watching 150:16 |
| 196:4 233:8 | 51:16 53:24 56:19 | walking 136:18 | water 124:10 |
| vegetable 31:6 | 57:3 58:4,17 60:2 | 156:5 | wave 149:16 |
| vegetables 31:22 | 62:16 67:7 73:24 | walks 163:17 | way 7:11 93:3 |
| 32:15,18 | 77:4,5 80:9 83:17 | walls 133:17 | 97:7 99:18,24 |
| verbal 77:25 78:5 | 83:25 84:10 87:16 | want 7:7,15,17 | 108:16 120:9,13 |
| 78:16,21 79:4,6,11 | 87:24 89:3 97:10 | 13:23 14:6 19:3 | 128:5 143:11 |
| 161:2,10 | 97:20 99:10,15 | 22:8 23:23,23 | 164:19 165:19 |
| veritext 263:2 | 103:20 109:11,22 | 25:4 38:17 41:18 | 172:10 262:15 |
| verizon 185:8 | 110:17 111:21 | 63:20 65:7 73:14 | wear 249:3 250:2 |
| 219:20 240:3 | 112:12 123:16 | 78:25 80:12 96:21 | 250:22 251:2,13 |
| versed 31:19 | 124:25 146:10,17 | 116:13 117:11 | 252:5,10 |
| veteran's 102:13 | 146:20 156:23 | 118:5,8 119:23 | wednesday 201:19 |
| vicky 111:13 | 174:4,5,10 193:24 | 128:20 132:8 | 204:16,18 219:15 |
| 141:17 142:6,19 | 194:8,20 195:3,4 | 137:8,14 138:2 | 222:20 |
| 143:13 147:12 | 195:23 209:4 | 147:16 148:20 | wednesdays |
| 148:21 150:23 | 211:3 216:11 | 150:8 162:20,24 | 176:16 218:5 |
| 151:8 163:4 | 217:25 218:11 | 162:25 163:13 | week 76:4 127:2,4 |
| 166:10 167:16 | 219:2 224:6,12 | 183:11,14 188:25 | 127:13 143:20 |
| 187:9,10,11,12,23 | 263:3 | 194:6 201:5 214:8 | 155:14 182:6,6 |
| 229:4 256:14 | violated 83:8 | 215:21 216:3,14 | 183:3,4,9,10 184:9 |
| victoria 76:8 | violence 157:4 | 221:22,23 236:9 | 184:10 199:17,24 |
| 115:12 118:12 | voice 149:4 204:2 | 236:10 249:15,16 | 200:5,6,16,23,24 |
| 126:23 146:14 | volume 161:8 | 250:8 255:8 | 201:11 247:6 |
| 147:9,23 150:24 | voted 87:23 88:18 | 256:15 | 248:6,7,9,10,12 |
| 151:7,8 163:4 | 88:20,24 89:6,10 | | |

| | | | |
|---|---|---|---|
| **weekend** 206:21 | **withdrawn** 40:17 | 198:19 199:14 | 230:23 231:22 |
| 206:21 | 43:2 61:24 166:19 | 201:14,21 203:15 | 232:18 |
| **weeks** 70:14,16,25 | 213:2 235:23 | 204:19,25 212:13 | **wrong** 118:6 |
| 76:9 135:16 | **witness** 4:9,12 | 212:20,22 216:19 | 121:15 135:15 |
| 151:12 183:9 | 10:17 13:24 44:23 | 217:10,14 218:17 | 239:10 250:9 |
| 203:11 | 45:3,10 63:24 | 218:18 219:16 | **wrongfully** 153:12 |
| **went** 12:10 13:11 | 83:12 84:8 122:16 | 221:16,19,24 | **wrote** 155:22 |
| 23:11 29:19 38:3 | 132:6 139:23 | 222:4 223:24,25 | 161:22 |
| 49:9 50:4 52:10 | 186:11,14 241:15 | 224:17,22,25 | |
| 54:21 59:18 61:15 | 248:19,24 256:8 | 225:5,8,16 229:17 | **x** |
| 70:7 81:6 88:10 | 257:10 260:3 | 230:10 237:9 | **x** 209:18 210:7,21 |
| 88:11 101:8,17 | 262:7,11,17 263:4 | 239:6,6 241:10 | 210:25 211:11 |
| 148:13 150:13,13 | **woke** 188:21 | 242:2,14 255:16 | 214:12 215:6 |
| 150:14 177:4 | 237:20 238:5,6,8 | 255:22 | 216:6,10 241:7 |
| 180:7,11,14,22 | **women** 150:12 | **worked** 24:3 25:11 | 245:11 260:2,6 |
| 181:6 182:23 | 162:14,16 | 55:12 93:11,12,16 | 261:2,9 |
| 183:12,25 185:5 | **women's** 129:13 | 93:17,18 111:21 | |
| 197:25 198:12,14 | **won** 97:4 | 127:7 145:10 | **y** |
| 198:16 199:16,25 | **wood** 234:22 | 146:21 167:19 | **y** 213:16,22 |
| 200:12,21 203:11 | **word** 90:20 151:20 | 170:16 195:22 | 215:22 217:4,5 |
| 206:14 228:8 | 182:17 | **worker** 166:7 | 222:10 261:10 |
| 235:19 237:12,25 | **words** 23:9 62:25 | **workers** 40:11 | **yard** 31:7,16 |
| 238:20 247:4,25 | 81:10 87:3 | 135:13 178:8,10 | 32:16 |
| 248:5,6,11 249:23 | **wore** 188:20 | 256:2,4,25 | **yeah** 15:10,24 |
| 252:3 254:3 | 250:12,15 251:17 | **working** 24:6 55:2 | 48:2 56:6 138:22 |
| 255:21,25 | 251:21 | 61:15 67:2 93:5 | 176:23 217:14 |
| **westbury** 247:14 | **work** 23:25 24:5,7 | 97:11,13,14,15 | 229:2 243:22 |
| **whatnot** 199:3,4 | 24:11 28:6 33:10 | 117:16 126:7 | **year** 16:20 21:7 |
| 206:22 | 51:13,17 52:2 | 150:20 166:10,12 | 33:15 40:10 50:11 |
| **whereof** 262:17 | 63:8 84:9 112:16 | 172:14 173:2 | 59:17 72:20 78:8 |
| **willing** 185:12 | 127:11,17,21 | 174:8 183:16,20 | 78:11,12 194:12 |
| **win** 10:11,11 | 129:6 164:12,12 | 184:2 195:3 236:9 | 194:23 195:8 |
| 96:20 | 166:6 167:16 | 244:9 | 253:9,15 |
| **window** 169:11,19 | 170:9 172:19 | **workplace** 156:18 | **years** 5:11 10:8 |
| 169:21 | 173:10,12,15,23 | 157:4,8,20 | 16:25 17:7 20:8 |
| **windows** 133:21 | 173:24 174:11 | **works** 40:15 73:24 | 20:24 32:2 96:9 |
| 165:2 166:17,21 | 176:11 183:6 | 231:4 | 96:14,23 105:7,9 |
| **winthrop** 241:18 | 184:5,11 186:25 | **wrist** 241:20 250:7 | 105:11 156:25 |
| 242:6 | 187:13 188:14 | **write** 191:20 | 243:19,21 251:21 |
| **withdraw** 20:14 | 192:21 193:4,5 | **writing** 36:4 | **yell** 149:14 |
| 129:4 166:8 180:5 | 197:19 198:7,9,18 | 152:16 193:10 | **yelling** 203:23 |

[yep - zuckerman]

| |
|---|
| **yep**   149:2 178:12<br>    192:5<br>**yesterday**   219:15<br>**york**   1:3,11,19 2:5<br>    2:9 4:13 9:3,5<br>    10:21 11:2 87:20<br>    262:6 263:2 |
| **z** |
| **z**   225:20,23 226:9<br>    227:4,17 261:11<br>**zoloft**   208:4,6<br>**zuckerman**   244:11<br>    245:21 252:22<br>    253:6 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.